Exhibit #9



**STEP #1**



*STEP #2*

**STEP #3**



**STEP #4**

AllMyPapers, Inc. IRDPrint v1.6.1607

File   Tools

Printer   HP LaserJet P2015 Series PCL 5e

Routing Number   123456789
Date (yyyymmdd)   20090415
Printer Type   Generic
nUp   [Generic / Troy / Source / OCE / Xerox]

Barcode Data   Add

Barcode Type   Data Matrix

Annotate

**Select your printer type**

Print Range
Cash Letter   0   to   1000000
Bundle   0   to   1000000
Item   0   to   1000000

**STEP #5**



**STEP #6**

**STEP #7**



*STEP #8*

*STEP #9*

56



**STEP #10**

*STEP #11*



**STEP #12**

**AllMyPapers, Inc. IRDPrint v1.6.1607**

File Tools

Printer    HP LaserJet P2015 Series PCL 5e

**Open**

Look in:    Sample Files

images
test2_ICL.937
test_ICL.937

File name:    test_ICL.937

Files of type:    All Files (*.*)    Open    Cancel

Bundle    to    1000000
Item    to    1000000

**Click Open**

**STEP #13**

58



**STEP #14**

59

Exhibit #10



# Avg # of Images Rec / Day

63.05/ day

**Images Only**

63.05 million
Images/Day =
15.8 billion images
annually

**# Items in Millions**

75 70 65 60 55 50 45 40 35 30 25 20 15 10 5 0

Jan-05 May-05 Sep-05 Jan-06 May-06 Sep-06 Jan-07 May-07 Sep-07 Jan-08 May-08 Sep-08 Jan-09 May-09 Sep-09 Jan-10 May-10 Sep-10 Jan-11 May-11 Sep-11 Jan-12 May-12 Sep-12 Jan-13

Source:  Federal Reserve, Viewpointe, The Clearing House, selected ECCHO Full and Participating Members and other local / regional exchanges

1

60

*Exhibit #11*

# Average # of Returns / Day

262,000 /Day Annualized = 66 million

# Returns in Thousands

300  275  250  225  200  175  150  125  100  75  50  25  0

Jan-09  Mar-09  May-09  Jul-09  Sep-09  Nov-09  Jan-10  Mar-10  May-10  Jul-10  Sep-10  Nov-10  Jan-11  Mar-11  May-11  Jul-11  Sep-11  Nov-11  Jan-12  Mar-12  May-12  Jul-12  Sep-12  Nov-12  Jan-13

Source:  Federal Reserve, Viewpointe, The Clearing House, selected ECHO Full and Participating Members and other local / regional exchanges

5