Exhibit #12

# The 2010 Federal Reserve Payments Study

Noncash Payment Trends in the United States: 2006 – 2009



Research Sponsored by the Federal Reserve System

Released April 5, 2011

Copyright 2011, Federal Reserve System

© 2011, Federal Reserve System

# Contents

**OVERVIEW OF STUDY** .................................................................................................................. **8**

**1    DESCRIPTION OF COMPONENT STUDIES** ............................................................................. **9**

**1.1   Depository Institutions Payments Study** ............................................................................ **9**

**1.2   Electronic Payments Study** ................................................................................................. **9**

**1.3   Check Sample Study** .......................................................................................................... **10**

**2    EXECUTIVE SUMMARY** ........................................................................................................ **11**

**3    STUDY FINDINGS** ................................................................................................................. **13**

**3.1   Check** .................................................................................................................................. **13**

  3.1.1  Overall Findings ............................................................................................................... 13

  3.1.2  DI Study Findings ............................................................................................................ 13

    3.1.2.1    Checks Written ......................................................................................................... 13
    3.1.2.2    Checks Paid .............................................................................................................. 16
    3.1.2.3    "Interbank" Checks Paid .......................................................................................... 17
    3.1.2.4    "On-Us" Paid Checks ............................................................................................... 21
    3.1.2.5    Checks Returned Unpaid ......................................................................................... 23
    3.1.2.6    "Interbank" Checks Returned Unpaid ...................................................................... 24
    3.1.2.7    "On-Us" Checks Returned Unpaid ........................................................................... 26
    3.1.2.8    Deposited Checks .................................................................................................... 27
    3.1.2.9    Statements .............................................................................................................. 29

  3.1.3  CSS Findings .................................................................................................................... 30

    3.1.3.1    2009 Distribution of Checks ..................................................................................... 31
    3.1.3.2    Comparison of the 2009 Distribution of Checks to the 2006 Distribution .............. 37

63

*Exhibit #13*





ITEM #1: Return overlay printed on Original IRD for return



ITEM #8: Subsequent endorsements printed on original substitute check for return

ITEM #1: Return Overlay printed on Original IRD for Return
ITEM #2: MICR line must be printed with magnetic ink
ITEM #3: IRD Notification "4"
ITEM #4: IRD for Qualified Return Notification "5"
ITEM #5: Routing number for BOFD
ITEM #6: Perforation
ITEM #7: Substitute check must comply with ANSI X9. 100-140 technical guidelines in size, layout, paper weight and document security

64

*Commercial check qualified return*





65

*Software for Image Cash Letters*



# X9 VIEWER®

**X9 VIEWER**

**A Windows .NET-based application to identify and resolve textual interoperability and data integrity issues in Image Cash Letter (ICL/X9.37) files**

**Financial institutions are ramping up production volume of Image Cash Letters (ICLs). A production X9.37 file can routinely contain 30,000 check images or more and can be well over a gigabyte in file size. One "bad" item can stop the reception, transmission, or processing of a multi-million dollar Image Cash Letter.**



**ICLs contain two data types:** images and textual information.

The textual information is in the form of Records and Fields that describe in detail the check images and the information contained in the check images. This textual information has to be formatted precisely, based on detailed companion documents that are issued by the destination institutions such as the Federal Reserve Bank, SVPCO, and major financial institutions. X9 VIEWER can help ensure error-free interoperation with your exchange partners.

## BENEFITS

- Saves time by combining check image and text viewing/editing in a single window

- Maximizes efficiency by supporting most ICL variants

- Improves accuracy by automatically rebalancing totals and item counts after edits

- Provides convenient text file import and export for integration with legacy applications

- Analyzes and highlights errors quickly even in large ICL files

- Limits edit access to ICL files via software license

- Provides command line control for programmatic access

- May be called from an external process to generate an issues report file or to create a new file by using selection rules from the command line

### X9 VIEWER FUNCTIONS:

- View check images from a variety of ICL formats

- View textual information in Records and Fields

- Analyze textual information for syntactical conformance to standards and companion documents

- Edit Record and Field data and auto rebalance totals

- Search, find and select data

- Print IRDs

- Secure logging and audit feature tracks users and changes to ICL files

### X9 VIEWER USES:

- Complete or correct data in forward and return ICL files

- Generate test data

- Accelerate ICL qualification process

- Research items and issues in ICL files

## ALL MY PAPERS™

13750 Serra Oaks, Saratoga, CA 95070
t: (408) 366-6400   f: (408) 366-6406      sales@allmypapers.com





DATASHEET

# IRD/Substitute Checks

## Compliant with Federal Check 21 Standards and Guidelines

Relyco IRDs (Image Replacement Documents), or Substitute Checks, are specifically designed to comply with the ANSI X9.100-140-2008 technical guidelines in size, layout, paper weight, and document security. Our forms are image friendly and provide optimal scanning consistency. Moreover, Relyco's IRDs incorporate covert and overt security features to deliver protection from fraud and are manufactured on high quality safety paper for superior laser compatibility.



## Features

- Toner Adhesion Enhancement Coating to Prevent Toner Flaking and Liftoff

- Image-Friendly Document Background for Optimal Scanning

- Trademarked "Original IRD™" Printed in Thermochromic (heat-reactive) Ink

- Fluorescent Fibers Embedded in Paper Stock

- UV Blue Invisible Ink



Custom layouts are also available for unique applications or special requirements.

### To find out more

To order, call your Relyco representative at 1-800-777-7359. Visit us online at **www.relyco.com** for more information.

### About Relyco
Relyco is the leading provider of business forms, laser & digital print solutions, checks, and pressure seal checks & forms. Understanding and meeting our clients' needs is always our first priority. www.relyco.com.




## IRD/Substitute Checks:
### Forward vs Return

### Understanding the Difference

By now, most people in the financial world are at least vaguely familiar with the concept of Image Replacement Documents (IRDs). With the advent of electronic money transfers, it has become necessary to, at times, stop the electronic process and print out a physical copy of the check. The IRD is the name for this reprinted copy – a legal, negotiable document - that replaces the original check, which was presumably destroyed once it was scanned and sent on its electronic way. The difference between Forward and Return IRDs, however, continues to remain a mystery to many people, but in reality, the differences are fairly simple to understand.

First, let's consider the Forward or "regular" IRD. In order to facilitate an electronic transfer, the original check is scanned and an electronic image of that check, front and back, is created. This electronic image often makes it the entire way through the system without ever having to be reprinted. However, on some occasions – usually when one of the banks along the way is not equipped to handle electronic transfers, or when someone requests a copy of their cancelled check – there is a need to reprint the document.

In order to fit all of the necessary information onto the new IRD, the newly printed image of the check is slightly reduced in size. This means that the MICR line is no longer machine readable, and for this reason, a nearly identical MICR line is reprinted in full size at the bottom of the document (with the addition of a forward IRD identifier) so that it can be properly read by optical and/or magnetic equipment. Once printed, the IRD is then sent on "the old fashioned way" via physical means such as the mail system.

Now, let's look at the Return IRD, and how it differs from the Forward version. In terms of the physical document, the Return IRD is exactly the same as the Forward IRD, except that it has space for an additional "full-size" MICR line beneath the one found on the Forward IRD. Typically, there is a perforation that allows this second MICR line to be removed at the appropriate point in the process. If stock checks, quickly introduce Relyco's comprehensive line of stock laser checks





The MICR line at the bottom of the Forward IRD (left) is nearly identical to the MICR line on the check image above it, except that it is full-size so that it can be machine read. The Return IRD (right) is identical to the Forward IRD, with the only difference being the addition of a second full-size MICR line containing reverse routing information so that the equipment knows to send the check back through the system.



*68*





So, the question becomes, "Why two MICR lines on a Return IRD?" Well, if we again assume that the original check has been scanned and electronically transmitted, let's now imagine that the check ultimately "bounced" due to insufficient funds. The second MICR line is simply one that contains new routing information, along with a return IRD identifier, that tells the reading equipment that this transaction has to go back through the system.

Doing things the old fashioned way, once the account holder deposited the funds to cover the bounced check, they could then re-submit the same check to be processed a second time. The only difference with the new method is that the second MICR line – the one with the reversed routing information encoded into it – is now removed (remember the perforation mentioned above), and the end result is essentially a Forward IRD (with its lone remaining MICR line being the full-size version of the one on the reduced image of the check) which can now be sent through the system for re-processing (assuming the necessary funds have now been deposited).

Aside from insufficient funds scenarios, there are also some other instances where it may be necessary to print a Return IRD, with one example being a check that has had a "stop payment" request from the issuer. However, the vast majority of Return IRDs are printed for checks that are being returned for insufficient funds or other common problems with the account from which the money is being drawn.

To summarize, the Forward IRD is a document that bears a reduced image – front and back - of the original check, along with a standard, full-size version of the check's MICR line at the bottom of the document that allows for machine readability of the IRD. The Return IRD is exactly the same as the Forward IRD, except that it has a second, "reverse direction" MICR line which can be removed once the IRD has made its way back to the beginning of the process and is ready to be re-submitted.



The image above is an actual scan of Relyco's "Original IRD®" used for the qualified return of a business-sized check.

## To find out more

To order, call your Relyco representative at 1-800-777-7359. Visit us online at **www.relyco.com** for more information.

121 Broadway  |  Dover, New Hampshire 03820  |  Phone: (800) 777-7359  |  Fax: (603) 742-9993  |  www.relyco.com

©2011 Relyco. All Rights Reserved.                     IRD-FORWARD_VS_RETURN-1.11





70

FIFTH THIRD BANK
RSSD-ID 723112
Last Updated on 6/26/2012

*Exhibit #14*

FFIEC 031
Quarter End Date 3/31/2012

10

Dollar amounts in thousands

| | | | |
|---|---|---|---|
| 6. Adjustments to allowance for loan and lease losses (from Schedule RI-B, part II, item 6) (itemize and describe all adjustments): | | | 6. |
| a. Disclose component and the dollar amount of that component: | | | 6.a. |
| 1. Describe component.............................................................................. | TEXT4521 | Canadian Currency Valuation | 6.a.1. |
| 2. Amount of component............................................................................ | RIAD4521 | 37 | 6.a.2. |
| b. Disclose component and the dollar amount of that component: | | | 6.b. |
| 1. Describe component.............................................................................. | TEXT4522 | NR | 6.b.1. |
| 2. Amount of component............................................................................ | RIAD4522 | 0 | 6.b.2. |
| 7. Other explanations (the space below is provided for the bank to briefly describe, at its option, any other significant items affecting the Report of Income): | | | 7. |
| a. Comments?......................................................................................... | RIAD4769 | No | 7.a. |
| b. Other explanations.............................................................................. | TEXT4769 | Click here for value | 7.b. |

(TEXT4461) Income on investment in unconsolidated subsidiary

(TEXT4462) Income related to IPO of unconsolidated subsidiary

(TEXT4769) RIE-1k - Commercial Loan Fees 17,376, Operating Lease Rent 14,474, FX & LOC Fee Income 14,109 Mortgage Loan Fees (46,459) RIE-2n - Fraud & Derivative Losses & Legal Settlements 14,620, Mortgage Loan Rep & Warranty Expense 12,741, Travel & Meeting Expense 12,521, Operating Lease Expense 10,302, Bankcard Expense 9,479 Franchise Tax (10,407)

## Schedule RC - Balance Sheet

Dollar amounts in thousands

| | | | |
|---|---|---|---|
| 1. Cash and balances due from depository institutions (from Schedule RC-A): | | | 1. |
| a. Noninterest-bearing balances and currency and coin................................ | RCFD0081 | 2,235,381 | 1.a. |
| b. Interest-bearing balances.................................................................. | RCFD0071 | 1,628,090 | 1.b. |
| 2. Securities: | | | 2. |
| a. Held-to-maturity securities (from Schedule RC-B, column A)....................... | RCFD1754 | 319,202 | 2.a. |
| b. Available-for-sale securities (from Schedule RC-B, column D)..................... | RCFD1773 | 15,186,922 | 2.b. |
| 3. Federal funds sold and securities purchased under agreements to resell: | | | 3. |
| a. Federal funds sold in domestic offices................................................... | RCONB987 | 0 | 3.a. |
| b. Securities purchased under agreements to resell....................................... | RCFDB989 | 0 | 3.b. |
| 4. Loans and lease financing receivables (from Schedule RC-C): | | | 4. |
| a. Loans and leases held for sale............................................................. | RCFD5369 | 1,584,059 | 4.a. |
| b. Loans and leases, net of unearned income............................................... | RCFDB528 | 81,992,853 | 4.b. |
| c. LESS: Allowance for loan and lease losses.............................................. | RCFD3123 | 2,121,332 | 4.c. |
| d. Loans and leases, net of unearned income and allowance (item 4.b minus 4.c)......... | RCFDB529 | 79,871,521 | 4.d. |
| 5. Trading assets (from Schedule RC-D)........................................................ | RCFD3545 | 1,216,126 | 5. |
| 6. Premises and fixed assets (including capitalized leases)................................... | RCFD2145 | 2,291,371 | 6. |
| 7. Other real estate owned (from Schedule RC-M)............................................... | RCFD2150 | 381,402 | 7. |
| 8. Investments in unconsolidated subsidiaries and associated companies................ | RCFD2130 | 611,215 | 8. |
| 9. Direct and indirect investments in real estate ventures..................................... | RCFD3656 | 0 | 9. |
| 10. Intangible assets: | | | 10. |
| a. Goodwill....................................................................................... | RCFD3163 | 2,313,736 | 10.a. |
| b. Other intangible assets (from Schedule RC-M)........................................ | RCFD0426 | 803,448 | 10.b. |
| 11. Other assets (from Schedule RC-F)........................................................... | RCFD2160 | 5,959,697 | 11. |
| 12. Total assets (sum of items 1 through 11).................................................... | RCFD2170 | 114,402,170 | 12. |
| 13. Deposits: | | | 13. |

FIFTH THIRD BANK
RSSD-ID 723112
Last Updated on 6/26/2012

FFIEC 031
Quarter End Date 3/31/2012

11

Dollar amounts in thousands

| | | | |
|---|---|---|---|
| a. In domestic offices (sum of totals of columns A and C from Schedule RC-E, part I)..... | RCON2200 | 88,591,941 | 13.a. |
| 1. Noninterest-bearing.................................................................... | RCON6631 | 26,710,049 | 13.a.1. |
| 2. Interest-bearing........................................................................ | RCON6636 | 61,881,892 | 13.a.2. |
| b. In foreign offices, Edge and Agreement subsidiaries, and IBFs (from Schedule RC-E, part II)............................................................................................ | RCFN2200 | 1,444,709 | 13.b. |
| 1. Noninterest-bearing.................................................................... | RCFN6631 | 0 | 13.b.1. |
| 2. Interest-bearing........................................................................ | RCFN6636 | 1,444,709 | 13.b.2. |
| 14. Federal funds purchased and securities sold under agreements to repurchase: | | | 14. |
| a. Federal funds purchased in domestic offices................................................ | RCONB993 | 318,908 | 14.a. |
| b. Securities sold under agreements to repurchase........................................... | RCFDB995 | 756,994 | 14.b. |
| 15. Trading liabilities (from Schedule RC-D)............................................................ | RCFD3548 | 1,011,544 | 15. |
| 16. Other borrowed money (includes mortgage indebtedness and obligations under capitalized leases) (from Schedule RC-M)............................................................................. | RCFD3190 | 3,254,819 | 16. |
| 17. Not applicable | | | 17. |
| 18. Not applicable | | | 18. |
| 19. Subordinated notes and debentures................................................................ | RCFD3200 | 557,998 | 19. |
| 20. Other liabilities (from Schedule RC-G)............................................................ | RCFD2930 | 2,744,086 | 20. |
| 21. Total liabilities (sum of items 13 through 20)..................................................... | RCFD2948 | 98,680,999 | 21. |
| 22. Not applicable | | | 22. |
| 23. Perpetual preferred stock and related surplus................................................. | RCFD3838 | 0 | 23. |
| 24. Common stock.......................................................................................... | RCFD3230 | 4,540 | 24. |
| 25. Surplus (exclude all surplus related to preferred stock).................................... | RCFD3839 | 11,524,096 | 25. |
| 26. Not available | | | 26. |
| a. Retained earnings...................................................................................... | RCFD3632 | 3,743,766 | 26.a. |
| b. Accumulated other comprehensive income.................................................... | RCFDB530 | 471,876 | 26.b. |
| c. Other equity capital components................................................................. | RCFDA130 | -23,310 | 26.c. |
| 27. Not available | | | 27. |
| a. Total bank equity capital (sum of items 23 through 26.c)................................. | RCFD3210 | 15,720,968 | 27.a. |
| b. Noncontrolling (minority) interests in consolidated subsidiaries......................... | RCFD3000 | 203 | 27.b. |
| 28. Total equity capital (sum of items 27.a and 27.b)............................................. | RCFDG105 | 15,721,171 | 28. |
| 29. Total liabilities and equity capital (sum of items 21 and 28)............................... | RCFD3300 | 114,402,170 | 29. |
| 1. Indicate in the box at the right the number of the statement below that best describes the most comprehensive level of auditing work performed for the bank by independent external auditors as of any date during 2011................................................................................. | RCFD6724 | 2 | M.1. |
| 2. Bank's fiscal year-end date.......................................................................... | RCON8678 | 1231 | M.2. |

## Schedule RC-A - Cash and Balances Due From Depository Institutions

| Dollar amounts in thousands | (Column A) Consolidated Bank | | (Column B) Domestic Offices | | |
|---|---|---|---|---|---|
| 1. Cash items in process of collection, unposted debits, and currency and coin.......................................................................................................... | RCFD0022 | 1,990,538 | | | 1. |
| a. Cash items in process of collection and unposted debits............... | | | RCON0020 | 1,233,919 | 1.a. |
| b. Currency and coin............................................................... | | | RCON0080 | 756,619 | 1.b. |
| 2. Balances due from depository institutions in the U.S............................. | | | RCON0082 | 355,431 | 2. |
| a. U.S. branches and agencies of foreign banks (including their IBFs)............................................................................................ | RCFD0083 | 0 | | | 2.a. |
| b. Other commercial banks in the U.S. and other depository institutions in the U.S. (including their IBFs).............................................. | RCFD0085 | 355,431 | | | 2.b. |
| 3. Balances due from banks in foreign countries and foreign central banks.......................................................................................................... | | | RCON0070 | 134,483 | 3. |
| a. Foreign branches of other U.S. banks........................................... | RCFD0073 | 48,341 | | | 3.a. |

72

FIFTH THIRD BANK
RSSD-ID 723112
Last Updated on 5/9/2013

FFIEC 031
Quarter End Date 3/31/2013

11

Dollar amounts in thousands

| | | | |
|---|---|---|---|
| 6. Adjustments to allowance for loan and lease losses (from Schedule RI-B, part II, item 6) (itemize and describe all adjustments): | | | 6. |
| a. Disclose component and the dollar amount of that component: | | | 6.a. |
| 1. Describe component............................................................ | TEXT4521 | Canadian currency valuation | 6.a.1. |
| 2. Amount of component........................................................... | RIAD4521 | -90 | 6.a.2. |
| b. Disclose component and the dollar amount of that component: | | | 6.b. |
| 1. Describe component............................................................ | TEXT4522 | | 6.b.1. |
| 2. Amount of component........................................................... | RIAD4522 | 0 | 6.b.2. |
| 7. Other explanations (the space below is provided for the bank to briefly describe, at its option, any other significant items affecting the Report of Income): | | | 7. |
| a. Comments?........................................................................ | RIAD4769 | No | 7.a. |
| b. Other explanations............................................................... | TEXT4769 | Click here for value | 7.b. |

**(TEXT4461)** Income on investment in unconsolidated subsidiary

**(TEXT4769)** RIE 1k:CmlLnFee 15143, Int IFee 12632, MtgLnFee&Brker Prem (90792). RIE 2n:Fraud&Deriv Loss & legal Settle 21127, MtgLn Rep&WarExp 16853, T&MExp 13303, OpLseExp 12172, Franchse Tx 11368, BcardExp 10655, Sundry 11504, Prov Unfund Lines&LOC (10926)

## Schedule RC - Balance Sheet

Dollar amounts in thousands

| | | | |
|---|---|---|---|
| 1. Cash and balances due from depository institutions (from Schedule RC-A): | | | 1. |
| a. Noninterest-bearing balances and currency and coin................................. | RCFD0081 | 2,190,726 | 1.a. |
| b. Interest-bearing balances.......................................................... | RCFD0071 | 2,282,022 | 1.b. |
| 2. Securities: | | | 2. |
| a. Held-to-maturity securities (from Schedule RC-B, column A)........................ | RCFD1754 | 281,758 | 2.a. |
| b. Available-for-sale securities (from Schedule RC-B, column D)...................... | RCFD1773 | 14,341,119 | 2.b. |
| 3. Federal funds sold and securities purchased under agreements to resell: | | | 3. |
| a. Federal funds sold in domestic offices............................................ | RCONB987 | 0 | 3.a. |
| b. Securities purchased under agreements to resell................................... | RCFDB989 | 0 | 3.b. |
| 4. Loans and lease financing receivables (from Schedule RC-C): | | | 4. |
| a. Loans and leases held for sale.................................................... | RCFD5369 | 2,691,237 | 4.a. |
| b. Loans and leases, net of unearned income.......................................... | RCFDB528 | 85,536,625 | 4.b. |
| c. LESS: Allowance for loan and lease losses......................................... | RCFD3123 | 1,765,849 | 4.c. |
| d. Loans and leases, net of unearned income and allowance (item 4.b minus 4.c)....... | RCFDB529 | 83,770,776 | 4.d. |
| 5. Trading assets (from Schedule RC-D)................................................ | RCFD3545 | 1,097,582 | 5. |
| 6. Premises and fixed assets (including capitalized leases)........................... | RCFD2145 | 2,319,550 | 6. |
| 7. Other real estate owned (from Schedule RC-M)....................................... | RCFD2150 | 316,278 | 7. |
| 8. Investments in unconsolidated subsidiaries and associated companies................ | RCFD2130 | 586,666 | 8. |
| 9. Direct and indirect investments in real estate ventures........................... | RCFD3656 | 0 | 9. |
| 10. Intangible assets: | | | 10. |
| a. Goodwill......................................................................... | RCFD3163 | 2,313,396 | 10.a. |
| b. Other intangible assets (from Schedule RC-M)...................................... | RCFD0426 | 797,515 | 10.b. |
| 11. Other assets (from Schedule RC-F)................................................. | RCFD2160 | 6,009,097 | 11. |
| 12. Total assets (sum of items 1 through 11).......................................... | RCFD2170 | 118,997,722 | 12. |
| 13. Deposits: | | | 13. |
| a. In domestic offices (sum of totals of columns A and C from Schedule RC-E, part I)... | RCON2200 | 94,036,788 | 13.a. |
| 1. Noninterest-bearing.............................................................. | RCON6631 | 30,341,941 | 13.a.1. |



# Proper Use of Return Codes in Image Exchange

**July 25, 2009**

The Uniform Commercial Code (UCC) and Regulation CC (Reg CC), do not include a list of specific reasons that an item may be dishonored and returned. However with image exchange, the standard exchange format provides a list of return reasons and associated codes that must be used for image exchange. Use of these return reasons has become the standard industry practice. Attached to this paper is the current list of return codes and their associated reasons as documented in the X9.100-187 standard.

The return reasons are arranged in two group types: Customer/"Monetary" Returns and Administrative Returns. While all returns carry monetary value, a distinction has being made between returns that result from attempting to post to a customer's account (Customer/"Monetary") and returns by the bank for some administrative reason. Alternately, administrative return reasons could be handled through an adjustment process. If administrative return reasons are handled as returns, they typically would have to adhere to the legal requirements for returns including, for example, timeliness, proper delivery and notification. The identification of the type of return is made through a code in the Cash Letter Header Record (Record Type 10, Field 14) in the image exchange file. As the Annex to the standard indicates, there are two Return Reason codes ('I' and 'Q') that have different meanings depending on whether a Customer/"Monetary" Return or an Administrative Return is used.

Most return reasons listed in the standard have been in use for many years and are self explanatory. However, the meaning of some return reasons may not be obvious. This document attempts to clarify the proper usage of return reason codes that are not obvious.

Note: The verbiage in **bold**, is as stated in the standard.

## Customer/"Monetary" Returns

- 'J'   **Endorsement Irregular** – An endorsement is required for the purpose of negotiating the instrument. Various endorsements can accompany a check. These include Payee endorsement, BOFD endorsement and subsequent bank's endorsements. Endorsements can be physical or electronic. This code should be used when a paying bank determines something is wrong with any of the endorsements associated with an item. This can include an invalid payee name in a payee endorsement or missing information, like a date in a BOFD electronic endorsement. If an electronic endorsement is in noncompliance with the UCD endorsement record edits, this code is preferred over the use of the more general reason '2' as an administrative reason.

- 'L'   **Signature(s) Irregular, Suspected Forgery** – This code would be used if the signatures do not conform to bank's signature cards or corporate resolution or if the item is a suspected forgery and a customer affidavit is not available.

- 'M'   **Non-Cash Item (Non Negotiable)** – "Negotiability" is defined in the UCC and "Non-Cash Items" are defined in Reg CC. An item that fits the definitions

1

74

of Non Negotiable or Non-Cash Items can be returned under this code. An example of a Non-Cash Item is any item that enters the collection stream in error (i.e. pay stub) or an item that enters the collection stream with fraudulent intent.

'N'     **Altered/Fictitious Item/Suspected Counterfeit/Counterfeit** – This code is multi-purpose and may be used for any of the named reasons: altered/fictitious item/suspected counterfeit/counterfeit. These reasons were grouped under one code since it is not always obvious or known to the Paying Bank which reason applies.

'O'     **Unable to Process (e.g. Unable to process physical item/Mutilated such that critical payment information is missing) - This code should not be used for unusable images or system problems (see Administrative code 'U')** – This code is used when there is an issue with the physical item, such as a mutilation. However, as physical presentment of items becomes increasingly less common, this code is beginning to be used for system problems. The standard specifically states that it is improper to use this code for system problems.

'P'     **Item Exceeds Stated Max Value** – on Item or Account – This code should be used if the amount exceeds a stated limit as defined on the item or within the paying bank's records. This code should not be used when the item has exceeded the maximum number of presentments.

'Q'     **Not Authorized (Includes Drafts) – Unauthorized item such as a draft** – This code should be used when an unsigned draft was not authorized by the maker. This code should only be used with unsigned drafts or direct debits (items that do not contain a signature) differentiating the appropriate use of this code from Codes 'L', which has a signature, and '3' whose use is limited to specific warranty breaches under certain rule sets.

'R'     **Branch/Account Sold (Wrong Bank) – Divested Account, Not Our Item** – This code is also multi-purpose and may be used for any of the named reasons: Branch/Account Sold/Wrong Bank/Divested Account or Not Our Item. The most common use is Not Our Item (NOI) and should only be used when a forward item is not drawn on the paying bank or when a return was returned and charged to an entity other than the depositary bank, the depositary bank's agent or any subsequent collecting bank. It is used when a bank has sold/divested branches or accounts. It may also be used when the routing number in the record is incorrect, which includes routing numbers that are no longer used (retired RTs).

'S'     **Refer to Maker** – This code is undesirable and strongly recommended that it not be used. It is recommended that this code only be used when no other code truly applies to the situation. However, some states have enacted privacy laws that might dictate the use of this code and if so, this code should be used to meet that legal requirement.

2

75

'X'     **Refer to Image – Return Reason information is contained within the image of the item.** – This code can be used when the creator of an image return knows that a return reason already exists on the face of the item. The return reason may have been stamped on the item by the paying bank or printed on the face of the item in the creation of a Substitute Check. This code is generally used by an intermediary processor when a paper return item is received and is being converted to an image. If the creator of the return is unsure whether a return reason has been placed on the face of the item, this code should not be used. Since an intermediary would not know the actual return reason without physically examining the item, this use of the code promotes efficient processing of that return. This code should not be used by a paying bank in an electronic image return file. A paying bank is required (by law) to identify the reason for return. The future direction should be when printing a Substitute Check the "Refer to Image" verbiage should not be printed on the face of the Substitute Check, since the actual return reason should already appear in the image of the check. If the "Refer to Image" verbiage is printed on the Substitute Check it should not obscure important information on the face of the check[1]. Use of this code when the return reason appears on the face of the item can cause undesirable impacts to BOFD's downstream applications. Banks that receive returns with both an 'X' and a return reason on the face of the item, may choose to change the reason 'X' to the return reason that appears on the item.

'Z'     **Forgery – An affidavit shall be available upon request** – This code should be used when an item is believed to have a forged or invalid signature(s). Some states require an affidavit be available. If no affidavit is available the proper code to use is 'L'.

'3'     **Warranty Breach (includes Rule 8 & 9 claims)** – This code can be used as a Customer/"Monetary" Return or Administrative Return. Rules 8 & 9 claims are specific warranty breaches and banks using these claims processes need to be under an agreement (rules) that provides these warranties and claims. This code should not be used for returns through the Federal Reserve. This code is different than 'Q', which can be used without a specific rule set.

**Administrative Returns** – These codes can be used for return processing, when they can be processed within the legally allowed return timeframes. Outside of those timeframes, items with these issues may need to be handled as adjustments. Banks will make their own determination as to how to handle these items.

'Q'     **Ineligible** – An item was received that is not eligible for exchange. This occurs when a bank receives items on routing numbers that they have not opened for image exchange, foreign items, etc. This code should not be

---

[1] The X9.100-140-2008 Specifications for an Image Replacement Document – IRD requires the return overlay to be placed near the top of the document to avoid obscuring needed payment information in the image.

3

used for items that do not conform to the standard specifications or are unusable.

'U'     **Unusable Image (Image could not be used for required business purpose e.g. gross image defects, illegible, etc.)** – This code is used for an image that does not conform to industry exchange standards or agreements. It can also be used for mis-matched MICR which occurs when the MICR line in the file is not the MICR line on the image.

'V'     **Image Fails Security Check** – This code was initially established to indicate problems with digital signatures in an Image View Data Record (Type 52) of an image item view.  This code can also be used for validation failures associated with interoperable security features.

'Y'     **Duplicate Presentment** – This code is used when a party in the collection process is being asked to pay the item more than once.  If the item has been returned and is being represented this is not considered a duplicate presentment and can only be returned for an alternate legitimate return reason.

'1'     **Does not conform with ANS X9.100-181 – 2007 Specification for TIFF Image Format for Image Exchange standard** – This code would be used if an image is found to be in non-conformance with the current X9.100-181 standard.

'2'     **Does not conform to the Industry's Universal Companion Document** – The banking industry has developed a Universal Companion Document (UCD) for the implementation of X9.100-187 for financial institutions exchanging images.  This code may be used if an item does not meet required edits as specified in the applicable UCD as defined in the file header record.  This code may also be used for system problems when the file does not conform to the UCD.

'3'     **Warranty Breach (includes Rule 8 & 9 claims)** – This code can be used as a Customer/"Monetary" Return or Administrative Return.  Rules 8 & 9 claims are specific warranty breaches and banks using these claims processes need to be under an agreement (rules) that provides these warranties and claims.  This code should not be used for returns through the Federal Reserve.  This code is different than 'Q', which can be used without a specific rule set.

4

77

# Annex B
# (Normative)
# Return Reason Codes

## B.1 General Comments

This annex provides a list of all acceptable return reason codes used for exchange. The table below identifies all return Reason Codes used in this standard. Some return reason codes and descriptions are used for both Customer/Monetary and Administrative returns and have the same meaning.

There are two codes ('I' and 'Q') that are used in both Customer/Monetary and Administrative returns with different meanings.

## B.2 Customer/ "Monetary" Returns

The following return codes are used when the Return Indicator (Field 14) in Cash Letter Header Record (Type 10) is equal to 'R'.

- 'A'    NSF - Not Sufficient Funds
- 'B'    UCF - Uncollected Funds Hold
- 'C'    Stop Payment
- 'D'    Closed Account
- 'E'    UTLA - Unable to Locate Account
- 'F'    Frozen/Blocked Account – Account has Restrictions placed on it by either customer or bank
- 'G'    Stale Dated
- 'H'    Post Dated
- 'I'    Endorsement Missing
- 'J'    Endorsement Irregular
- 'K'    Signature(s) Missing
- 'L'    Signature(s) Irregular, Suspected Forgery
- 'M'    Non-Cash Item (Non Negotiable)
- 'N'    Altered/Fictitious Item/Suspected Counterfeit/Counterfeit
- 'O'    Unable to Process (e.g. Unable to process physical item/Mutilated such that critical payment information is missing). This code should not be used for unusable images or system problems (see Administrative code 'U')
- 'P'    Item Exceeds Stated Max Value
- 'Q'    Not Authorized (Includes Drafts) – Unauthorized item such as a draft
- 'R'    Branch/Account Sold (Wrong Bank) – Divested Account, Not Our Item
- 'S'    Refer to Maker
- 'W'    Cannot Determine Amount – Amount cannot be verified
- 'X'    Refer to Image – Return Reason information is contained within the image of the item.
- 'Z'    Forgery – An affidavit shall be available upon request
- '3'    Warranty Breach (includes Rule 8 & 9 claims)

78

5

## B.3 Administrative Returns

The following return codes are used when the Return Indicator (Field 14) in Cash Letter Header Record (Type 10) is equal to 'E'.

'I'  Image Missing
'Q'  Ineligible
'U'  Unusable Image (Image could not be used for required business purpose e.g. gross image defects, illegible, etc.)
'V'  Image Fails Security Check
'Y'  Duplicate Presentment
'1'  Does not conform with ANS X9.100-181 – 2007 Specification for TIFF Image Format for Image Exchange standard
'2'  Does not conform to the Industry's Universal Companion Document
'3'  Warranty Breach (includes Rule 8 & 9 claims)

79

6

FEDERAL RESERVE

FINANCIAL SERVICES

Driving customer value with technology transformation

*Exhibit #16*

## Check Platform Modernization Technical Changes Recap

The migration to the new platform is expected to have minimal impact on customers and processors.  However, there are a few changes that we would like you to be aware of and have highlighted them for you below.   Please share this document with your operational and technical staff along with your software vendor and/or processor (if applicable).

- All presentment (FedReceipt and PDF) files will reflect FRB Atlanta as the Originator in the Header Records and FRB added addenda records.  Specifically:
    - File Header Record 01 – Field 5… value **061000146**
    - Cash Letter Header Record 10 – Field 4… value **061000146**
    - Bundle Header Record 20 – Field 4… value **061000146**
    - Check Detail Addendum C Record 28 - Field 3... value **061000146**
    - Return Addendum D Record 35 - Field 3... value **061000146**
    - Image View Data Record 52 – Field 2…value **061000146**

- Accounting and billing transactions will originate from FRB Atlanta (061000146).

- The Item Sequence Number generation process will differ slightly from today but will still adhere to the ANSI DSTU standard which is 15 characters numeric/blank.  The new platform will generate a **variable** length item sequence number that will have up to 12 digits.  Our current sequence number format is a **fixed** 10 digit sequence number.  We don't anticipate this will have any impact due to the wide variety of sequence number practices in use throughout the industry, but we wanted to share this information.  For reference, the sequence number is located in the Check Detail Record 25 - field 8.

- FedReceipt and PDF presentment File names will change slightly.  This is important if you have any automated jobs/processes that are looking for a specific file name. **The changes are noted in bold italics**.
    - Current Day File Name:      PB*edd*.DAT0.*zzz*.R7777.N8888.D111025.T12031
    - New File Name:               CE*e*F0.DAT2. *zzz*.R7777.N8888.D111025.T12031

        *e* = Environment variable of **I**=Test and **P**=Production
        *dd* = Current FRB District/Office site indicator will now be a fixed **F0**
        *zzz* = File type (i.e., FWD, RET, IRD)
        *Please note current MICR-only Files will be labeled FWD*
        *Current PDF Files will change from QKL to IRD*

- File Deposit Acknowledgements will be generated for every file deposited and will include enhanced information from today.  These acknowledgements can be viewed from the FedLine Web® access solution and received via FedMail® email, the same as today.  Details regarding changes will be provided as we move closer to implementation in order to support any coding that your organization may need to complete.

Exhibit #17

| | A2 | ▼ | | $f_x$ | This list includes both electronic and substitute check endpoints. |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2013 FedForward® Endpoint Tiers Listing | | | | | | | | | |
| 2 | This list includes both electronic and substitute check endpoints. | | | | | | | | | |
| 3 | Endpoints not listed default to Tier 4. | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | Office | Endpoint | Tier | | | | | | | |
| 2413 | 0740 | 074905539 | 3 | | | | | | | |
| 2414 | 0740 | 074905872 | 2 | | | | | | | |
| 2415 | 0740 | 074906091 | 3 | | | | | | | |
| 2416 | 0740 | 074906211 | 2 | | | | | | | |
| 2417 | 0740 | 074906428 | 2 | | | | | | | |
| 2418 | 0740 | 074906800 | 3 | | | | | | | |
| 2419 | 0740 | 074906949 | 2 | | | | | | | |
| 2420 | 0740 | 074907126 | 3 | | | | | | | |
| 2421 | 0740 | 074907414 | 3 | | | | | | | |
| 2422 | 0740 | 074908112 | 2 | | | | | | | |
| 2423 | 0740 | 074908138 | 3 | | | | | | | |
| 2424 | 0740 | 074908426 | 2 | | | | | | | |
| 2425 | 0740 | 074908594 | 1 | | | | | | | |
| 2426 | 0740 | 074908688 | 3 | | | | | | | |
| 2427 | 0740 | 074908934 | 3 | | | | | | | |
| 2428 | 0740 | 074909661 | 2 | | | | | | | |
| 2429 | 0740 | 074909988 | 3 | | | | | | | |
| 2430 | 0740 | 074910692 | 2 | | | | | | | |
| 2431 | 0740 | 074910854 | 3 | | | | | | | |

81

**BMO**  **Bank of Montreal**

**Bank of Montreal**
**Bay and Bloor Branch**
55 Bloor Street West
2nd Floor
Toronto, Ontario M4W 1A6

21st May 2013

906-545 Sherbourne Street
Toronto, ON   M4X 1W5

Attention: Mr. James Andrew Williams

<u>Re: Mr. James Andrews Williams – 0389 3969-532</u>

Dear Mr. Williams:

This letter is to inform you that after careful consideration, we will be ending our banking relationship with you. Our decision is based in part on information that has been provided to us. Pursuant to that information, we are unable to sufficiently understand the source of funds and/or the disposition of those funds and/or your transactional activity, and therefore do not have an appropriate basis to maintain a banking relationship with you.

As a result, we ask that you close your account (0389 3969-532) by 20th June, 2013. After that time, we will cease to operate this account. A full list of all the accounts to be closed is attached.

If you require assistance with the account closures, please contact us at 416-927-5537

Regards,

Ana Fernandes
Personal Banking Area Manager

82



**FIFTH THIRD BANK**

(GEORGIA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA GA 30005-3406

0

9481

Statement Period Date: 4/20/2013 - 5/21/2013
Account Type: 5/3 Essential Ckg
Account Number: 7460571248

Banking Center: Alpharetta
Customer Service: 1-800-972-3030
Internet Banking & Bill Payment: www.53.com

FIFTH THIRD IDENTITY PROTECTION SERVICES ARE DESIGNED TO SAFEGUARD YOU WITH POWERFUL, PROACTIVE SOLUTIONS THAT MAY HELP STOP FRAUD BEFORE IT OCCURS. LEARN HOW YOU CAN GET THE PEACE OF MIND YOU DESERVE AND EXCLUSIVE CUSTOMER PRICING. VISIT A CONVENIENT BANKING CENTER OR 53.COM/IDENTITYALERT TODAY. FIFTH THIRD BANK, MEMBER FDIC.

## Account Summary - 7460571248

| 04/20 | **Beginning Balance** | **$81.69** | Number of Days in Period | 32 |
|---|---|---|---|---|
| | Checks | | | |
| 16 | Withdrawals / Debits | $(44,555.52) | | |
| 5 | Deposits / Credits | $64,250.00 | | |
| **05/21** | **Ending Balance** | **$19,776.17** | | |

| **Fee Summary** | **This Period** | **2013 Year To Date** | **2012 Fee Totals** |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | ($37.00) |
| Total Return Item Fees | $0.00 | $0.00 | ($62.00) |
| Total Reversed, Overdraft and Return Item Fees | $0.00 | $0.00 | $37.00 |

| | |
|---|---|
| Monthly service charge associated with your CHECKING account | $11.00 |
| Your monthly service charge was WAIVED or DISCOUNTED because: BALANCE CRITERIA MET | -$11.00 |
| Amount to be withdrawn on first business day after this statement | **$0.00** |

### REMEMBER, NO MONTHLY SERVICE CHARGE IF:

You maintain a total monthly average balance of $1,500 across your checking and savings accounts.

OR you are a current or former U.S. military member with a monthly direct deposit totaling $500 or more.

OR you are a student.

**Your Accounts**

**Monthly Avg. Bal.**

**(Statement Period: 04/20/13 - 05/21/13)**

| CHECKING | X1248 | $10,407.17 |
|---|---|---|

**Total Combined Monthly Average Balance** **$10,407.17**

## Withdrawals / Debits
**16 items totaling $44,555.52**

| Date | Amount | Description |
|---|---|---|
| 04/22 | 11.00 | MONTHLY SERVICE CHARGE |
| 05/03 | 1,250.00 | WEB INITIATED PAYMENT AT PAYPAL TRANSFER 42TJ26ZVG3MDJ 050313 |
| 05/06 | 432.35 | DEBIT CARD PURCHASE AT PUBLIX #721, ALPHARETTA, GA ON 050513 FROM CARD#: XXXXXXXXXXXX4571 |
| 05/06 | 500.00 | 5/3 JEANIE WITHDRAWAL AT LOC 005926 2755 OLD MILTON PKWY ALPHARETTA GA |
| 05/06 | 500.00 | 5/3 JEANIE WITHDRAWAL AT LOC 005926 2755 OLD MILTON PKWY ALPHARETTA GA |

For additional information and account disclosures, please visit www.53.com

**Page 1 of 4**

DDR001 / FTGA / 20130521 / 5054 / 9481



83

*Exhibit #20*



**Tracking Number**

EG013717951CA

**Product Type:** Xpresspost

**Track History**

| Date | Time | Location | Description | Retail Location | Signatory Name |
|------|------|----------|-------------|-----------------|----------------|
| 2013/05/20 | 16:19 | 30326,USA | Item successfully delivered | | WBRUNNER |
| 2013/05/18 | 11:11 | 30326,USA | Item on hold at postal facility to verify address of recipient | | |
| 2013/05/18 | 10:51 | 30305,USA | Item has been received at the delivery office in the destination country | | |
| 2013/05/17 | 13:45 | USJFKG,USA | International item has arrived in a foreign country | | |
| 2013/05/17 | 02:00 | USJFKG, | International shipment has arrived in a foreign country | | |
| 2013/05/17 | 00:32 | MISSISSAUGA | International item has left Canada | | |
| 2013/05/16 | 16:34 | TORONTO | Item accepted at the Post Office | | |

**Shipping Options and Features for this Item**

© 2013 Canada Post Corporation

84



**Xpresspost** USA

For delivery confirmation
www.canadapost.ca
Confirmation de la livraison
www.postescanada.ca

Off
Ou  1 888 550-6333

CANADA POST / POSTES CANADA

**Customer Receipt     Reçu du client**

Item number:
N° de l'article : ▸  **EG 013 717 951 CA**

Date   YA 13  MM 05  D 16

**From          Expéditeur**

Name / Nom:  JAMES N WILLIAMS TRUST
Address / Adresse:  906-545 SHERBOURNE STREET
City/Ville:  TORONTO   Prov.:  ON   Postal Code / Code postal:  M4X 1W5   Country / Pays:  **CANADA**

**To          Destinataire**

Name / Nom:  Termaine C. Pettis Fifth Third Bank
Address / Adresse:  5344 Peachtree Rd. Suite 800
City/Ville:  Atlanta   GA
ZIP Code:  30326+
Country / Pays:  **UNITED STATES / ÉTATS UNIS**

In case of non-delivery, return at
SENDER'S EXPENSE [ ] OR ABANDON [ ]

En cas de non-livraison, renvoyer
AUX FRAIS DE L'EXPÉDITEUR [ ] OU ABANDON [ ]

Customs Declaration CN22  Shipping Label      Déclaration en douane CN22  Étiquette d'expédition



86



**Tracking Number**

EG013717925CA

**Product Type:** Xpresspost

## Track History

| Date | Time | Location | Description | Retail Location | Signatory Name |
|------|------|----------|-------------|-----------------|----------------|
| 2013/05/18 | 12:24 | 45263,USA | Item successfully delivered | | MVERGARA |
| 2013/05/18 | 10:37 | 45263,USA | Attempted delivery. Notice card left indicating where item can be picked up. | | |
| 2013/05/18 | 10:05 | 45203,USA | Item has been received at the delivery office in the destination country | | |
| 2013/05/17 | 13:45 | USJFKG,USA | International item has arrived in a foreign country | | |
| 2013/05/17 | 02:00 | USJFKG, | International shipment has arrived in a foreign country | | |
| 2013/05/17 | 00:32 | MISSISSAUGA | International item has left Canada | | |
| 2013/05/16 | 21:47 | MISSISSAUGA | Item processed at postal facility | | |
| 2013/05/16 | 16:35 | TORONTO | Item accepted at the Post Office | | |

**Shipping Options and Features for this Item**

© 2013 Canada Post Corporation

87

### EXHIBIT #21

*The following information shows that there are number of discrepancies in regards to the total number of deposits that FIFTH THIRD BANK has received. Since the number of deposits has an impact on the total allowable checkable liabilities it is imperative that the total deposits listed on the Federal Reserve form FR2900 be correct.*

*Exhibit #22 states that from April 20, 2013 to May 21, 2013 the total deposits for the account #7460571248 = $64,250.00 USD. This money was transferred from the Plaintiffs' business checking account #7460552230 therefore FIFTH THIRD BANK has already reported this amount on their FR2900 form.*

*Page 42 from exhibit #1 shows that on May 06, 2013 the Plaintiff had transferred $38,000 from the personal account #7460571248 back into the business checking account #7460552230. FIFTH THIRD BANK recorded this amount as three separate deposits. These funds were first deposited into the account #7460552230; then the funds were transferred into the account #7460571248; then the funds were transferred back into the account #7460552230.*

*Exhibit #23 states that from January 01, 2013 to March 31, 2013:*

*i)      $19591.50 USD was transferred from the business checking account #7460552230 to the personal account #7460571248. This amount was recorded as a deposit by FIFTH THIRD BANK.*

*ii)      $8449.72 USD was transferred from the personal checking account #7460571248 to the business checking account #7460552230. This amount was recorded as a deposit by FIFTH THIRD BANK.*

*iii)      The Plaintiff had blocked the unauthorized withdrawal of $9000.00 USD. FIFTH THIRD BANK recorded this amount as an additional deposit.*

*Page 35, 39 and 40 from exhibit #1 shows that there are a number of credit and debit entries that were fraudulent recorded by a FIFTH THIRD BANK representative.*

*Exhibit # 22*



FIFTH THIRD BANK



## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 05/06 | 1,000.00 | WEB INITIATED PAYMENT AT PAYPAL TRANSFER 42TJ2722HMFX8 050613 |
| 05/06 | 18,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX2230 REF # 00312830696 |
| 05/06 | 19,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX2230 REF # 00312917442 |
| 05/07 | 115.52 | DEBIT CARD PURCHASE AT PGA TOUR SUPERSTOR, ROSWELL, GA ON 050513 FROM CARD#: XXXXXXXXXXXX4571 |
| 05/07 | 208.09 | DEBIT CARD PURCHASE AT EXPEDIA*1572240831, 800-367-3476, NV ON 050613 FROM CARD#: XXXXXXXXXXXX4571 |
| 05/07 | 235.29 | DEBIT CARD PURCHASE AT PGA TOUR SUPERSTOR, ROSWELL, GA ON 050513 FROM CARD#: XXXXXXXXXXXX4571 |
| 05/07 | 818.30 | DEBIT CARD PURCHASE AT DELTA, ATLANTA, GA ON 050513 FROM CARD#: XXXXXXXXXXXX4571 |
| 05/08 | 374.47 | DEBIT CARD PURCHASE AT PGA TOUR SUPERSTOR, 06789877942, GA ON 050713 FROM CARD#: XXXXXXXXXXXX4571 |
| 05/08 | 555.17 | FUNDS TRANSFER DEBIT REF # 00566665862 UNPOSTED DEBIT CARD TRANSACTION |
| 05/10 | 555.33 | DEBIT CARD PURCHASE AT MACY*S .COM #0129, 800-289-6229, OH ON 050913 FROM CARD#: XXXXXXXXXXXX4571 |
| 05/13 | 1,000.00 | WEB INITIATED PAYMENT AT PAYPAL TRANSFER 42TJ2722HMFX8 051313 |

## Deposits / Credits

5 items totaling $64,250.00

| Date | Amount | Description |
|------|--------|-------------|
| 04/29 | 250.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX2230 REF # 00312114648 |
| 04/29 | 2,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX2230 REF # 00312057114 |
| 05/06 | 60,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX2230 REF # 00312783093 |
| 05/07 | 1,000.00 | RETURN ITEM/ERROR CORRECTION OF A DEBIT |
| 05/14 | 1,000.00 | RETURN ITEM/ERROR CORRECTION OF A DEBIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/22 | 70.69 | 05/06 | 21,638.34 | 05/10 | 19,776.17 |
| 04/29 | 2,320.69 | 05/07 | 21,261.14 | 05/13 | 18,776.17 |
| 05/03 | 1,070.69 | 05/08 | 20,331.50 | 05/14 | 19,776.17 |

WE'RE CURIOUS. WHY DO PEOPLE STILL USE A DEBIT CARD AND A CREDIT CARD? CHECK OUT THE FIFTH THIRD BANK DUO CARD - THE ONLY CARD YOU CAN USE AS A CREDIT CARD OR A DEBIT CARD TO MAKE PURCHASES AND GET CASH AT THE ATM. DUO GIVES YOU ENHANCED SECURITY FROM LOSS OR THEFT, AS NON-PIN TRANSACTIONS AREN'T TIED TO YOUR CHECKING ACCOUNT. VISIT MY53CARD.COM/DUO OR CALL 1-877-579-5353 TO LEARN MORE AND APPLY TODAY! SUBJECT TO CREDIT APPROVAL. ADDITIONAL TERMS AND CONDITIONS APPLY.

*89*



**FIFTH THIRD BANK**

(GEORGIA)
P.O. BOX 630900 CINCINNATI OH 45263-0900



JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA GA 30005-3406

0

166

Statement Period Date: 1/1/2013 - 1/31/2013
Account Type: Bus Advantage Chking
Account Number: 7460552230

Banking Center: Buckhead Sovereign
Banking Center Phone: 678-237-4370
Commercial Client Services: 1-800-589-5355
www.53.com

---

## Account Summary - 7460552230

| 01/01 | **Beginning Balance** | **$21.92** | Number of Days in Period | 31 |
|-------|----------------------|------------|--------------------------|-----|
|       | Checks               |            |                          |     |
| 31    | Withdrawals / Debits | $(24,455.55) |                        |     |
| 19    | Deposits / Credits   | $24,241.11 |                          |     |
| 01/31 | **Ending Balance**   | **$(192.52)** |                       |     |

---

### Withdrawals / Debits
**31 items totaling $24,455.55**

| Date | Amount | Description |
|------|--------|-------------|
| 01/02 | 1.00 | ECPROCESSING NET SETTLE NET SETTLE 342843 342843 010213 |
| 01/11 | 74.50 | SERVICE CHARGE |
| 01/15 | 110.65 | WEB INITIATED PAYMENT AT GATEWAY SERVICES WEBPAYMENT 011513 |
| 01/16 | 33.00 | OVERDRAFT FEE |
| 01/18 | 32.00 | DAILY OVERDRAFT FEE |
| 01/23 | 15.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00303368186 |
| 01/25 | 1,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00303567843 |
| 01/25 | 1,750.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00303587594 |
| 01/28 | 349.40 | BANKSERV BILLING 0990000001 O3APA1 PAYMENT 292951762 JAMES A WILLIAMS TRU 012813 |
| 01/29 | 4,500.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00303841298 |
| 01/30 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012400002147 JamesAWilliamsTrust 013013 |
| 01/30 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012400002148 JamesAWilliamsTrust 013013 |
| 01/30 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012400002149 JamesAWilliamsTrust 013013 |
| 01/30 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012400002147 JamesAWilliamsTrust 013013 |
| 01/30 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012400002148 JamesAWilliamsTrust 013013 |
| 01/30 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012400002149 JamesAWilliamsTrust 013013 |
| 01/30 | 4,000.00 | OUTGOING WIRE TRANS 013013 |
| 01/30 | 1,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00303929394 |
| 01/31 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800000042 JamesAWilliamsTrust 013113 |
| 01/31 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800000043 JamesAWilliamsTrust 013113 |
| 01/31 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800001942 JamesAWilliamsTrust 013113 |
| 01/31 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800001941 JamesAWilliamsTrust 013113 |
| 01/31 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800001940 JamesAWilliamsTrust 013113 |
| 01/31 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800000041 JamesAWilliamsTrust 013113 |
| 01/31 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800000042 JamesAWilliamsTrust 013113 |
| 01/31 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800000043 JamesAWilliamsTrust 013113 |
| 01/31 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800001942 JamesAWilliamsTrust 013113 |
| 01/31 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800001941 JamesAWilliamsTrust 013113 |
| 01/31 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800001940 JamesAWilliamsTrust 013113 |
| 01/31 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800000041 JamesAWilliamsTrust 013113 |
| 01/31 | 2,500.00 | OUTGOING WIRE TRANS 013113 |

90



## FIFTH THIRD BANK

### Deposits / Credits
**19 items totaling $24,241.11**

| Date | Amount | Description |
|------|--------|-------------|
| 01/07 | 1.00 | GETI ELEC MANS 010713 |
| 01/16 | 110.65 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 011613 |
| 01/22 | 0.17 | PAYPAL VERIFYBANK 1042TJ222CN2P86 012213 |
| 01/22 | 0.17 | PAYPAL VERIFYBANK 2042TJ222CN2P86 012213 |
| 01/22 | 150.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1248 REF # 00303163356 |
| 01/25 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 3 JamesAWilliamsTrust 012513 |
| 01/29 | 349.40 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 012913 |
| 01/29 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 5 JamesAWilliamsTrust 012913 |
| 01/29 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 7 JamesAWilliamsTrust 012913 |
| 01/29 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 8 JamesAWilliamsTrust 012913 |
| 01/30 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 9 JamesAWilliamsTrust 013013 |
| 01/30 | 2,599.72 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1248 REF # 00303897908 |
| 01/31 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 013113 |
| 01/31 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 013113 |
| 01/31 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 013113 |
| 01/31 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 013113 |
| 01/31 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 013113 |
| 01/31 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 013113 |
| 01/31 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 10 JamesAWilliamsTrust 013113 |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02 | 20.92 | 01/18 | (117.58) | 01/28 | (81.64) |
| 01/07 | 21.92 | 01/22 | 32.76 | 01/29 | 4,767.76 |
| 01/11 | (52.58) | 01/23 | 17.76 | 01/30 | 2,337.48 |
| 01/15 | (163.23) | 01/25 | 267.76 | 01/31 | (192.52) |
| 01/16 | (85.58) | | | | |

9/



**FIFTH THIRD BANK**

(GEORGIA)
P.O. BOX 630900 CINCINNATI OH 45263-0900



JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA GA 30005-3406

Statement Period Date: 2/1/2013 - 2/28/2013
Account Type: Bus Advantage Chking
Account Number: 7460552230

Banking Center: Buckhead Sovereign
Banking Center Phone: 678-237-4370
Commercial Client Services: 1-800-589-5355
www.53.com

0

153

## Account Summary - 7460552230

| 02/01 | Beginning Balance | $(192.52) | Number of Days in Period | 28 |
|-------|-------------------|-----------|--------------------------|-----|
|       | Checks            |           |                          |     |
| 32    | Withdrawals / Debits | $(66,762.50) |                    |     |
| 39    | Deposits / Credits | $67,335.00 |                         |     |
| 02/28 | Ending Balance    | $379.98   |                          |     |

### Withdrawals / Debits

**32 items totaling $66,762.50**

| Date | Amount | Description |
|------|--------|-------------|
| 02/01 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800000309 JamesAWilliamsTrust 020113 |
| 02/01 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800000310 JamesAWilliamsTrust 020113 |
| 02/01 | 10.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURNFEE 913012800000308 JamesAWilliamsTrust 020113 |
| 02/01 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800000309 JamesAWilliamsTrust 020113 |
| 02/01 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800000310 JamesAWilliamsTrust 020113 |
| 02/01 | 1,000.00 | RDMPmtSol Inc RDM Payment Soln Inc RETURN 913012800000308 JamesAWilliamsTrust 020113 |
| 02/01 | 259.00 | OVERDRAFT FEE |
| 02/04 | 2,000.00 | OUTGOING WIRE TRANS 020413 |
| 02/04 | 3,887.50 | OUTGOING WIRE TRANS 020413 |
| 02/05 | 1,250.00 | OUTGOING WIRE TRANS 020513 |
| 02/05 | 3,200.00 | OUTGOING WIRE TRANS 020513 |
| 02/05 | 5,000.00 | OUTGOING WIRE TRANS 020513 |
| 02/05 | 1,811.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00304590282 |
| 02/06 | 1,771.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00304644168 |
| 02/07 | 1,300.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00304742271 |
| 02/12 | 750.00 | OUTGOING WIRE TRANS 021213 |
| 02/12 | 1,200.00 | OUTGOING WIRE TRANS 021213 |
| 02/12 | 7,500.00 | OUTGOING WIRE TRANS 021213 |
| 02/12 | 7,500.00 | OUTGOING WIRE TRANS 021213 |
| 02/12 | 1,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00305173024 |
| 02/12 | 92.00 | SERVICE CHARGE |
| 02/13 | 1,500.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00305266440 |
| 02/14 | 1,312.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00305336596 |
| 02/15 | 1,300.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00305537246 |
| 02/19 | 1,311.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00305818688 |
| 02/20 | 875.00 | OUTGOING WIRE TRANS 022013 |
| 02/20 | 1,625.00 | OUTGOING WIRE TRANS 022013 |
| 02/20 | 5,000.00 | OUTGOING WIRE TRANS 022013 |
| 02/20 | 7,500.00 | OUTGOING WIRE TRANS 022013 |
| 02/20 | 244.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00305899665 |
| 02/26 | 45.00 | BANKSERV BILLING 0990000001 O3APA1 PAYMENT 296443967 JAMES A WILLIAMS TRU 022613 |
| 02/26 | 4,500.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00306413081 |





FIFTH THIRD BANK

## Deposits / Credits
**39 items totaling $67,335.00**

| Date | Amount | Description |
|------|--------|-------------|
| 02/01 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020113 |
| 02/01 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 12 JamesAWilliamsTrust 020113 |
| 02/04 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020413 |
| 02/04 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020413 |
| 02/04 | 10.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020413 |
| 02/04 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020413 |
| 02/04 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020413 |
| 02/04 | 1,000.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 020413 |
| 02/04 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 13 JamesAWilliamsTrust 020413 |
| 02/05 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 14 JamesAWilliamsTrust 020513 |
| 02/05 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 15 JamesAWilliamsTrust 020513 |
| 02/06 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 16 JamesAWilliamsTrust 020613 |
| 02/07 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 17 JamesAWilliamsTrust 020713 |
| 02/11 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 18 JamesAWilliamsTrust 021113 |
| 02/12 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 19 JamesAWilliamsTrust 021213 |
| 02/12 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 20 JamesAWilliamsTrust 021213 |
| 02/12 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 21 JamesAWilliamsTrust 021213 |
| 02/12 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 22 JamesAWilliamsTrust 021213 |
| 02/12 | 1,200.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXX1248 REF # 00305212728 |
| 02/13 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 23 JamesAWilliamsTrust 021313 |
| 02/14 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 24 JamesAWilliamsTrust 021413 |
| 02/15 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 25 JamesAWilliamsTrust 021513 |
| 02/19 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 26 JamesAWilliamsTrust 021913 |
| 02/20 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 27 JamesAWilliamsTrust 022013 |
| 02/20 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 28 JamesAWilliamsTrust 022013 |
| 02/20 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 29 JamesAWilliamsTrust 022013 |
| 02/20 | 3,000.00 | RDM 0320633 RDM Payment Soln Inc DEPOSIT 30 JamesAWilliamsTrust 022013 |
| 02/27 | 45.00 | FIFTH THIRD BANK ACH POSITIVE PAY POSPAY RTN JAMES A WILLIAMS TRUST 022713 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02/01 | 5,578.48 | 02/11 | 6,388.98 | 02/19 | 8,123.98 |
| 02/04 | 5,720.98 | 02/12 | 1,546.98 | 02/20 | 4,879.98 |
| 02/05 | 459.98 | 02/13 | 3,046.98 | 02/26 | 334.98 |
| 02/06 | 1,688.98 | 02/14 | 4,734.98 | 02/27 | 379.98 |
| 02/07 | 3,388.98 | 02/15 | 6,434.98 | | |

THE U.S. DEPARTMENT OF THE TREASURY REQUIRES EVERYONE GETTING PAPER FEDERAL BENEFIT CHECKS TO SWITCH TO DIRECT DEPOSIT BY MARCH 1, 2013. DON'T WAIT UNTIL IT'S TOO LATE. GO ONLINE AT WWW.GODIRECT.ORG OR CALL (800) 333-1795 TO SWITCH TODAY.

93



**FIFTH THIRD BANK**

(GEORGIA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA GA 30005-3406

0

192

Statement Period Date: 3/1/2013 - 3/31/2013
Account Type: Bus Advantage Chking
Account Number: 7460552230

Banking Center: Buckhead Sovereign
Banking Center Phone: 678-237-4370
Commercial Client Services: 1-800-589-5355
www.53.com

---

## Account Summary - 7460552230

| | | | | |
|---|---|---|---|---|
| 03/01 | **Beginning Balance** | **$379.98** | Number of Days in Period | 31 |
| 1 | Checks | $(795.00) | | |
| 3 | Withdrawals / Debits | $(778.97) | | |
| 3 | Deposits / Credits | $5,250.00 | | |
| 03/31 | **Ending Balance** | **$4,056.01** | | |

---

### Check
**1 check totaling $795.00**

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9001 i | 03/12 | 795.00 |

---

### Withdrawals / Debits
**3 items totaling $778.97**

| Date | Amount | Description |
|---|---|---|
| 03/12 | 307.00 | SERVICE CHARGE |
| 03/20 | 307.00 | DEBIT CARD PURCHASE AT REI*MATTHEW BENDER, 800-833-9844, NY ON 031913 FROM CARD#: XXXXXXXXXXXX3896 |
| 03/28 | 164.97 | DEBIT CARD PURCHASE AT FOOTSMART, 800-230-4077, GA ON 032713 FROM CARD#: XXXXXXXXXXXX3896 |

---

### Deposits / Credits
**3 items totaling $5,250.00**

| Date | Amount | Description |
|---|---|---|
| 03/07 | 450.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1248 REF # 00307404174 |
| 03/13 | 300.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1248 REF # 00307912020 |
| 03/19 | 4,500.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1248 REF # 00308452375 |

---

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/07 | 829.98 | 03/13 | 27.98 | 03/20 | 4,220.98 |
| 03/12 | (272.02) | 03/19 | 4,527.98 | 03/28 | 4,056.01 |

---

# *SECTION 'B'*

*JAMES A WILLIAMS TRUST, PLAINTIFF*

*V.*

*FIFTH THIRD BANK, et al., DEFENDANT(S)*

## *COVER PAGE*

# *A Special Action for Remedy Ex Necessitate Legis for Commercial Injury, Ultra Vires Acts, Criminal Conversion, Fraudulent Mis-representation*

## *FROM:*

*JAMES A WILLIAMS TRUST, Creditor, Secured Party*
*(Fifth Third Bank Account #7460552230)*
*PETER PAPOULIAS, TRUSTEE*
*4175 Breckenridge Court*
*Alpharetta, Georgia 30005*
*404-704-0898 or 416-944-8494*
*peterpapoulias@hotmail.com or jameswilliams@bell.net*

## *TO:*

*FIFTH THIRD BANK, ET AL.*
*Fifth Third Bank - Buckhead Sovereign Building*
*3344 Peachtree Rd. - Suite 800*
*Mail Drop X46306*
*Atlanta, GA 30326*
*Phone: 404.279.4567*

*Fifth Third Bank*
*38 Fountain Square Plaza*
*Cincinnati, Ohio 45263*
*Phone: (800) 972-3030*

## *MAY 16, 2013*

### TABLE OF CONTENTS:                                                    *Page*

1.   *A Special Action for Remedy Ex Necessitate Legis for Commercial Injury, Ultra Vires*
*Acts, Criminal Conversion, Fraudulent Mis-representation*.......................................................   *1*

2.   *Exhibit A $1.01 Test Transmission Report*...........................................................   *15*

3.   *Exhibit B $1.01 Debit and Credit Posting*...........................................................   *17*

4.   *Exhibit C Date when $1.01 posting appeared in account*...............................   *18*

5.   *Exhibit D April 25, 2013 $4500 Deposit Report*................................................   *20*

6.   *Exhibit E $4500 Posted to account*.......................................................................   *22*

7.   *Exhibit F $2000 Transfer*.......................................................................................   *23*

8.   *Exhibit G April 29, 2013 $4500 Deposit Report*................................................   *24*

9.   *Exhibit H Fraudulent Return Item provided by the Bank*.............................   *26*

10.  *Exhibit I Fraudulent Return Item provided by the Bank*...............................   *27*

11.  *Exhibit J Letter from the Bank* ...........................................................................   *28*

12.  *FRB PDF "Check 21-enabled Delivery Services"*...............................................   *29*

13.  *Exhibit K May 02, 2013 $86,500 Deposit Report*..............................................   *31*

14.  *Exhibit L $86,500 Posted to account*...................................................................   *33*

15.  *Exhibit M Scheduled wire transfers*....................................................................   *34*

16.  *Exhibit N Erroneous account entries*..................................................................   *35*

17.  *Exhibit O Email sent to Respondent(s)* ..............................................................   *36*

18.  *Exhibit P May 08, 2014 $76,000 Deposit Report*..............................................   *37*

19.  *Exhibit Q $76,000 Posted to account*...................................................................   *39*

20.  *Exhibit R Erroneous account transfers*...............................................................   *40*

21.  *Exhibit S Letter from Bank* ..................................................................................   *41*

22.  *Letter from SunTrust closing Peter's account*...................................................   *45*

23.  *Exhibit T Fifth Third Bank Rules and Regulations issued in January 2013*...................   *47*

*A Special Action for Remedy Ex Necessitate Legis for Commercial Injury, Ultra Vires Acts, Criminal Conversion, Fraudulent Mis-representation*

*RE: Fifth Third Bank acted with willful, wanton and malicious conduct against declarant.*

*18 USC 1005.*

**PARTIES:**

**Declarant:**
*JAMES A WILLIAMS TRUST, Creditor, Secured Party (Fifth Third Bank Account #7460552230)*
*PETER PAPOULIAS, TRUSTEE*
*4175 Breckenridge Court*
*Alpharetta, Georgia 30005*
*404-704-0898 or 416-944-8494*
*peterpapoulias@hotmail.com or jameswilliams@bell.net*

**Respondent(s):**

*P. Brian Moore*
*Fifth Third Bank*
*3870 – P.O. BOX 63-995*
*Cincinnati, OH 45263 - 9995*

*Kimberly R. Love, CTP*
*Vice President, Treasury Management,  Fifth Third Bank*
*3344 Peachtree Road NE, Suite 800 MD X46306*
*Atlanta, GA 30326*
*404.279.4577 Phone*
*404.279.4557 Fax*

*Troy Smith*
*Fifth Third Bank*
*Senior Product Fulfillment Specialist*
*5050 Kingsley Drive, MD 1MOC29*
*Cincinnati, OH 45227*
*P: 513.358.5352*
*F: 513.534.3448*

*Jermain L. Pettis*
*Vice President - Business Banking*
*Fifth Third Bank - Buckhead*
*Sovereign Building*
*3344 Peachtree Rd. - Suite 800*
*Mail Drop X46306*
*Atlanta, GA 30326*
*Phone: 404.279.4567*

*\*Kimberly Love, Troy Smith and DaQuita Irons will receive the enclosed documentation by email. P. Brian Moore and Jermain Pettis will receive the enclosed documentation by registered mail.*

**ADMINISTRATIVE REMEDY PROCEEDURE:**

Declarant by Restricted Appearance is hereby exhausting his administrative remedy within the admiralty by Notice(ing) P. Brian Moore, Jermain Pettis, Kimberly Love, Troy Smith and Fifth Third Bank, et al. **28 U.S.C. §1333, §2461 and §2463**

As an operation of law Declarant is required to exhaust his administrative remedy.

As with any administrative process, Respondent may controvert the statements and/or claims made by Declarant by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by Respondent with evidence in support.

Respondent may agree and admit to all statements and claims made by Declarant by TACIT PROCURATION by simply remaining silent.

B1

47  **ESTOPPEL BY ACQUIESCENCE:**

48  *In the event Respondent admits the statements and claims by TACIT PROCURATION, all issues are*
49  *deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL and as a result,*
50  *JUDGMENT BY ESTOPPEL and not subject to appeal. Respondent may not argue, controvert, or*
51  *otherwise protest the finality of the administrative findings in any subsequent process, whether*
52  *administrative or judicial.*

53  *Respondent is granted 10 days to respond to the statements and claims herein and/or to*
54  *provide Respondent's own answers to inquires.*

55  **STATEMENT OF FACTS:**

56  *In November of 2012 the declarant opened a Business Checking Account and a Personal*
57  *Checking Account with Fifth Third Bank ("the bank"). On December 15, 2012 the declarant obtained the*
58  *check services offered by a company called CheckAlt. CheckAlt creates image cash letters ("ICL") from*
59  *the data provided by the declarant and then sends the "ICL" to the bank's back office for processing.*

60  *On December 19, 2012 the declarant contacted the bank to initiate the set-up of the Electronic*
61  *Cash Letter service offered by the bank. The declarant notified the bank that representatives from*
62  *CheckAlt would be contacting the bank to set-up the electronic cash letter service. The set-up process*
63  *took much longer than CheckAlt had anticipated (over 4 months).*

64  *On April 17, 2013 the declarant sent a live test transmission to the bank in order to test out the*
65  *service (see exhibit A). On April 18th Fifth Third Bank posted the $1.01 debit and $1.01 credit to the*
66  *declarant's account (see exhibit B). The declarant wasn't able to see the posted item until April 19th (see*
67  *exhibit C).*

68  *On April 25th the declarant sent an ICL in the amount of $4500 to the bank (see exhibit D). On*
69  *April 26th the funds were posted to the declarant's account (see exhibit E). Since the funds were posted*
70  *the bank made them available. On April 27th the declarant transferred $2000 from the business*
71  *checking account to the personal checking account (see exhibit F).*

72  *On April 29th the declarant sent an ICL in the amount of $4500 to the bank (see exhibit G).*

73  *On April 30th the bank debited $4500 from the declarant's account in violation of U.C.C. 4-*
74  *215(a), 4-301(a). The bank claimed that the Federal Reserve Bank had returned the check (see exhibit*
75  *H). The actions by the bank are clearly fraudulent, wanton in character and maliciously intentional.*

76  **NO RIGHT OF CHARGE BACK OR REFUND – PAYOR BANK'S FINAL PAYMENT**
77  **TERMINATES DEPOSITARY BANK'S RIGHT OF CHARGE BACK:**

78  *The third sentence of the U.C.C. 4-214(a) provides: "These rights to revoke, charge back, and*
79  *obtain refund terminate if and when a settlement for the item received by the [depositary or collecting]*
80  *bank is or becomes final." In terms of Article 4, a settlement given or received by a depositary bank*
81  *becomes final when the payor bank finally pays the item. See 4-215(a) & (c). So, when the payor bank*
82  *finally pays an item, as described in 4-215(a)(3) and 4-301(a), a depositary bank loses the 4-214(a)*

B2

83  *rights of charge back and refund and thus cannot recover the credit the bank gave its customer for the*
84  *item.*

85  **Role of Collecting Banks:**

86  *Any bank handling a check or other item for collection, except the payor bank, is a collecting*
87  *bank. 4-105(5). This term includes the depository bank (4-105(2)) and any intermediary bank (4-*
88  *105(4)), but not the payor bank. The collecting bank that actually presents the check to the payor bank*
89  *for payment is also known as the presenting bank (4-105(6)). None of these collecting banks pays a*
90  *check that it takes for collection. Only a payor bank, the drawee, which is not a collecting bank, pays a*
91  *check. The role of a collecting bank is rather to assist the owner of the check in getting payment from*
92  *the payor bank by forwarding the item for presentment for payment and, if the item is dishonored, to*
93  *assist in returning it to the owner if the item is returned through the collecting bank.*

94  *In their role of helping the owner of a check get payment from the payor bank, collecting banks*
95  *ordinarily serve as agents of the owner. Actually, the depository bank is the agent, and intermediary*
96  *banks as sub-agents. 4-201(a); 12 CFR 229.36(d) Commentary. Because collecting banks are agents or*
97  *sub-agents of the owner of the item, the banks are responsible to the owner for their collection conduct.*
98  *In general, they owe the owner a duty of good faith, 1-203, and they must also act reasonably,*
99  *according to a standard of ordinary care, in carrying out tasks with respect to both forward collection*
100 *and return of items. 4-202(a).*

101 *Under UCC 4-213(2), final payment of a check "firms up" all of the provisional settlements*
102 *made in the collection process. Under subsection (1) (d) of UCC 4-213, a payor bank makes final*
103 *payment of a check when it fails to revoke a provisional settlement "in the time and manner permitted*
104 *by statute, clearing house rule or agreement." As to items not presented over the counter or by local*
105 *clearing house, this means that a payor bank is deemed to have made final payment of a check when it*
106 *fails to revoke provisional settlement by its midnight deadline. See UCC 4-213, Official code comment*
107 *6. In his article on check handling, F. Leary, has described 4-213 as the "zinger" section: "when*
108 *provisional credit given by the payor bank becomes firm then – „zing" – all prior provisional credits*
109 *are instantaneously made firm." Leary, op cit, at 361. If a payor bank was not required to meet its*
110 *midnight deadline with respect to previously dishonored items, then none of the other banks involved*
111 *in the collection process could safely assume that the check has been paid. Consider the problems of a*
112 *depository bank. It must permit its customer to withdraw the amount of the credit given for the check*
113 *when provisional settlements have become final by payment and when the bank has had "a reasonable*
114 *time" to learn that the settlement is final. See UCC 4-213 (4) (a). The depository bank will rarely receive*
115 *notice that an item has been paid. In actual practice, the depository bank will utilize availability*
116 *schedules to compute when it shoud receive the check if it is to be returned unpaid. Leary, op cit, at*
117 *345-346.*

118 *"The Midnight Deadline Rule" – A payor bank cannot indefinitely retain a check that has been*

B3

119 | *presented for payment. The check usually belongs to the depositor who expects payment, and federal*
120 | *law will require the depository bank to make funds available for the check in fairly short order unless*
121 | *the check is sooner dishonored. 12 U.S.C.A. 4001-4010. By rule of 4-302 the payor bank becomes*
122 | *accountable for the item – liable for it – unless it returns the check by the midnight deadline with*
123 | *respect to the item- midnight of the next banking day on which the item is received. 4-301(a)(1), and a*
124 | *payor bank that is not the depository bank can retain the item this only if the bank settles for the item –*
125 | *gives credit for it – by midnight of the banking day of receipt.* **Id. If the item is presented through**
126 | **a Federal Reserve Bank, accountability results at the end of the banking day unless the**
127 | **payor bank settles by then. 12 CFR 210.9 and 12 CFR 210.12.**

128 | *On April 30th funds from the April 29th deposit were posted to the declarant's account and*
129 | *were made available on May 01st. Later on in the afternoon of the 1st the bank debited $4500 from the*
130 | *declarant's account in violation of U.C.C. 4-215(a), 4-301(a). The bank claimed that the Federal*
131 | *Reserve Bank had returned the check (see exhibit I). Again the actions by the bank is clearly*
132 | *fraudulent, wanton in character and maliciously intentional. Lines 72 – 124 are incorporated by*
133 | *reference as though fully stated herein.*

134 | *To add further confusion the Declarant received a letter from P. Brian Moore, Fifth Third*
135 | *Bank which stated that the $4500 deposit that was posted on April 26th was put on hold by the bank.*
136 | *Fifth Third Bank claimed that they had received information from the paying bank which indicated*
137 | *that the check may not be paid (exhibit J). The letter sent by the bank provides further proof that the*
138 | *bank's conduct is malicious, intentional, and fraudulent.*

139 | **PROBLEMS WITH EXHIBITS H AND I:**

140 | **i)** *If the Federal Reserve Bank had in fact returned the deposit they would have sent a return*
141 | *image cash letter not a substitute check (see attached FRB pdf "Check 21-enabled Delivery Services").*
142 | *Furthermore, any bank that creates a substitute check from an ICL also takes on the liability;*

143 | **ii)** *The Federal Reserve Bank had already paid the check. As with any automated system, human*
144 | *error in inputting information can cause nettlesome problems in check collections. When a bank pays a*
145 | *check over the counter or otherwise settles for it without retaining a right to revoke, it finally pays the*
146 | *check and is accountable for it. 4-215(a). If the bank does not return the check or give written notice*
147 | *that it will not pay it within its midnight deadline, the bank cannot revoke even a provisional*
148 | *settlement and has paid the check. 4-215(a), 4-301(a). These rules permit most checks to be paid*
149 | *automatically with very little human intervention. The Federal Reserve Bank's check sorting*
150 | *machinery for example, will process the declarant's image cash letter using the information provided*
151 | *by the MICR line on the check. On the day of receipt, the Federal Reserve Bank will credit Fifth Third*
152 | *Bank for this amount, thus "settling", for the item. Unless the drawer has stopped payment on the check*
153 | *or is badly overdrawn without overdraft protection, the Federal Reserve Bank will do nothing else and*

B4

154  *the check will be finally paid when the dealing for dishonoring the check passes. A bank becomes*
155  *accountable for it, when it does nothing.*

156      *In practice, a payor bank almost always settles for an item on the day the item is received and*
157  *often settles immediately upon receiving it, even when the payor bank is also the depository bank.*
158  *Accountability under 4-302 is thus avoided.*

159      *Settlement is an accounting. Until the midnight deadline, however, this settlement can be*
160  *recovered by a return that is timely under 4-301 and in compliance with other provisions of state law*
161  *and federal Regulation CC. Failure to make such a timely return results in the settlement becoming*
162  *final – final payment occurs. A final settlement cannot be lawfully recovered. Unlawfully recovering*
163  *the settlement results in liability for converting the funds.*

164  ***iii)***  *The reason codes found on the substitute check are erroneous. "X" **Refer to Image – Return***
165  ***Reason information is contained within the image of the item.** – This code can be used when*
166  *the creator of an image return knows that a return reason already exists on the face of the item. The*
167  *return reason may have been stamped on the item by the paying bank or printed on the face of the item*
168  *in the creation of a Substitute Check. This code is generally used by an intermediary processor when a*
169  *paper return item is received and is being converted to an image. If the creator of the return is unsure*
170  *whether a return reason has been placed on the face of the item, this code should not be used. Since an*
171  *intermediary would not know the actual return reason without physically examining the item, this use*
172  *of the code promotes efficient processing of that return. <u>This code should not be used by a paying bank*
173  *in an electronic image return file. A paying bank is required (by law) to identify the reason for return.</u>*
174  *The future direction should be when printing a Substitute Check the "Refer to Image" verbiage should*
175  *not be printed on the face of the Substitute Check, since the actual return reason should already appear*
176  *in the image of the check. If the "Refer to Image" verbiage is printed on the Substitute Check it should*
177  *not obscure important information on the face of the check1. Use of this code when the return reason*
178  *appears on the face of the item can cause undesirable impacts to BOFD"s downstream applications.*
179  *Banks that receive returns with both an "X" and a return reason on the face of the item, may choose to*
180  *change the reason "X" to the return reason that appears on the item;*

181  ***iv)***  *The substitute check that the bank had sent in the mail does not match the substitute check for*
182  *the same item that was provided by Clare Huckabe. The substitute check that was sent in the mail*
183  *clearly shows additional alterations by someone from Fifth Third Bank;*

184  ***v)***  *Fifth Third Bank failed to provide a notice of nonpayment. This notice would have been*
185  *provided by the Federal Reserve Bank if the check was returned unpaid.*

186  *Title 12 CFR § 229.33 Notice of nonpayment:*

187  *(a) Requirement. If a paying bank determines not to pay a check in the amount of $2,500 or more, it*
188  *shall provide notice of nonpayment such that the notice is received by the depository bank by 4:00*
189  *p.m. (local time) on the second business day following the banking day on which the check was*

B5