*presented to the paying bank. If the day the paying bank is required to provide notice is not a banking day for the depositary bank, receipt of notice on the depositary bank's next banking day constitutes timely notice. Notice may be provided by any reasonable means, including the returned check, a writing (including a copy of the check), telephone, Fedwire, telex, or other form of telegraph.*

*(b) Content of notice. Notice must include the—*
*(1) Name and routing number of the paying bank;*
*(2) Name of the payee(s);*
*(3) Amount;*
*(4) Date of the indorsement of the depositary bank;*
*(5) Account number of the customer(s) of the depositary bank;*
*(6) Branch name or number of the depositary bank from its indorsement;*
*(7) Trace number associated with the indorsement of the depositary bank;*
*(8) Reason for nonpayment, and;*
*(9) IMAD and OMAD numbers*

*vi)     All IRDs must contain a "4" in position 44 (EPC digit) of the MICR line of the check to indicate it is an IRD so that other parties can properly handle the item. Unpaid returned IRDs must contain a "5" in position 44 on the qualified return strip. The IRD must conform to all current check standards including size, paper weight and MICR toner thus allowing the IRD to be processed as if it were the original check.*

*On May 02, 2013 the declarant sent an ICL that contained 9 checks totaling $86,500 (see exhibit K). On May 03rd the funds were posted to the declarant's account and on May 04th they were made available for withdrawal. (see exhibit L). On May 04th and May 05th the declarant made various withdrawals and scheduled 4 separate wires for May 06th (2 wires (1 for $9750 and 1 for $9500) to be sent to the declarant's BMO account in Canada and 2 wires (1 for $9750 and 1 for $9500) to be sent to the account of PETER PAPOULIAS at SunTrust in Georgia (see exhibit M).*

*On Monday May 06th at approximately 8:30am an employee from Fifth Third Bank made a number of false entries into the declarant's account with the intent to defraud the declarant (18 USC 1005 offense). Prior to 8:30am the declarant's available balance was $34,000. After 8:30am the opening and closing available balance was (-$565,775.58)??? The closing ledger was (-$65,220.41)??? (see exhibit N). Since the closing ledger was at a negative balance the declarant's internet access to the account was blocked. However the declarant was still able to see the transactions by logging in to the back office (Fifth Third Direct™/commercial login).*

*The erroneous entries clearly show that the Bank acted with oppression, fraud and malice.*

*The alleged return entries do not match the number of entries that were deposited. Nine items were deposited. (5 items totaling $48,000 were issued by one drawer and 4 items totaling $38,500 were issued by another drawer). Fifth Third Bank claims that 1 item totaling $76,750 and 1 item totaling $9,750 was returned?*

*Exhibit O shows the email that was sent to numerous Fifth Third Bank representatives showing the fraudulent entries made into the declarant's account.*

B6

230   The egregious actions did not end there; a representative from the bank contacted SunTrust
231   and told them that the 2 wires (1 for $9750 and 1 for $9500) were unauthorized!! Due to this phone call
232   SunTrust froze the account of PETER PAPOULIAS. Peter was unable to access these funds. Believing
233   that fraud was somehow involved SunTrust sent a letter to Peter telling him that they are going to
234   close his account (see pages 46 and 46).

235   On May 07th Peter contacted Jermain L. Pettis, Vice President - Business Banking to discuss
236   the fraudulently account entries. After reviewing the declarant's account information Jermain was
237   unable to explain why the account was showing a negative $565,775.58 opening and closing balance.

238   Jermain confirmed that since the ICL system is completely automated, the manual entries that
239   appear after each ICL posting were highly irregular. Since the closing ledger showed a negative
240   $65,220.41 balance Jermaine told Peter that if the declarant made another deposit to bring the account
241   to a positive balance then Jermaine would be able to monitor the transactions. By monitoring the
242   transactions Jermain claimed that he would be able to resolve the current problems.

243   On May 08th the declarant sent an ICL that contained 8 checks totaling $76,000 (see exhibit
244   P). Peter notified Jermain by email and phone of the 8 items that were deposited by the declarant. On
245   May 09th the funds were posted to the declarant's account (see exhibit Q). The Account Balance
246   Summary (see exhibit R) caused further erroneous balance totals. A comparison of exhibits N and R
247   shows that the opening available balance and closing ledger correctly reflect the $76,000 credit
248   however the closing available balance is erroneous. The closing available balance went from
249   a (-$565,775.58) balance to a (-$567,242.41) balance???

250   Peter had contacted Jermain by email and had left numerous phone messages in hopes that
251   the current issues were being resolved however Jermain failed to respond.

252   On May 08th the declarant sent an ICL that contained 6 checks totaling $58,500 (see exhibit
253   R). Since the fraudulent entries by the bank were clearly evident the declarant was confident that
254   Jermain would correct the account totals accordingly. On May 08th the Declarant was unable to login
255   to Fifth Third Direct™. The Declarants' access was blocked by the Respondent(s).

256   On May 13th the declarant received a letter from the Bank stating that within the next 30 days
257   the bank was going to be closing the declarant's account (see exhibit S).

258   Due to the egregious actions by Fifth Third Bank the declarant is entitled to punitive damages.
259   Many courts analyzing U.C.C. 4-402, which Florida Statute § 674.402 codifies, have held that a
260   Plaintiff is entitled to punitive damages where the wrongful dishonor of checks is morally culpable,
261   violative of public policy, or motivated by malice. E.g., Casco Bank & Trust v. Bank of New York, 584
262   F.Supp. 763 (D.Me.1984); Shaw v. Union Bank and Trust, 640 P.2d 953 (Okla.1981); and Yacht Club
263   Sales & Service v. First Nat'l Bank, 101 Idaho 852, 623 P.2d 464 (1980). Furthermore, the Florida
264   Supreme Court, in First Interstate Development v. Ablanedo, 511 So.2d 536, 539 (1987), citing its prior
265   opinion in Winn & Lovett Grocery Co. v. Archer, 126 Fla. 308, 171 So. 214 (1936), held that "punitive

B7

266 *damages are appropriate for any tortuous conduct accomplished through fraud." The rationale for the*
267 *award of punitive damages is that the defendant acts "willfully . . . [and] with a wanton disregard of*
268 *the rights of others." Ablanedo, 511 So.2d at 539.*

269 ***SPECIAL ENTRY UPON DISCOVERY VIA TACIT PROCURATION***
270 *RE: ACCOUNTABILITY FOR CONDUCT/BEHAVIOR AS A REPRESENTATIVE OF FIFTH THIRD*
271 *BANK..*
272

273 *Do you, P. Brian Moore, Jermain Pettis, Kimberly Love, DaQuita Irons and Troy Smith, admit the*
274 *fact...*
275

276 ***1)**.....that the Electronic Image Cash Letter system offered by the bank is completely automated.*
277 ***ANSWER:** [Admits/Acknowledge if no answer is provided]*
278
279

280 ***2)**...that the term posting is when a credit (+) or debit (-) is presented to the bank, paid by the bank*
281 *and applied to the account owner. Therefore when the bank receives the proceeds from a deposit the*
282 *funds will be posted and available to withdraw.*
283 ***ANSWER:** [Admits/Acknowledge if no answer is provided]*
284

285 ***3)**... that the bank acts only as the declarant's collecting agent. Therefore since the collecting banks is*
286 *an agent of the owner of the item, the bank is responsible to the owner/declarant for its collection*
287 *conduct. In general, the bank owes the owner/declarant a duty of good faith, 1-203, and the bank must*
288 *also act reasonably, according to a standard of ordinary care, in carrying out tasks with respect to*
289 *both forward collection and return of items. 4-202(a).*
290 ***ANSWER:** [Admits/Acknowledge if no answer is provided]*
291

292 ***4)**...that if the bank had tried to deposit an ICL that was previously returned unpaid on two occasions*
293 *than the Federal Reserve Bank would have blocked the declarant's ability to deposit an ICL with the*
294 *same MICR information (see Operating Circular section 3.1(f): Non-cash Items: The bank on which the*
295 *item is drawn has declined to pay the item two or more times. For purposes of this subparagraph 3.1(f)*
296 *only, the term "the item" means a check; any substitute check, electronic item, or ACH entry derived*
297 *from the check; and any photocopy in lieu of that check).*
298 ***ANSWER:** [Admits/Acknowledge if no answer is provided]*
299

300 ***5)**...that the bank kept the deposits and enjoyed the full benefit thereof. NOTE: Every 14 days the bank*
301 *reports to the Federal Reserve Bank the total deposits made during that time period. The Federal*
302 *Reserve Bank uses the total deposits to calculate the bank's reserves. For every dollar that the bank*
303 *deposits the bank can create 10 dollars worth of checkable liabilities (see Monetary Control Act of*
304 *1980).*
305 ***ANSWER:** [Admits/Acknowledge if no answer is provided]*
306

307 ***6)**...that Respondent(s) have committed and are committing SCIENTER ACTS (omitting knowledge) in*
308 *Bad Faith, Fraud Conspiracy, Undue Enrichment, Theft, Willful and Wanton, Irreparable Harm, with*
309 *Malice and Forethought,  Slander, Money-laundering Illegal use of electric media, and Commercial*
310 *War.*
311 ***ANSWER:** [Admits/Acknowledge if no answer is provided]*
312

313 ***7)**....that any immunities, whether Absolute or Limited are not protective in his acts of Bad Faith*

B8

314  *against the Declarant and that <u>Am Jur 2nd, Volume 17 (A) Clause #298</u> applies. NO IMMUNITIES*
315  *WILL PROTECT A PERSON WHO ACTS IN BAD FAITH.*
316  **ANSWER:** *[Admits/Acknowledge if no answer is provided]*
317

318  **8)***...that any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and is an attempt to*
319  *violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the <u>D.C.</u>*
320  *<u>Codes</u>.*
321

322  **9)***...that if the Respondent discovers any errors or omissions, legal or otherwise, in or related to this*
323  *instrument, said Respondent is required to notice the Declarant at the address of the Notary Acceptor*
324  *only with a point by point description of any such errors and omissions within ten (10) days of*
325  *receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a*
326  *matter of the public record. The Respondent admits he is required to notify the Declarant within ten*
327  *(10) days by Registered Mail of acknowledgement, acceptance and agreement to the address of the*
328  *Notary Acceptor only. Respondent admits he may agree to all statements and claims by Declarant by*
329  *simply remaining silent.*
330  **ANSWER:** *[Admits/Acknowledge if no answer is provided]*
331

332  **10)***... that it is mandatory to place himself/herself under unlimited liability commercial oath to secure*
333  *integrity in his responses.*
334  **ANSWER:** *[Admits/Acknowledge if no answer is provided]*
335

336  **11)***... that the harm created by the Respondent(s) Criminal Acts and Acknowledges that the Sum*
337  *Certain in the True Bill is correct as presented and is required to be paid to the Declarant and that*
338  *Respondent agrees to the filing of this debt on a UCC 1 in favor of the Declarant.*
339  **ANSWER:** *[Admits/Acknowledge if no answer is provided]*
340

341  **12)***...that Respondents are subject to the Suits in Admiralty Act. <u>Title 46: U.S.A. Codes, Appendix,</u>*
342  *<u>Chapter 20 § 742-749</u>*
343  **ANSWER:** *[Admits/Acknowledge if no answer is provided]*
344

345  **13)***...that any stall and delay created by the bank is conversion of the Sum Certain in the Accounting*
346  *and True Bill of this Commercial Instrument and the Cleopatra Haslip v. Pacific Mutual Life Insurance*
347  *Supreme Court standard of four (4) Compensatory and two hundred (200) times Punitive Damages*
348  *shall prevail contractually.*
349  **ANSWER:** *[Admits/Acknowledge if no answer is provided]*
350

351  **14)***... that the Accounting and True Bill is true, correct complete and certain following the perfection of*
352  *this Commercial Instrument and that Respondent will not discharge this debt in bankruptcy.*
353   **ANSWER:** *[Admits/Acknowledge if no answer is provided]*
354

355  **15)***...that when this Special Action for Remedy Ex Necessitate Legis for Commercial Injury, Ultra Vires*
356  *Acts, Criminal Conversion, Fraudulent Mis-representation within the Admiralty Administrative*
357  *Remedy Agreement/Contract becomes complete that it is conclusive evidence and may be entered in*
358  *any judicial evidence file as required.*
359  **ANSWER:** *[Admits/Acknowledge if no answer is provided]*
360

B9

**16)**...Respondent admits that all parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is followed by a hostile presentment by the Respondents, either written or oral, is a criminal act.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

**17)**...that Declarant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

**NOTICE:**
Declarant, if necessary in any court of competent jurisdiction may use these statements and the ANSWERS contained herein.

### DURING THE TERM OF THE AGREEMENT:

**1.**      The declarant has maintained clean hands and good faith and has complied with all the necessary reporting requirements under the United States Code and all related banking laws.

**2.**      The respondent(s) acted willfully, and with such gross negligence as to indicate a wanton disregard of the rights of others. Exemplary or punitive damages are therefore damages ultra compensation, and are authorized to be inflicted when the wrong done partakes of a criminal character, though not punishable as an offense against the state, or consists of aggravated misconduct or a lawless act resulting in injury to plaintiff when sought to be redressed by a civil action for the tort " **Trust Co. Bank v. Citizens & S. Trust Co.,390 S.E.2d 589, 592 (Ga. 1990).**

**3.**      The respondent(s) have acted with bad faith and have failed to observe reasonable commercial standards **U.C.C. 3-103 (4),(7).**

**3-103 (4)**: **"Good faith"** means honesty in fact and the observance of reasonable commercial standards of fair dealing.

**3-103 (7)**: **"Ordinary care"** in the case of a person engaged in business means observance of reasonable commercial standards, prevailing in the area in which the person is located, with respect to the business in which the person is engaged. In the case of a bank that takes an instrument for processing for collection or payment by automated means, reasonable commercial standards do not require the bank to examine the instrument if the failure to examine does not violate the bank's prescribed procedures and the bank's procedures do not vary unreasonably from general banking usage not disapproved by this Article or Article 4.

### BREACH OF AGREEMENT

You are in Breach of our Agreement as follows:

1. With full knowledge of the correct facts you have breached the Fifth third Bank account agreement (see exhibit T) :

page 1 – Item #2. All items for deposit or collection, though provisionally credited, are received or

B10

400 *purchased subject to proof and collection, and until the proceeds thereof in money are actually received*
401 *by Bank or **until such items become final under applicable law,** such items themselves can be*
402 *returned and charged back to the account or subject to refund by Customer. Bank acts only as*
403 *Customer's collection agent and shall not be liable for any loss caused by the negligence or failure of its*
404 *agents, correspondents, or other bank while the item is in their hands or in transit.*

405 *page 20 - d. Rejection of wire transfer. Bank has no responsibility to accept any incoming wire*
406 *transfer for Customer's benefit. Likewise, Bank has a right to reject Customer's request for an outgoing*
407 *wire transfer for reasons including, but not limited to, insufficient funds or insufficient available funds*
408 *in the account specified in the request. If Bank is unable to execute the wire transfer, or if Bank is*
409 *unable to verify the authenticity of Customer's request, Bank will notify Customer by phone or mail.*
410 *Lines 212 is incorporated by reference as though fully stated herein.*

411 *2. The respondent(s) have breached U.C.C. 4-215, 4-301 and have failed to adhere to Regulation CC,*
412 *Regulation J and the Check 21 Act. Lines 76 – 203 is incorporated by reference as though fully stated*
413 *herein.*

414 **INJURIES**

415 *Because of the breaches, James Williams and Peter Papoulias, real party of interest has suffered the*
416 *following injuries:*

417 **1.**     *The respondent(s) have unlawfully debited the declarant's account in the amount of $185,500.*

418 **2.**     *Lines 230 – 234 is incorporated by reference as though fully stated herein. The egregious*
419 *actions by the bank caused SunTrust to freeze the account of PETER PAPOULIAS. Peter has been*
420 *unable to access the $19,250 that was wired to SunTrust on May 07, 2013.*

421 **3.**     *Due to the criminal behavior of the bank the declarant has 20 invoices valued at $9500 each*
422 *currently on hold. Total loss of revenue as of May 14, 2013 = $195,000 USD*

423 **4.**     *Since the declarant has shown that the bank's actions were fraudulent, wanton in character*
424 *and maliciously intentional the declarant can recover punitive damages.  Punitive damages shall be*
425 *awarded not as compensation to a plaintiff but solely to punish, penalize, or deter a defendant.*

426 **DUTY**

427     *You have a moral, legal, and lawful duty to not cause injury. In accordance with the Universal*
428 *Imperatives, you must not, engage in any activity such as extortion, lying, or breach of contract, which*
429 *would cause an unwanted injury to another. Those Universal Imperatives are codified in the Codes of*
430 *every civilized society on earth.*

431 **BREACH OF DUTY**

432 *You are breaching that duty by:*

433 **1.** *Entering numerous fraudulent entries with the intent to defraud the declarant.*

434 **2.** *Unlawfully recovering the settlement after final payment had occurred. The bank is thereby liable*
435 *for converting the funds.*

B11

436    *3.* *Failing to adhere to the Fifth Third Bank Rules and Regulations issued in January of 2013.*

437    **RESTITUTION AND PENANCE**

438    *Because you have said and demonstrated that you have no intent to reimburse the declarant for the*
439    *damages caused by your actions; because you have prevented the affiant from participating in*
440    *interstate commerce; and because you have extorted, the affiant shall recover the following damages:*

441    *i)      Amount of the funds obtained by conversion (unlawfully debited from the declarant's*
442    *account): $185,500.00 USD  x threefold (as stated in 18 USC 1964) = $556,500.00 USD;*

443    *ii)     18 USC § 656 - Theft, embezzlement, or misapplication by bank officer or employee =*
444    *$1,000,000;*

445    *iii)    18 USC § 1005 - Bank entries, reports and transactions = $1,000,000;*

446    *iv)     18 USC § 1341 - Frauds and swindles = $1,000,000;*

447    *v)      18 USC § 1344 - Bank fraud = $1,000,000;*

448    *vi)     Loss of revenue due to fraudulent action by bank = $195,000 (see line 413);*

449    *Total Compensatory Damages = $4,751,500.00 USD*

450    *Total Punitive Damages = 4 times the total compensatory damages = $19,006,000.00 USD awarded*
451    *to the United States Government. Lines 423 – 425 is incorporated by reference as though fully stated*
452    *herein.*

453    *These damages shall be the restitution and penance by which the declarant shall be restored to his*
454    *rightful status and the respondent(s) justly punished for their moral and legal offenses.*

455    **SUM CERTAIN FOR CONVERSION**

456    *$4,751,500.00 USD as of May 15, 2013; Four Million Seven Hundred Fifty One Thousand Five*
457    *Hundred Dollars.*

458    *"Declarant reserves the right to amend and correct and adjust the accounting and True Bill"*

459    *The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other*
460    *superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and*
461    *equal value in real property and natural resources and any agreeable combination of the above.*

462    **OPPORTUNITY TO CURE**

463    *Last chance for the Respondent(s) to act with clean hands and good faith. The Declarant will waive the*
464    *penalty charges listed herein and any future legal proceedings against the Respondent(s) if the*
465    *following conditions are met:*

466    *i)      Respondent(s) must delete the erroneous entries found in the declarant(s) account;*

467    *ii)     Respondent(s) must re-credit the declarant's account in the amount of $185,000;*

468    *iii)    Respondent(s) must grant access to these funds;*

469    *iv)     Respondent(s) must notify SunTrust that the funds that were wired on May 06, 2013 were*
470    *authorized by the account holder;*

B12

471  *v)      Respondent(s) must act in accordance with the applicable laws when processing  Image Cash*
472  *Letters sent by the Declarant.*
473  *The Declarant grants the Respondent(s) ten (10) days exclusive of the day of receipt to meet the*
474  *conditions stated above.*

475  **DEFAULT**

476  *        If the Respondent(s) fail to satisfy the conditions listed within the allotted time after having*
477  *been duly served with this notice and demand, then by tacit procuration the Declarant shall issue a*
478  *Default Judgment and Estoppel and a Commercial Claim. The Declarant would be left with no other*
479  *choice than to seek a remedy in a court of law.*

480  **CAVEAT**

481  *        The above penalty charges listed on lines 441 – 447 only reflect the penalties that arise from a*
482  *single deposited item. Since the Declarant had deposited 19 items the amount of the Commercial Claim*
483  *will be significantly higher than the current claim so it is imperative that you meet the above demands.*

484  **NOTICE TO RESPOND**

485  *Declarant grants Respondent(s) Ten (10) days, exclusive of the day of receipt to either meet the*
486  *conditions listed on lines 461 – 471 or respond to the statements, claims and inquiries above. Failure to*
487  *respond will constitute as an operation of law, the admission of Respondent(s) by TACIT*
488  *PROCURATION to the statements, claims and ANSWERS to inquiries and shall be deemed RES*
489  *JUDICATA, STARE DECISIS. Failure to respond will constitute PROMISSORY ESTOPPEL,*
490  *COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE resulting in **JUDGMENT BY***
491  ***ESTOPPEL.***
492  *This is a perfected Contract and it is a STATUTE STAPLE UCC CONFIRMATORY WRITING.*
493  *The mailing location for the Declarant can be found on page 1.*

494  **GENERAL CERTIFICATION:**

495  *I, James Williams, Grantor/Beneficiary for the JAMES A WILLIAMS TRUST, do hereby certify and*
496  *affirm on my full commercial liability that I have read the foregoing and know the content thereof, and*
497  *that, to the best of my knowledge, understanding, and belief, it is true, correct, complete, not*
498  *misleading, and is the truth, the whole truth, and nothing but the truth under the pains and penalties of*
499  *perjury and International Law.*

501  *City of Toronto*                            )
502                                              ) *Commercial Oath*
503  *Province known as Ontario*                  )
504                                                      *James Williams, affiant, real party of interest and*
505  *43°39'37".78" N*                                                *Owner/Beneficiary for the*
506  *79°23'04'.01" W*                            *JAMES A WILLIAMS TRUST Account #7460552230 and*
507                                                              *Account #JAWTCPA (X1248)*

510  ***May 16, 2013***                          **SEAL/**

B13

511 **Notary**

512 *On this date, the 16th of May, 2013, a man appearing in his true character, who identified himself as*

513 *James Williams, appeared before me* Mary Mainguy Hope _____ *a Notary Public*

514 *residing in the City of Toronto, in the Province of Ontario, and attested to the truth to the information*

515 *provided in the document titled "A Special Action for Remedy Ex Necessitate Legis for Commercial*

516 *Injury, Ultra Vires Acts, Criminal Conversion, Fraudulent Mis-representation" and the enclosed*

517 *exhibits.*

518

519 *s/* MHope
520 *Notary Public*

MARY MAINGUY HOPE
Barrister & Solicitor
Notary Public and Commissioner of Oaths
in and for the Province of Ontario
My commission is of unlimited duration.
No legal advice given.

**Red Seal Notary Inc.**
**777** Bay Street, Unit M207-B
**Toronto**, Ontario M5G 2C8
**(416)** 640-2648



B 14

# **DirectFed - Daily Activity**

**Item Status Code:**     **ACKFRB**     EXHIBIT 'A'

**Report Period Start:**   **04/17/13 09:46:00 AM**

**Report Period End:**     **04/17/13 09:46:00 AM**

**Bank Of First Deposit: 042000314**

**Account Number:**        **7460552230**

**Date:**      **04/17/13**
**Depositor: JAMES A WILLIAMS TRUST**
**Location:  Drafts**
**Terminal:  10005049**

**Batch:**     **1**

**Batch:**     **Check21 - 1**

| Routing # | Account Number | Check Number | Status Date | Amount | Sequence |
|---|---|---|---|---|---|
| 263190812 | 7460552230 | 1001 | 04/17/13 09:46:00 AM | 1.01 | 1 |
| **Check21** | **1** | # of Items: | 1 | 1.01 | |
| **Batch:** | **1** | # of Items: | 1 | 1.01 | |
| **Terminal:** | **10005049** | # of Items: | 1 | 1.01 | |
| **Location:** | **Drafts** | # of Items: | 1 | 1.01 | |
| **Depositor:** | **JAMES A WILLIAMS TRUST** | # of Items: | 1 | 1.01 | |
| **Date** | **04/17/13** | # of Items: | 1 | 1.01 | |
| **Account** | **7460552230** | # of Items: | 1 | 1.01 | |
| **BOFD** | **042000314** | # of Items: | 1 | 1.01 | |

**B15**

# DirectFed - Daily Activity

**Item Status Code:**      **ACKFRB**

**Report Period Start:**    **04/17/13 09:46:00 AM**

**Report Period End:**     **04/17/13 09:46:00 AM**

|  | # of Items | Amount |
|---|---|---|
| Report Totals: | 1 | $1.01 |

B16

Contact Us | Service Center | Help | Privacy & Security | FAQs

## EXHIBIT 'B'

### Account Activity

**Welcome, JAMES A WILLIAMS TRUST**
Saturday, April 27, 2013

**Account Activity** | Account Summary | Account Statements & Documents          Export History

**Account:**  BUSINESS ADVANTAGE CHECKING / (X2230)

**Statement Period:**  Current Statement  [Go]

| BUSINESS ADVANTAGE CHECKING – X2230 | |
|---|---|
| Balance as of 04/26/13: | $5,105.93 |
| Pending: | $0.00 |
| Other: | $0.00 |
| **Available Balance:** | **$5,105.93** |

**Pending Transactions**     (BUSINESS ADVANTAGE CHECKING X2230)                              [Hide]

No pending transactions.

**Posted Transactions**     (BUSINESS ADVANTAGE CHECKING X2230)                              [Hide]

Advanced Search:     Check Number              Keyword                      [Go]

| Date | Debit(-) | Credit(+) | Check | Description | Balance | Action |
|---|---|---|---|---|---|---|
| 04/26/13 | | | | *** DAILY BALANCE *** | $5,105.93 | |
| 04/26/13 | | $4,500.00 | | DEPOSIT | | |
| 04/22/13 | | | | *** DAILY BALANCE *** | $605.93 | |
| 04/22/13 | $14.51 | | | INTERNATIONAL TRANS FEE | | |
| 04/22/13 | $0.98 | | | MASTERCARD CURRENCY CONVERSION FEE | | |
| 04/22/13 | $488.60 | | | CIRRUS WITHDRAWAL AT LOC TD1589 420 Bloor St E Toronto | | |
| 04/18/13 | | | | *** DAILY BALANCE *** | $1,110.02 | |
| 04/18/13 | | $1.01 | | DEPOSIT | | |
| 04/18/13 | $1.01 | | 1001 | ELECTRONIC IMAGE | | |
| 04/15/13 | | | | *** DAILY BALANCE *** | $1,110.02 | |
| 04/15/13 | $54.95 | | | DEBIT CARD PURCHASE AT PRN COAST TO COAST, 818-377-5300, CA ON 041113 FROM CARD#: XXXXXXXXXXXX3896 | | |
| 04/12/13 | | | | *** DAILY BALANCE *** | $1,164.97 | |
| 04/12/13 | $121.99 | | | DEBIT CARD PURCHASE AT D&B*SMALL BUSINESS, 800-932-0025, NJ ON 041113 FROM CARD#: XXXXXXXXXXXX3896 | | |
| 04/10/13 | | | | *** DAILY BALANCE *** | $1,286.96 | |
| 04/10/13 | $57.00 | | | SERVICE CHARGE | | |
| 04/10/13 | $501.29 | | | JEANIE WITHDRAWAL AT LOC 00AA25 . TORONTO ON | | |
| 04/09/13 | | | | *** DAILY BALANCE *** | $1,845.25 | |
| 04/09/13 | $14.59 | | | INTERNATIONAL TRANS FEE | | |
| 04/09/13 | $0.98 | | | MASTERCARD CURRENCY CONVERSION FEE | | |
| 04/09/13 | $491.14 | | | CIRRUS WITHDRAWAL AT LOC TD1589 420 Bloor St E Toronto | | |
| 04/08/13 | | | | *** DAILY BALANCE *** | $2,351.96 | |
| 04/08/13 | $14.59 | | | INTERNATIONAL TRANS FEE | | |
| 04/08/13 | $0.98 | | | MASTERCARD CURRENCY CONVERSION FEE | | |
| 04/08/13 | $491.14 | | | CIRRUS WITHDRAWAL AT LOC TD1589 420 Bloor St E Toronto | | |
| 04/08/13 | $137.03 | | | DEBIT CARD PURCHASE AT AMAZON MKTPLACE PM, AMZN.COM/BILL, WA ON 040513 FROM CARD#: XXXXXXXXXXXX3896 | | |
| 04/03/13 | | | | *** DAILY BALANCE *** | $2,995.70 | |

## B17



# EXHIBIT 'C'

## RE: Your payment has been accepted

From: **jameswilliams@bell.net**

Sent: April-18-13 11:08:31 PM

To:   daquita.irons@53.com (daquita.irons@53.com)

Cc:   amurray@checkalt.com (amurray@checkalt.com); jlederman@checkalt.com
(jlederman@checkalt.com)

    1 attachment

    check21_special_sort_options_guide.pdf (663.7 KB)

Hello and Good Day

It's 11:00 pm EST and the payment has not posted. The delivery time listed in DaQuita's email below does not
correspond with the delivery time listed in the attached Federal Reserve check 21 special sort options guide.

### see page 4 of the attached guide

### Delivery Options

Super Premium Delivery 9:00 AM – Electronic delivery of final FedReceipt Plus file with a target
delivery time of 9:00 AM Eastern time

Premium Delivery 10:00 AM - Electronic delivery of final FedReceipt Plus file with a target delivery
time of 10:00 AM local time.

Premium Delivery Noon – Electronic delivery of final FedReceipt Plus file with a target delivery time of
Noon local time

**Normal Delivery – Electronic delivery of final FedReceipt Plus file with a target delivery time of
2:00PM local time**

Courtesy Delivery – An early delivery of FedReceipt Plus file, generally before midnight local time

### FedReceipt Plus Returns

FedReceipt Plus – An x9 image file all return items delivered by the Reserve Banks that were received
in FedReturn image cash letters or in paper format. Files will be delivered by 2:00 p.m. local time.

Thank you

James Williams

---

From: DaQuita.Irons@53.com
To: jeryl@ledermangroup.com
CC: jameswilliams@bell.net; amurray@checkalt.com; jlederman@checkalt.com
Subject: RE: Your payment has been accepted
Date: Thu, 18 Apr 2013 13:50:09 +0000

Good morning.

The payment is scheduled to post to the bank account the day after the file is processed, so it will post tonight.

---

**From:** Jeryl L. Lederman [mailto:jeryl@ledermangroup.com]
**Sent:** Thursday, April 18, 2013 7:24 AM

## B18

# (No Subject)

From: **jameswilliams@bell.net**

Sent: April-19-13 8:03:59 PM

To: amurray@checkalt.com (amurray@checkalt.com); jlederman@checkalt.com (jlederman@checkalt.com)

The $1.01 payment has posted to my Fifth Third Bank account.

Thank you

James Williams

**B19**

# DirectFed - Daily Activity

**Item Status Code:** **ACKFRB**　　　　**EXHIBIT 'D'**

**Report Period Start:** 04/25/13 09:55:00 PM

**Report Period End:** 04/25/13 09:55:00 PM

**Bank Of First Deposit:** 042000314

**Account Number:** 7460552230

**Date:** 04/25/13
**Depositor:** JAMES A WILLIAMS TRUST
**Location:** Drafts
**Terminal:** 10005049

**Batch:** 2

**Batch:** Check21 - 2

| Routing # | Account Number | Check Number | Status Date | Amount | Sequence |
|---|---|---|---|---|---|
| 041000014 | 0083875550 | 2015 | 04/25/13 09:55:00 PM | 4,500.00 | 2 |
| Check21 | 2 | # of Items: | 1 | 4,500.00 | |
| Batch: | 2 | # of Items: | 1 | 4,500.00 | |
| Terminal: | 10005049 | # of Items: | 1 | 4,500.00 | |
| Location: | Drafts | # of Items: | 1 | 4,500.00 | |
| Depositor: | JAMES A WILLIAMS TRUST | # of Items: | 1 | 4,500.00 | |
| Date | 04/25/13 | # of Items: | 1 | 4,500.00 | |
| Account | 7460552230 | # of Items: | 1 | 4,500.00 | |
| BOFD | 042000314 | # of Items: | 1 | 4,500.00 | |

**B20**

04/25/13 09:55:55 PM

# DirectFed - Daily Activity

**Item Status Code:**     **ACKFRB**
**Report Period Start:**  **04/25/13 09:55:00 PM**
**Report Period End:**    **04/25/13 09:55:00 PM**

| | # of Items | Amount |
|---|---|---|
| Report Totals: | 1 | $4,500.00 |

**B21**

04/25/13 09:55:55 PM



Contact Us   Service Center   Help   Privacy & Security   FAQs

# EXHIBIT 'E'

## Account Activity

**Welcome, JAMES A WILLIAMS TRUST**
Saturday, April 27, 2013

**Account Activity** | **Account Summary** | **Account Statements & Documents**                **Export History**

**Account:** BUSINESS ADVANTAGE CHECKING / (X2230)

**Statement Period:** Current Statement [Go]

| ◢ BUSINESS ADVANTAGE CHECKING - X2230 | |
|---|---|
| Balance as of 04/26/13: | $5,105.93 |
| Pending: | $0.00 |
| Other: | $0.00 |
| **Available Balance:** | **$5,105.93** |

**Pending Transactions**    (BUSINESS ADVANTAGE CHECKING X2230)                    [Hide]

No pending transactions.

**Posted Transactions**    (BUSINESS ADVANTAGE CHECKING X2230)                    [Hide]

Advanced Search:    Check Number            Keyword        [Go]

| Date | Debit(-) | Credit(+) | Check | Description | Balance | Action |
|---|---|---|---|---|---|---|
| 04/26/13 | | | | *** DAILY BALANCE *** | $5,105.93 | |
| 04/26/13 | | $4,500.00 | | DEPOSIT | | |
| 04/22/13 | | | | *** DAILY BALANCE *** | $605.93 | |
| 04/22/13 | $14.51 | | | INTERNATIONAL TRANS FEE | | |
| 04/22/13 | $0.98 | | | MASTERCARD CURRENCY CONVERSION FEE | | |
| 04/22/13 | $488.60 | | | CIRRUS WITHDRAWAL AT LOC TD1589 420 Bloor St E Toronto | | |
| 04/18/13 | | | | *** DAILY BALANCE *** | $1,110.02 | |
| 04/18/13 | | $1.01 | | DEPOSIT | | |
| 04/18/13 | $1.01 | | 1001 | ELECTRONIC IMAGE | | |
| 04/15/13 | | | | *** DAILY BALANCE *** | $1,110.02 | |
| 04/15/13 | $54.95 | | | DEBIT CARD PURCHASE AT PRN COAST TO COAST, 818-377-5300, CA ON 041113 FROM CARD#: XXXXXXXXXXXX3896 | | |
| 04/12/13 | | | | *** DAILY BALANCE *** | $1,164.97 | |
| 04/12/13 | $121.99 | | | DEBIT CARD PURCHASE AT D&B*SMALL BUSINESS, 800-932-0025, NJ ON 041113 FROM CARD#: XXXXXXXXXXXX3896 | | |
| 04/10/13 | | | | *** DAILY BALANCE *** | $1,286.96 | |
| 04/10/13 | $57.00 | | | SERVICE CHARGE | | |
| 04/10/13 | $501.29 | | | JEANIE WITHDRAWAL AT LOC 00AA25 . TORONTO ON | | |
| 04/09/13 | | | | *** DAILY BALANCE *** | $1,845.25 | |
| 04/09/13 | $14.59 | | | INTERNATIONAL TRANS FEE | | |
| 04/09/13 | $0.98 | | | MASTERCARD CURRENCY CONVERSION FEE | | |
| 04/09/13 | $491.14 | | | CIRRUS WITHDRAWAL AT LOC TD1589 420 Bloor St E Toronto | | |
| 04/08/13 | | | | *** DAILY BALANCE *** | $2,351.96 | |
| 04/08/13 | $14.59 | | | INTERNATIONAL TRANS FEE | | |
| 04/08/13 | $0.98 | | | MASTERCARD CURRENCY CONVERSION FEE | | |
| 04/08/13 | $491.14 | | | CIRRUS WITHDRAWAL AT LOC TD1589 420 Bloor St E Toronto | | |
| 04/08/13 | $137.03 | | | DEBIT CARD PURCHASE AT AMAZON MKTPLACE PM, AMZN.COM/BILL, WA ON 040513 FROM CARD#: XXXXXXXXXXXX3896 | | |
| 04/03/13 | | | | *** DAILY BALANCE *** | $2,995.70 | |

# B22

Contact Us   Service Center   Help   Privacy & Security   FAQs



## EXHIBIT 'F'

## Transfer Funds

**Welcome, JAMES A WILLIAMS TRUST**
Saturday, April 27, 2013

## Internal Transfers

> Your transfer has been processed successfully. Your REFERENCE ID is: 312057114.

### Schedule Internal Transfer
To schedule a transfer between your Fifth Third Bank accounts follow the steps below.

**Select Accounts:**

From:
(select account)      Why aren't all my accounts listed?

To:
(select account)      Why aren't all my accounts listed?

| Send Date | Amount | Frequency |
|-----------|--------|-----------|
| 04/27/2013 🗓 | 0.00 | Once |
| (MM/DD/YYYY) | | |

[Cancel] [Next]

### Internal Pending Transfers

Below are pending transfers that you have scheduled previously. Select the edit icon to edit or the delete icon to delete a scheduled transfer.

| Date | Amount | From Account | To Account | Freq | # | Next Date | Actions |
|------|--------|--------------|------------|------|---|-----------|---------|
| No pending transfers. | | | | | | | |

**Note:** Initial transfers between checking and savings accounts initiated **prior to 9PM ET** on a business day will be processed that day. Initial transfers between other account types must be initiated **prior to 7 PM ET** on a business day to process that day. Initial transfers that occur after those hours or on non-business days will be processed on the next business day but will be reflected immediately in your available balance. Prepaid card transfers will be posted with the current date regardless of time.

Subsequent scheduled transfers that fall on a non-business day will be made on the business day preceeding the scheduled date.

Learn more about scheduling transfers.

### Internal Transfer History

View the history of transfers made from your internal Fifth Third accounts below. You can search on specific amount criteria or date ranges using the search fields below.

To view the transfers made between your Fifth Third accounts and outside banks, visit the External Transfers History page. To view transfers between your Fifth Third accounts and individual people, visit the Popmoney Transfers History page.

**Select Accounts:**

| From: | To: | From Date: | To Date: | |
|-------|-----|------------|----------|---|
| All Accounts | All Accounts | 03/27/2013 🗓 | 04/27/2013 🗓 | [Search] |
| | | (MM/DD/YYYY) | (MM/DD/YYYY) | |

| Date | Amount | From Account | | To Account | Ref# | Actions |
|------|--------|--------------|---|------------|------|---------|
| 04/27/2013 Processed | $2,000.00 | BUSINESS ADVANTAGE CHECKING (X2230) | → | JAWTPCA (X1248) | 312057114 | |
| 04/01/2013 Processed | $41.00 | BUSINESS ADVANTAGE CHECKING (X2230) | → | JAWTPCA (X1248) | 309685357 | |

Copyright © 2013 Fifth Third Bank, Member FDIC, ⌂ Equal Housing Lender, All Rights Reserved
Contact Us | Service Center | Help | FAQs | Privacy & Security

## B23

# DirectFed - Daily Activity

**Item Status Code:** **ACKFRB**                    EXHIBIT 'G'

**Report Period Start:** 04/29/13 03:49:00 PM
**Report Period End:** 04/29/13 03:49:00 PM

**Bank Of First Deposit:** 042000314
**Account Number:**        7460552230

**Date:** 04/29/13
**Depositor:** JAMES A WILLIAMS TRUST
**Location:** Drafts
**Terminal:** 10005049

**Batch:** 3

**Batch:** Check21 - 3

| Routing # | Account Number | Check Number | Status Date | Amount | Sequence |
|---|---|---|---|---|---|
| 061000146 | 0064095150 | 2300 | 04/29/13 03:49:00 PM | 4,500.00 | 3 |
| **Check21** | **3** | # of Items: | 1 | 4,500.00 | |
| **Batch:** | **3** | # of Items: | 1 | 4,500.00 | |
| **Terminal:** | **10005049** | # of Items: | 1 | 4,500.00 | |
| **Location:** | **Drafts** | # of Items: | 1 | 4,500.00 | |
| **Depositor:** | **JAMES A WILLIAMS TRUST** | # of Items: | 1 | 4,500.00 | |
| **Date** | **04/29/13** | # of Items: | 1 | 4,500.00 | |
| **Account** | **7460552230** | # of Items: | 1 | 4,500.00 | |
| **BOFD** | **042000314** | # of Items: | 1 | 4,500.00 | |

B24

04/29/13 03:53:42 PM

# DirectFed - Daily Activity

**Item Status Code:**  **ACKFRB**
**Report Period Start:**  **04/29/13 03:49:00 PM**
**Report Period End:**  **04/29/13 03:49:00 PM**

| | # of Items | Amount |
|---|---|---|
| Report Totals: | 1 | $4,500.00 |

**B25**

# EXHIBIT 'H'

*0410001414*
04/26/2013
3220395537

0420-0031-4 **FRAUDULENT ITEM**

PETER TERRY PAPOULIAS
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

FEDERAL RESERVE BANK

2015
4/25/2013

Pay To The
Order Of   JAMES A WILLIAMS TRUST

$4,500.00

Four Thousand Five Hundred  Dollars and No Cents

No Signature Required
Electronic Signature On File
This Check Has Been Electronically
Authorized By Voice Or Electronic
Verification By Your Depositor

⑈ 2015⑈   ⑆041 0000 141:008 38 75 550⑈ ⑈0000450000⑈

| ⑈ 2015 ⑈ | 4:041 0000 141: | 008 38 75 550⑈ | ⑈000045 0000⑈ |

2:0042003 141:   ⑈0000450000⑈

**FRAUDULENT**

For Deposit Only

↓Do not endorse or write below this line.↓

| Posting Date | 2013 Apr 30 |
|---|---|
| Trips Sequence Number | 1002409 |
| Charge Account Number | 7460552230 |
| Work Source | 000215 |
| Advice Number | 101388 |
| Deposit Date | 20130430 |
| Return Reason | Refer to Maker |
| Operator | T3728AD |

**B26**

# EXHIBIT 'I'



Posting Date                     2013 May 01

Trips Sequence Number    1001904

Charge Account Number  7460552230

Work Source                      000131

Advice Number                  101853

Deposit Date                      20130430

Return Reason                    Refer to Maker

Operator                            T26719A

B27

Fifth Third Bank
3870 - P.O. Box 63-9995
Cincinnati, OH 45263-9995




**FIFTH THIRD BANK**

JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA, GA 30005-3406

# EXHIBIT 'J'

**Notice Date:** April 30, 2013

### Important Information About Your Recent Deposit

Dear James A Williams Trust,

One of the ways we demonstrate our commitment to customer service is by notifying you of occurrences that affect your accounts. This is especially important when it is necessary to put a hold on funds.

Please review the following information concerning a temporary hold that has been placed on a recent deposit to your account:

| | |
|---|---|
| **Account Number:** | ******2230 |
| **Date of Deposit:** | April 26, 2013 |
| **Deposit Amount Delayed:** | $4,500.00 |
| **Reason For Hold On Deposit:** | Information from paying bank indicates that check may not be paid |
| **Date Amount Becomes Available\*:** | May 07, 2013 |

We make every attempt to convey this information (a) at the time the deposit is made; or (b) when we get information necessitating the hold. However, if you did not receive this notice at the time you made the deposit and the check deposited is paid, we will refund any Fifth Third Bank fees for overdrafts or returned checks that result solely from the additional delay we imposed by placing the hold. Please accept our apology for any inconvenience this may have caused.

We also want to help you protect yourself from fraud. Did you know that depositing a check from someone you do not know can be risky, even if the check looks legitimate? The availability of funds does not guarantee that the check has cleared the bank that it is drawn on, or that the check is authentic. If you suspect you may be a victim of fraud, contact us immediately at 1-800-972-3030.

If you have questions, or to obtain a refund (if applicable), please call us at 1-800-972-3030. Our Customer Service Professionals are available Monday through Friday, 7 AM to 8 PM; Saturday, 8:30 AM to 5 PM ET. For information on other Fifth Third Bank products and services, stop by any Banking Center or visit us online at www.53.com. We'll show you how the choices you make today will bring you closer to a better tomorrow.

Thank you for choosing Fifth Third Bank.

Sincerely,

P. Brian Moore
Senior Vice President

*\*All items for deposit, though provisionally credited, are subject to proof and collection and until the proceeds thereof are actually received by Fifth Third or until such items become final under applicable law, such items can be returned and charged back to your account or subject to refund by you.*

# B28

Member FDIC.  Equal Housing Lender.  Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.



# Check 21-enabled Delivery Services

**The Federal Reserve Banks'**
**Check 21-enabled payments products**
**support the end-to-end electronic check**
**clearing process in today's marketplace by**
**providing your institution the opportunity to**
**become an all-electronic check shop.**

Check 21-enabled payments products from the Federal Reserve Banks offer the benefits of payments efficiency, while providing the ability to choose specific services that best help meet your business objectives. The FedReceipt® suite of presentment and delivery services will assist you in reengineering check operations and optimizing customer service offerings. Join our ever-growing national network of electronic receivers by choosing one of these easy-to-implement electronic options to meet your needs for inclearings and return items.

### FedReceipt Forward

**End-to-end electronic check clearing is**
**completed when you receive files via**
**FedReceipt Plus, data presentment or**
**electronic delivery of substitute checks in**
**PDF form. These services are fully electronic,**
**meaning that no paper items will follow the**
**electronic delivery.**

### FedReceipt Plus

FedReceipt Plus presents all imageable items drawn on your institution in an image cash letter in lieu of a paper cash letter presentment. While non-imageable items generally will be presented in a paper cash letter, you have the option to receive a non-imageable cash letter presented electronically rather than in paper form, by agreement.

FedReceipt Plus benefits include the following:
- In-house processing and image capture cost reduction
- Improved balance reporting
- Elimination of transportation delays
- Less exposure to processing delays with files flowing throughout the night

As a FedReceipt Plus customer, you will also benefit from a discount on forward collection items you deposit with the Federal Reserve Banks in a FedForward® image cash letter.

FedReceipt Plus Service can be enhanced with the following optional services for additional fees:
- Reject repair – Repair services on data contained in the MICR line of items included in FedReceipt Plus files that fail Reserve Bank edit routines
- Image archive and retrieval – Central archive for your inclearings, with retrieval services to allow you and your customers the ability to view or retrieve any image on demand
- Premium delivery[1] – Early delivery of all FedReceipt Plus files
- Courtesy delivery – Early delivery of your first FedReceipt file to allow for early identification of returns and posting of items
- Supplemental MICR – A file with MICR-only data in x9.37-2003 format can be transmitted prior to the image file. This is ideal for paying banks that need to provide balance reporting to controlled disbursement and cash management customers in the early morning.
- Same-Day Settlement inclusion – Images of same-day settlement items and related MICR data, for information purposes. Presentment occurs when same-day settlement items are delivered to the Federal Reserve Banks.

**B29**

[1] While every effort will be made to deliver files by the target time, Reserve Banks have until 2:00 p.m. local time to deliver files for same-day debit.

### Data Presentment Service with Archive

This service provides the option for a paying bank to receive its inclearings in a MICR-only file in x9.37-2003 format, while storing images of items in the FedImage® Archive. This service is ideal for financial institutions with a fully-truncated account base that have not made an investment in check image archive. The service provides an improved flow of information, which can be used to make cash management decisions, providing an opportunity for more efficient accounting and processing functions. By outsourcing archive functionality to the Federal Reserve, institutions can also reduce the time spent handling large image files and the cost of investing in and maintaining image archive technology. Paying banks that choose this option will benefit from a discount on forward collection items deposited with the Federal Reserve Banks in a FedForward image cash letter.

### FedReceipt Returns

**FedReceipt Plus for Returns becomes the final piece you need to become an all-electronic check shop. This service is fully electronic, meaning that no paper items will follow the electronic delivery.**

### FedReceipt Plus for Returns

This service provides an image cash letter file in x9.37-2003 format of all incoming returns to a bank of first deposit, including all items returned electronically in an image cash letter and all paper return items received that are imageable.

FedReceipt Plus for Returns benefits include the following:
- Reduced time and staffing costs associated with manual returns processing
- Earlier receipt of items
- Earlier customer notification of return items
- Elimination of transportation delays
- Reduced chance for misroutes

As a FedReceipt Plus customer, you will also benefit from a discount on return items you deposit with the Federal Reserve Banks in a FedReturn® image cash letter.

### Electronic Delivery of Forward or Return Substitute Checks

If you do not have the ability to accept forward or return items in x9.37-2003 format, the Reserve Banks can send a PDF file of your inclearings or incoming returns directly to a printer at your location. This is an ideal interim solution for financial institutions that are building the necessary image processing infrastructure, or for those that wish to present paper to their customers but do not have substitute check printing capability. The PDF file takes the place of physical delivery of forward or return items.

### The Federal Reserve Check 21 Advantage

The Federal Reserve is the nation's largest processor of interbank check payments. Our Check 21-enabled products provide the benefits of end-to-end electronic processing and have dramatically improved the efficiency of the payments system by providing the framework for the continued growth of a broad network of electronic receivers. The FedForward, FedReturn and FedReceipt product suites leverage our nationwide clearing network to offer fast clearing at attractive deadlines.

### Federal Reserve Financial Services

The Federal Reserve offers a full range of financial services to assist depository institutions in achieving a sustainable competitive advantage. We provide innovative and progressive services that enable you to capitalize on growth and revenue opportunities. Our services are designed to provide the accessibility and flexibility you need to compete in a dynamic and evolving industry.

### Contact Us

*For more information about any of the Federal Reserve's products and services, contact your account executive or visit FRBservices.org.*

## B30

The Financial Services logo, "FedReceipt," "FedForward," "FedImage" and "FedReturn" are registered service marks of the Federal Reserve Banks. A complete list of marks owned by the Federal Reserve Banks is available at FRBservices.org.

02040SRP00460

# **DirectFed - Daily Activity**

**Item Status Code:**    **ACKFRB**    EXHIBIT 'K'

**Report Period Start:**    **05/02/13 04:11:00 PM**

**Report Period End:**    **05/02/13 04:11:00 PM**

**Bank Of First Deposit: 042000314**

**Account Number:**        **7460552230**

**Date:**       **05/02/13**
**Depositor: JAMES A WILLIAMS TRUST**
**Location: Drafts**
**Terminal: 10005049**

**Batch:**      **6**

**Batch:**      **Check21 - 6**

| Routing # | Account Number | Check Number | Status Date | Amount | Sequence |
|---|---|---|---|---|---|
| 041000014 | 0083875550 | 2020 | 05/02/13 04:11:00 PM | 9,500.00 | 10 |
| 041000014 | 0083875550 | 2021 | 05/02/13 04:11:00 PM | 9,500.00 | 11 |
| 041000014 | 0083875550 | 2022 | 05/02/13 04:11:00 PM | 9,500.00 | 12 |
| 041000014 | 0083875550 | 2023 | 05/02/13 04:11:00 PM | 9,750.00 | 13 |
| 041000014 | 0083875550 | 2024 | 05/02/13 04:11:00 PM | 9,750.00 | 14 |
| **Check21** | **6** | # of Items: | 5 | 48,000.00 | |
| **Batch:** | **6** | # of Items: | 5 | 48,000.00 | |

**Batch:**      **7**

**Batch:**      **Check21 - 7**

| Routing # | Account Number | Check Number | Status Date | Amount | Sequence |
|---|---|---|---|---|---|
| 061000146 | 0064095150 | 2301 | 05/02/13 04:11:00 PM | 9,500.00 | 15 |
| 061000146 | 0064095150 | 2302 | 05/02/13 04:11:00 PM | 9,500.00 | 16 |
| 061000146 | 0064095150 | 2303 | 05/02/13 04:11:00 PM | 9,750.00 | 17 |
| 061000146 | 0064095150 | 2304 | 05/02/13 04:11:00 PM | 9,750.00 | 18 |
| **Check21** | **7** | # of Items: | 4 | 38,500.00 | |
| **Batch:** | **7** | # of Items: | 4 | 38,500.00 | |
| **Terminal:** | **10005049** | # of Items: | 9 | 86,500.00 | |
| **Location:** | **Drafts** | # of Items: | 9 | 86,500.00 | |
| **Depositor:** | **JAMES A WILLIAMS TRUST** | # of Items: | 9 | 86,500.00 | |
| **Date** | **05/02/13** | # of Items: | 9 | 86,500.00 | |
| **Account** | **7460552230** | # of Items: | 9 | 86,500.00 | |
| **BOFD** | **042000314** | # of Items: | 9 | 86,500.00 | |

**05/02/13 04:21:55 PM**                          B31

# DirectFed - Daily Activity

| Item Status Code: | ACKFRB |
| --- | --- |
| Report Period Start: | 05/02/13 04:11:00 PM |
| Report Period End: | 05/02/13 04:11:00 PM |

| | # of Items | Amount |
| --- | --- | --- |
| Report Totals: | 9 | $86,500.00 |

Contact Us   Service Center   Help   Privacy & Security   FAQs

# EXHIBIT 'L'

## Account Activity

**Welcome, JAMES A WILLIAMS TRUST**
Saturday, May 4, 2013

**Account Activity** | **Account Summary** | **Account Statements & Documents**      **Export History**

**Account:** BUSINESS ADVANTAGE CHECKING / (X2230)

**Statement Period:** Current Statement   [Go]

| ▲ BUSINESS ADVANTAGE CHECKING - X2230 | |
|---|---|
| **Balance as of 05/03/13:** | **$84,312.17** |
| Pending: | $0.00 |
| Other: | $0.00 |
| **Available Balance:** | **$84,312.17** |

**Pending Transactions**    (BUSINESS ADVANTAGE CHECKING X2230)      [Hide]

No pending transactions.

**Posted Transactions**    (BUSINESS ADVANTAGE CHECKING X2230)      [Hide]

Advanced Search:    Check Number      Keyword    [Go]

| Date | Debit(-) | Credit(+) | Check | Description | Balance | Action |
|---|---|---|---|---|---|---|
| 05/03/13 | | | | *** DAILY BALANCE *** | $84,312.17 | |
| 05/03/13 | | $86,500.00 | | DEPOSIT | | |
| 05/02/13 | | | | *** DAILY BALANCE *** | ($2,187.83) | |
| 05/02/13 | $37.00 | | | OVERDRAFT FEE | | |
| 05/01/13 | | | | *** DAILY BALANCE *** | ($2,150.83) | ● |
| 05/01/13 | $4,500.00 | | 7114 | RETURN DEPOSIT ITEM(S) ADVICE:101853 | | |
| 04/30/13 | | | | *** LAST STATEMENT BALANCE *** | $2,349.17 | |

Transactions and other information that appear on this page have occurred since your last statement cycle date. Please select another statement period to review previous account activity. | Disclosure/Error Resolution

Copyright © 2013 Fifth Third Bank, Member FDIC, ⌂ Equal Housing Lender, All Rights Reserved
Contact Us | Service Center | Help | FAQs | Privacy & Security

**B33**

**EXHIBIT 'M'**

Report On: [Previous day data ▼]   **Account Filter:** [            ]   [SEARCH]

Account: [Deposit Accounts ▼] [07460552230-Checking - James A Williams Trust - USD:263190812 ▼]

Date: [05/06/2013] 📅 to [05/06/2013] 📅

ZBA Display: [Both ▼]

[View]

## Transaction History

07460552230-Checking - James A Williams Trust - USD: 263190812

| Date | Type | Description | Ref # | Debit | Credit | |
|------|------|-------------|-------|-------|--------|---|
| 05/06/2013 | Wire Transfer Outgoing | TRN 130506-001018 050613 ... | — | 9,750.00 | — | ?🔍 |
| 05/06/2013 | Wire Transfer Outgoing | TRN 130506-001017 050613 ... | — | 9,750.00 | — | ?🔍 |
| 05/06/2013 | Wire Transfer Outgoing | TRN 130506-001016 050613 ... | — | 9,500.00 | — | ?🔍 |
| 05/06/2013 | Wire Transfer Outgoing | TRN 130506-001015 050613 ... | — | 9,500.00 | — | ?🔍 |
| 05/06/2013 | ACH Credit | 5-3 ONLINE TRANSFER FROM CK: XXX | — | — | 19,000.00 | ?🔍 |
| 05/06/2013 | ACH Credit | 5-3 ONLINE TRANSFER FROM CK: XXX... | — | — | 18,000.00 | ?🔍 |
| 05/06/2013 | Fee | INTERNATIONAL TRANS FEE ... | — | 14.71 | — | ?🔍 |
| 05/06/2013 | Fee | INTERNATIONAL TRANS FEE ... | — | 14.71 | — | ?🔍 |
| 05/06/2013 | Fee | INTERNATIONAL TRANS FEE ... | — | 14.71 | — | ?🔍 |
| 05/06/2013 | Fee | MASTERCARD CURRENCY CONVERSION F... | — | 0.99 | — | ?🔍 |
| 05/06/2013 | Fee | MASTERCARD CURRENCY CONVERSION F... | — | 0.99 | — | ?🔍 |
| 05/06/2013 | Fee | MASTERCARD CURRENCY CONVERSION F... | — | 0.99 | — | ?🔍 |

*07460552230   05/06/2017*

*TRN 130506 -001018 050613   $9750.00*
*TRN 130506 -001016 050613   $9500.00*

EXHIBIT 'N'



# EXHIBIT 'O'

## RE: James A Williams Trust Account

From: **Peter Papoulias** (peterpapoulias@hotmail.com)   This sender is in your contact list.
Sent: May-06-13 10:38:59 AM
To:   Irons, DaQuita (daquita.irons@53.com); kimberly.love@53.com (kimberly.love@53.com);
      Clare Huckeba (clare.huckeba@53.com); Pettis, Jermain (jermain.pettis@53.com);
      David.Weisshaar@53.com (david.weisshaar@53.com); Elizabeth.McLean@53.com
      (elizabeth.mclean@53.com); Bhavana.Udyawar@53.com (bhavana.udyawar@53.com);
      James Williams (jameswilliams@bell.net)

   6 attachments
   53bankbalance5-6-2013.jpg (278.5 KB) , 53BankRecon.jpg (281.6 KB) ,
   53ReturnedByMail0001.pdf (509.3 KB) , 53Hold0001.pdf (660.0 KB) ,
   ReturnFromClaireHuckeba.pdf (33.3 KB) , Federal Reserve -
   SubstituteCheckFormat.pdf (280.1 KB)

Jermaine,

I am sending you this email to let you know that there is some fraudulent activity on the business
checking account of JAMES A WILLIAMS TRUST. Last week we had 2 deposits post on the
account for $4500.00 each. We were then informed that the items were returned. I received one
return item from Claire Huckeba (see attached). We then received a hold letter (see attached).
We then received a return item by mail (see attached).

A refer to image is a reject NOT a return. the funds were drawn on an account held by my trust
PETER TERRY PAPOULIAS TRUST. A special limited purpose trust operating as a non
depository financial institution here is some info of the trust

EIN: 42-6676616
DTCC financial institution number FINS: 343699
SEC registration CIK:0001491550

The trust did not file an expedited re-credit claim therefore the items can not return as the
funds were posted by the payer. On Thursday 5 more transactions were processed for a
total of $48000.00 plus 4 more transactions for $38500.00. The funds were available as a
few small transactions were made through the account over the weekend. Some wire
transfers were also done over the weekend. At approximately 9 am this morning the wire
transfers were reversed (I am unsure how that could happen as the treasury management
web site shows them as completed). And now access to the account (www.53.com) has
been blocked.

Please be aware that all these transactions were done via Image Cash Letter. The alleged
return items received from Claire(see attached) and by mail(see attached) try to show a
substitute check. These images are blatantly fraudulent, having been created by someone
at Fifth Third. see attached Federal Reserve pdf showing a proper substitute check.

I am writing you this email in the hopes you can investigate and fin out who at Fifth Third is
stealing our funds.

Please contact me as soon as possible.

PETER T PAPOULIAS, TRUSTEE

**B36**

# DirectFed - Daily Activity

**Item Status Code:**    **ACKFRB**      **EXHIBIT 'P'**

**Report Period Start:**   **05/08/13 08:10:00 AM**

**Report Period End:**     **05/08/13 08:10:00 AM**

**Bank Of First Deposit: 042000314**

**Account Number:**       **7460552230**

**Date:**      05/08/13
**Depositor:** JAMES A WILLIAMS TRUST
**Location:** Drafts
**Terminal:** 10005049

**Batch:**     8

**Batch:**     Check21 - 8

| Routing # | Account Number | Check Number | Status Date | Amount | Sequence |
|---|---|---|---|---|---|
| 041000014 | 0083875550 | 2130 | 05/08/13 08:10:00 AM | 9,500.00 | 19 |
| 041000014 | 0083875550 | 2131 | 05/08/13 08:10:00 AM | 9,500.00 | 20 |
| 041000014 | 0083875550 | 2132 | 05/08/13 08:10:00 AM | 9,500.00 | 21 |
| 041000014 | 0083875550 | 2133 | 05/08/13 08:10:00 AM | 9,500.00 | 22 |
| 061000146 | 0064095150 | 2300 | 05/08/13 08:10:00 AM | 9,500.00 | 23 |
| 061000146 | 0064095150 | 2301 | 05/08/13 08:10:00 AM | 9,500.00 | 24 |
| 061000146 | 0064095150 | 2302 | 05/08/13 08:10:00 AM | 9,500.00 | 25 |
| 061000146 | 0064095150 | 2304 | 05/08/13 08:10:00 AM | 9,500.00 | 26 |
| **Check21** | **8** | # of Items: | 8 | 76,000.00 | |
| **Batch:** | **8** | # of Items: | 8 | 76,000.00 | |
| **Terminal:** | **10005049** | # of Items: | 8 | 76,000.00 | |
| **Location:** | **Drafts** | # of Items: | 8 | 76,000.00 | |
| **Depositor:** | **JAMES A WILLIAMS TRUST** | # of Items: | 8 | 76,000.00 | |
| **Date** | **05/08/13** | # of Items: | 8 | 76,000.00 | |
| **Account** | **7460552230** | # of Items: | 8 | 76,000.00 | |
| **BOFD** | **042000314** | # of Items: | 8 | 76,000.00 | |

05/08/13 08:22:03 AM        **B37**

# DirectFed - Daily Activity

**Item Status Code:**      **ACKFRB**

**Report Period Start:**     05/08/13 08:10:00 **AM**

**Report Period End:**      05/08/13 08:10:00 **AM**

| | # of Items | Amount |
|---|---|---|
| **Report Totals:** | 8 | $76,000.00 |

**B38**

**EXHIBIT 'Q'**



## Report

**Balance Summary Report**
**James A Williams Trust**
**05/09/2013 5/9/13**

**FIFTH THIRD BANK**

**Account: 263190812 : 07460552230-Checking - James A Williams Trust - USD**
**Start Date: 05/08/2013 00:00**
**Sorted By: Account Number, Date**
**Orientation: Portrait**

**End Date: 05/08/2013 23:59**
**Report On: Previous Day Data**

**Bank ABA# : Fifth Third Bank (Georgia) - 263190812**

**Account : 07460552230-Checking - James A Williams Trust - USD**

**05/08/2013**

| | | | |
|---|---|---|---|
| Opening Available | ($491,442.41) | | |
| Opening Ledger | ($85,442.41) | | |
| Total Credits | $76,000.00 | Number of Items | 1 |
| Total Debits | $2,000.00 | Number of Items | 1 |
| Closing Ledger | $8,557.59 | | |
| 1-Day Float | $75,800.00 | | |
| 2 or More Days Float | $0.00 | | |
| Closing Available | ($567,242.41) | | |

**Other Summary Information**

| | | | |
|---|---|---|---|
| Total Other Check Deposits | $76,000.00 | Number of Items | 1 |
| Total ACH Debits | $2,000.00 | Number of Items | 1 |

**Confidential**

**B39**

EXHIBIT  'R'

**FIFTH THIRD BANK**
(GEORGIA)
P.O. BOX 630900
CINCINNATI OH  45263-0900

**EXHIBIT 'S'**

JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA GA  30005-3406

2706

| | |
|---|---|
| **Overdraft Notice Date:** | **May 07, 2013** |
| **Account Type:** | **BUS ADVANTAGE CHKING** |
| **Account Number:** | ********2230** |
| **Banking Center:** | **Buckhead Sovereign** |
| **Banking Center Phone:** | **678-237-4370** |
| **Commercial Client Services:** | **1-800-589-5355** |
| **Internet Banking:** | **www.53.com** |

## Important Notice About Your Fifth Third Account Overdraft

Dear JAMES A WILLIAMS TRUST,

One of the most important ways we help our customers manage their money is by providing detailed account information on a timely basis.

Please be aware that your account referenced above was overdrawn on May 6, 2013 in the amount of $65,220.41.  As a result, your account was charged $222.00 in overdraft fees today.

To avoid being charged an $8.00 fee for each day you are overdrawn, you will need to make a deposit no later than May 9, 2013 to bring your account to a positive available balance.  We urge you to take action immediately to avoid future overdrafts, returned items and fees.

The following information summarizes your account activity as of May 6, 2013.  Please note that the additional pages provide transaction detail, including those items in the Withdrawals/Debits section that contributed to overdraft fees or returned items.

| | |
|---|---|
| **Your beginning balance on May 6, 2013:** | **$84,312.17** |
| Deposits/Credits added to your balance: | +$37,000.00 |
| Withdrawals/Debits/Pending deducted from your balance: | -$186,532.58 |
| **Your ending balance on May 6, 2013:** | **$(65,220.41)** |
| Overdraft Fees and Returned Items: | -$222.00 |
| **Balance After Fees and/or Returns as of May 6, 2013:** | **$(65,442.41)** |

If you have questions or need additional information, please call us at 1-800-589-5355. Our Customer Service Professionals are available to assist you Monday through Friday, 8 AM to 10 PM ET.

**If you have been paying multiple overdraft fees, there may be less expensive alternative products that may be better suited for your needs.**  Please call or visit your local Financial Center to discuss other options.  You may also learn more about various Account Management Services that Fifth Third Bank has to offer at www.53.com.

Sincerely,

P. Brian Moore
Senior Vice President

**\*Unavailable Funds** - Funds from ATM Deposits or non-Fifth Third Check deposits are not available for immediate use. Please refer to your Rules and Regulations brochure for information on Fifth Third's Funds Availability Policy.

**B41**

ODN001 / / 20130507 / 0051 / 2706

Member FDIC.   Equal Housing Lender  Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

 **FIFTH THIRD BANK**



**Deposits / Credits**                                    **2 items totaling $37,000.00**

| Date  | Description                                                      | Amount    | Result |
|-------|-----------------------------------------------------------------|-----------|--------|
| 05/06 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1248 REF # 00312917442        | 19,000.00 | POSTED |
| 05/04 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX1248 REF # 00312830696        | 18,000.00 | POSTED |

**Withdrawals / Debits / Pending**                        **16 items totaling $186,532.58**

**Transaction**

| Date  | Time | Description                                                   | Amount    | Result | Fee     |
|-------|------|---------------------------------------------------------------|-----------|--------|---------|
| 05/04 |      | 5/3 ONLINE TRANSFER TO CK: XXXXXX1248 REF # 00312783093        | 60,000.00 | PAID   |         |
| 05/04 |      | CIRRUS WITHDRAWAL AT LOC TD1589 420 Bloor St E Toronto         | 495.16    | PAID   |         |
| 05/05 |      | CIRRUS WITHDRAWAL AT LOC TD1590 420 Bloor St E Toronto         | 495.16    | PAID   |         |
| 05/06 |      | CIRRUS WITHDRAWAL AT LOC TD1590 420 Bloor St E Toronto         | 495.16    | PAID   |         |
| 05/06 |      | RETURN DEPOSIT ITEM(S) ADVICE:101628                          | 76,750.00 | PAID   | $37.00  |
| 05/06 |      | RETURN DEPOSIT ITEM(S) ADVICE:101629                          | 9,750.00  | PAID   | $37.00  |
| 05/06 |      | OUTGOING WIRE TRANS 050613                                    | 9,750.00  | PAID   | $37.00  |
| 05/06 |      | OUTGOING WIRE TRANS 050613                                    | 9,750.00  | PAID   | $37.00  |
| 05/06 |      | OUTGOING WIRE TRANS 050613                                    | 9,500.00  | PAID   | $37.00  |
| 05/06 |      | OUTGOING WIRE TRANS 050613                                    | 9,500.00  | PAID   | $37.00  |
| 05/06 |      | INTERNATIONAL TRANS FEE                                       | 14.71     | PAID   |         |
| 05/06 |      | INTERNATIONAL TRANS FEE                                       | 14.71     | PAID   |         |
| 05/06 |      | INTERNATIONAL TRANS FEE                                       | 14.71     | PAID   |         |
| 05/04 |      | MASTERCARD CURRENCY CONVERSION FEE                            | 0.99      | PAID   |         |
| 05/05 |      | MASTERCARD CURRENCY CONVERSION FEE                            | 0.99      | PAID   |         |
| 05/06 |      | MASTERCARD CURRENCY CONVERSION FEE                            | 0.99      | PAID   |         |

**Overdraft / Return Item Fee**

*Tiers are based on the number of occurrences in the past 12 months.*

| Number of Occurrences | Fee Amount       |
|-----------------------|------------------|
| 1:                    | $25.00 per item  |
| 2 - 4:                | $33.00 per item  |
| 5 or more:            | $37.00 per item  |

**Pending** - Item was approved for payment but has not posted to your account.
**Paid** - Item was posted to your account but has contributed to your overdraft.
**Posted** - Item was successfully applied to your account.
**Returned** - Item was posted to your account but was returned due to non-sufficient funds.
**Unverified** - Item was presented for posting to your account and will be verified by the next business day.
**\*Unavailable Funds** - Funds from ATM Deposits or non-Fifth Third Check deposits are not available for immediate use. Please refer to your Rules and Regulations brochure for information on Fifth Third's Funds Availability Policy.

# B42

 Member FDIC. Equal Housing Lender Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

**Fraud Detection Dept.**
**Madisonville Office Building**
**5001 Kingsley Drive, MD: 1MOB23**
**Cincinnati, OH  45227**



FIFTH THIRD BANK™

5/6/2013

PETER PAPOULIAS
4175 BRECKENRIDGE CT
ALPHARETTA GA   30005

Re: Notice of Account Closure
Account Number (s): xxxxx2230, 1248

Thank you for your relationship with Fifth Third Bank.

**However, due to your recent account activity Fifth Third Bank has decided to close the above referenced account(s) within the next 30 days.**

At this time we ask that all account activity be terminated, which will assist Fifth Third Bank in closing the account and refunding the remaining account balance to you as soon as possible.

The activity *that caused the account closure may* be reported to an inter-bank consumer reporting agency—which could impact your ability to open accounts at financial institutions in the future.

For questions regarding *when your account will be closed* please contact your banking center at (678) 237-4370.
For questions about the activity that caused the account closing, please contact the Fraud Analyst listed below at 1-800-546-6970.

Sincerely,

Kevin
Fraud Analyst
1-800-546-6970
Fifth Third Bank, Member FDIC

**B43**



**SunTrust Bank**
GA-Atlanta-4322A
Post Office Box 4418
Atlanta, GA 30302
Tel 1.800.SunTrust

5/8/2013



Peter T Papoulias Trust Peter T Papoulias Ttee
4175 Breckenridge Ctl
Alpharetta, GA 30005

Re: SunTrust Account(s) Ending in: 0482

Dear Peter T Papoulias Trust Peter T Papoulias Ttee,

SunTrust continuously reviews its products, markets and client relationships to ensure that we are able to provide the best possible client service while also meeting our corporate business objectives. There are circumstances where the company will identify a specific account relationship that no longer meets these criteria. In the interest of our clients and SunTrust, the company will request those accounts be closed.

When you opened your account with SunTrust, you received a copy of our *Rules and Regulations for Deposit Accounts*, our contractual agreement with our depositors. The *Rules and Regulations* stipulate that SunTrust may close an account for any reason without advance notice to the client.

In accord with these *Rules and Regulations*, and as a result of information we have received after the account was opened or the unsatisfactory handling of the account, we find it necessary to discontinue our banking relationship immediately. If the account is overdrawn, the overdrawn amount is a debt owed to SunTrust, and we require payment of any such debt within 30 days of the closing of the account. If the payment of the overdraft is not obtained within that time action will be taken to collect the debt. You will be responsible for all items, along with any associated fees, that are presented against the account after closure. If there is a positive balance at the time of closure, SunTrust Bank will make a determination on the disposition of the funds.

We regret that we will not be in a position to continue to provide you with banking services, however this decision is irrevocable.

Sincerely,

SunTrust Bank
Enterprise Fraud Management

SATHYA G
FRD2013012176

**B44**



SunTrust Bank
GA-Atlanta-4322A
Post Office Box 4418
Atlanta, GA 30302
Tel 1.800.SunTrust

5/8/2013



Peter T Papoulias Trust Peter T Papoulias Ttee
4175 Breckenridge Ctl
Alpharetta, GA 30005

Re: SunTrust Account(s) Ending in: 8855

Dear Peter T Papoulias Trust Peter T Papoulias Ttee,

SunTrust continuously reviews its products, markets and client relationships to ensure that we are able to provide the best possible client service while also meeting our corporate business objectives. There are circumstances where the company will identify a specific account relationship that no longer meets these criteria. In the interest of our clients and SunTrust, the company will request those accounts be closed.

When you opened your account with SunTrust, you received a copy of our *Rules and Regulations for Deposit Accounts*, our contractual agreement with our depositors. The *Rules and Regulations* stipulate that SunTrust may close an account for any reason without advance notice to the client.

In accord with these *Rules and Regulations*, and as a result of information we have received after the account was opened or the unsatisfactory handling of the account, we find it necessary to discontinue our banking relationship immediately. If the account is overdrawn, the overdrawn amount is a debt owed to SunTrust, and we require payment of any such debt within 30 days of the closing of the account. If the payment of the overdraft is not obtained within that time action will be taken to collect the debt. You will be responsible for all items, along with any associated fees, that are presented against the account after closure. If there is a positive balance at the time of closure, SunTrust Bank will make a determination on the disposition of the funds.

We regret that we will not be in a position to continue to provide you with banking services, however this decision is irrevocable.

Sincerely,

SunTrust Bank
Enterprise Fraud Management

SATHYA G
FRD2013012176

**B45**



**SunTrust Bank**
GA-Atlanta-4322A
Post Office Box 4418
Atlanta, GA 30302
Tel 1.800.SunTrust

5/8/2013



Peter T Papoulias Trust Peter T Papoulias Ttee
4175 Breckenridge Ct1
Alpharetta, GA 30005

Re: SunTrust Account(s) Ending in: 1438

Dear Peter T Papoulias Trust Peter T Papoulias Ttee,

SunTrust continuously reviews its products, markets and client relationships to ensure that we are able to provide the best possible client service while also meeting our corporate business objectives. There are circumstances where the company will identify a specific account relationship that no longer meets these criteria. In the interest of our clients and SunTrust, the company will request those accounts be closed.

When you opened your account with SunTrust, you received a copy of our *Rules and Regulations for Deposit Accounts*, our contractual agreement with our depositors. The *Rules and Regulations* stipulate that SunTrust may close an account for any reason without advance notice to the client.

In accord with these *Rules and Regulations*, and as a result of information we have received after the account was opened or the unsatisfactory handling of the account, we find it necessary to discontinue our banking relationship immediately. If the account is overdrawn, the overdrawn amount is a debt owed to SunTrust, and we require payment of any such debt within 30 days of the closing of the account. If the payment of the overdraft is not obtained within that time action will be taken to collect the debt. You will be responsible for all items, along with any associated fees, that are presented against the account after closure. If there is a positive balance at the time of closure, SunTrust Bank will make a determination on the disposition of the funds.

We regret that we will not be in a position to continue to provide you with banking services, however this decision is irrevocable.

Sincerely,

SunTrust Bank
Enterprise Fraud Management

SATHYA G
FRD2013012176

**B46**

EXHIBIT 'T'

# RULES & REGULATIONS APPLICABLE TO ALL FIFTH THIRD ACCOUNTS AND CARDS

## January 2013



## RULES AND REGULATIONS, APPLICABLE TO ALL FIFTH THIRD ACCOUNTS AND CARDS
### APPLICABLE TO ALL ACCOUNTS

Definitions:

    a. "Account Owner" is a natural person or legal entity in whose name the account is maintained on the Bank's records. A person who is designated by an account owner to act on that account owner's behalf is not an account owner, but has the authority of the account owner. The account owner will be bound by the acts of that representative. The word "Customer" means the same thing as "account owner." Account owners that are legal entities, including but not limited to corporations, limited liability companies, partnerships, estates and trusts, are not natural persons, and can only act through designated representatives. In such cases, it is the legal entity that is the account owner.

    b. "Bank" shall mean any one or more direct or indirect subsidiaries of Fifth Third Bancorp and its successors and assigns, with whom Customer has an account (as defined in UCC Article 9) or card.

    c. "Bank Affiliate" shall mean any one or more direct or indirect subsidiaries of Fifth Third Bancorp and its successors and assigns.

    d. "Card" shall mean one or more plastic credit or debit cards  or any other access device issued by Bank or Bank Affiliate for use in conjunction with a money dispensing machine, banking terminal, electronic funds transfer device, internet access product, line of credit account, or any credit or debit program at Bank or Bank Affiliate.

    e. "Obligation(s)" shall mean all loans, advances, indebtedness and each and every other obligation or liability of Customer owed to each of Bank and/or any Bank Affiliate, however created, of every kind and description whether now existing or hereafter arising and whether direct or indirect, primary or as guarantor or surety, absolute or contingent, liquidated or unliquidated, matured or unmatured, participated in whole or in part, created by trust agreement, lease overdraft, agreement or otherwise, whether or not secured by additional collateral, whether originated with Bank or owed to others and acquired by Bank by purchase, assignment or otherwise, and including, without limitation, all loans, advances, indebtedness and each and every obligation or liability arising under any loan document, any and all rate management obligations, letters of credit now or hereafter issued by Bank or any Bank Affiliate for the benefit of or at the request of Customer, all obligations to perform or forbear from performing acts, and agreements, instruments and documents evidencing, guarantying, securing or otherwise executed in connection with any of the foregoing, together with any amendments, modifications and restatements thereof, and all expenses and attorneys' fees incurred by Bank or any Bank Affiliate hereunder or any other document, instrument or agreement related to any of the foregoing.

    f. "Rate Management Agreement" means any agreement, device or arrangement providing for payments which are related to fluctuations of interest rates, exchange rates, forward rates, or equity prices, including, but not limited to, dollar-denominated or cross-currency interest rate exchange agreements, forward currency exchange agreements, interest rate cap or collar protection agreements, forward rate currency or interest rate options, puts and warrants, and any agreement pertaining to equity derivative transactions (e.g., equity or equity index swaps, options, caps, floors, collars and forwards), including without limitation any ISDA Master Agreement between Customer and Bank or any Bank Affiliate, and any schedules, confirmations and documents and other confirming evidence between the parties confirming transactions thereunder, all whether now existing or hereafter arising, and in each case as amended, modified or supplemented from time to time.

    g. "Rate Management Obligations" means any and all obligations of Customer to Bank or any Bank Affiliate, whether absolute, contingent or otherwise and howsoever and whensoever (whether now or hereafter) created, arising, evidenced or acquired (including all renewals, extensions and modifications thereof and substitutions therefore), under or in connection with (i) any and all Rate Management Agreements, and (ii) any and all cancellations, buy backs, reversals, terminations or assignments of any Rate Management Agreement.

  2. All items for deposit or collection, though provisionally credited, are received or purchased subject to proof and collection, and until the proceeds thereof in money are actually received by Bank or until such items become final under applicable law, such items themselves can be returned and charged back to the account or subject to refund by Customer. The Bank may decline payment drawn on deposits until the deposits are actually paid in money. Bank acts only as Customer's collection agent and shall not be liable for any loss caused by the negligence or failure of its agents, correspondents, or other bank while the item is in their hands or in transit. Customer agrees that Bank can pursue collection of previously dishonored items and waives any time restriction on Bank's election to finally pay or revoke provisional credit for any item. Failure to enforce these rights by the Bank shall not be considered a waiver thereof.

  3. In the event the ownership of an account is in dispute for any reason, including but not limited to a lost or destroyed signature card, the Bank reserves the right to institute legal proceedings to determine ownership of the account. Where one or more persons sign such accounts, the account shall be deemed a joint owner with rights of survivorship. As to joint and survivorship accounts, each Customer agrees that all amounts on deposit or

**B48**

**TERMS TO UNDERSTAND**

**Timestamped Debits** (-) generally are debits (-) that are authorized at the time of use (for example, at the time you use your debit card for a purchase at a store or for a withdrawal from an ATM) and are later presented to us for payment.  Timestamped Debits (-) are authorized and cannot be returned. Because of this, we pay these items first, in the order they were authorized.  Timestamped debits appear in your account as pending items until they are posted.

**Batch Debits** (-) generally are debits (-) that are not pre-authorized by us.  Batch debits do not include a timestamp, and if you do not have enough money in your account, can often be returned by us to the sender, unpaid.

**Pending status** is when a debit (-) has been authorized but has not been posted to your account. A common example of this is using a debit card to make a purchase. When your debit card is swiped at the point of purchase, the debit (-) is authorized and in pending status. When the debit (-) is presented to us for payment, the debit (-) is posted (see below). Typically, debits (-) made with your debit card using a PIN are posted to your account on the same date the transaction is made. Some signature based transactions made with your debit card can take additional business days to post.  In some cases, the amount of the pending debit (-) may not match the actual amount of the final debit (-). For example, transactions with some merchants (including gas stations and restaurants) may involve an initial hold for a dollar amount that could be higher or lower than the final debit (-). In addition, some transactions with some merchants (such as hotels and car rental companies) will not be debited from your available balance at the time of authorization.

**Posting** is when a credit (+) or debit (-) is presented to us, paid by us and applied to your account.

**ADDITIONAL OVERDRAFT INFORMATION AND FEES.** We may assess a fee for overdrafts created by checks, in-person withdrawals, ATM withdrawals, debit card transactions, or other debits.  However, we will not assess a fee for overdrafts that are created solely by our fees.  We may assess an overdraft fee whether we pay or return a debit (-). See the Fee Schedule for information on the fees.

If there is not enough money in your account at the end of the day to cover all of your batch debits (-), we may choose to pay any or all of the batch debits (-) or return any or all of the batch debits (-) unpaid.

For debits (-) which require approval at the time of the transaction, such as debit card purchases, we may authorize or decline the debit (-) if the transaction would overdraw your account. Even if we authorize a debit card item, you may still be assessed an overdraft fee if your account does not have sufficient funds to pay the debit (-) when it is actually presented for payment and posts to your account.

These are the ways a debit (-) may be handled when there is not enough money in your account:
- If you choose to enroll, Overdraft Protection may be used to pay the debit (-) (using funds from another Fifth Third account)
- Overdraft Coverage may be applied by the Bank, at the Bank's discretion, to pay the debit (-) (resulting in a negative balance in your account)
- Your debit (-) may be returned unpaid

We will not assess a per item overdraft fee for ATM and one-time debit card items unless you have accepted Overdraft Coverage on your account for these transactions.

If you are charged overdraft fees, the fees will be an additional debit (-) to your account and will further increase the negative balance in your account if a deposit is not made on time.

**You are Responsible for Overdrawn Accounts.** As a Fifth Third customer, you agree to immediately pay to us the amount of any overdraft, plus any related fees.  Our payment of a debit (-) when there is not enough money in your account is not an application for credit.  You also acknowledge that the amount of deficiency, whether due to the amount of the overdraft or any fees assessed, is immediately due and payable without further demand.

13. Accounts and Cards are not transferable. Assignments and encumbrances for other than indebtedness owing to the Bank must be consented to by Bank after receipt of written notice from the depositor.

14. The Bank assumes no liability for the payment of postdated checks, unless notice of such a check is given to the Bank which describes the item with reasonable certainty. Such notice, if given orally, will be valid for 14 days and must be given in such manner and with such time as to allow the Bank to act reasonably upon it.

15. Trust Account: When the signature card indicates that the account is a "Trust" account, the Trust shall be the account owner and the Trustee(s) shall be the account signator. The Trustee(s) shall be responsible for all transactions performed on the account. In the case of a Trustee's death or resignation, the Successor Trustee(s) appointed by the Trust or by court order shall become the Trustee(s). Unless the Trust expressly provides otherwise, all Trust accounts shall be revocable by the Grantor thereof during his or her life.

**B49**



B50



# Anatomy of a substitute check

**Forward Substitute Check–Front** (Figure 5)

**Forward Substitute Check–Back** (Figure 6)

**Return Substitute Check–Front** (Figure 10)

**Return Substitute Check–Back** (Figure 11)

FedFocus is published on behalf of Federal Reserve Financial Services by the Federal Reserve Bank of Chicago, 230 South LaSalle Street, Chicago, Illinois 60604

The Financial Services logo, "FedImage" and "FedLine" are either registered or unregistered trademarks or service marks of the Federal Reserve Banks. A complete list of marks owned by the Federal Reserve Banks is available at frbservices.org.

Testimonials are reflective of individual experiences. All customers may not experience the same results.

© 2004 by Federal Reserve Banks. All rights reserved.

*Acct:* *46/7460552230*

**FIFTH THIRD BANK**
MD: 1MOC2X Cincinnati, Ohio 45263
Date: May 06, 2013 Advice D-101629

*Your account has been charged for each
return item listed*

*If you have any questions please contact
your nearest Fifth Third Banking center*

| SEQ # | ITEM AMOUNT |
|---|---|
| 1003669 | 9,750.00 |

JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA GA 30005

1 Item charged totaling $9,750.00

Advice Total $9,750.00

⑈402333198⑈  00000746055 2230⑈  ⑈0000101629⑈

---

*042000314*
05/06/2013
1003669

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

1  RETURN REASON-X
REFER TO IMAGE



# REFER TO IMAGE

---



**B52**

**FIFTH THIRD BANK**
MD: 1MOC2X Cincinnati, Ohio 45263
Date: May 06, 2013   Advice D-101628

*Acct:   46/7460552230*

*Your account has been charged for each*
*return item listed*

*If you have any questions please contact*
*your nearest Fifth Third Banking center*

| SEQ # | ITEM AMOUNT |
|-------|-------------|
| 1001598 | 9,500.00 |
| 1001599 | 9,500.00 |
| 1003667 | 9,500.00 |
| 1003670 | 9,500.00 |
| 1003671 | 9,500.00 |
| 1001600 | 9,750.00 |
| 1001597 | 9,750.00 |
| 1003668 | 9,750.00 |

JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA GA  30005

8 Items charged totaling $76,750.00

Advice Total $76,750.00

⑂402333198⑂     000007460552230⑈     ⑈0000101628⑈



*042000314*
05/06/2013
1001598

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-S
REFER TO MAKER

**REFER TO MAKER**

LIANNE BATEMAN
4175 BRECKENRIDGE CT
ALPHARETTA, GEORGIA, 30005

FEDERAL RESERVE BANK

2301
5/2/2013

Pay To The
Order Of    JAMES A WILLIAMS TRUST

$9,500.00

Nine Thousand Five Hundred Dollars and No Cents

2013189

No Signature Required
Electronic Signature On File
This Check Has Been Electronically
Authorized By Voice Or Electronic
Verification By Your Depositor

7   **INVALID ROUTING #**

8

⑈230⑈⑈  ⑆061000146⑆006409515 0⑈  ⑈0000950000⑈

⑈00230⑈⑈   ⑆061000146⑆     0064095150⑈   ⑈0000950000⑈



9

SW RETC?

MAY 0 3 2013

10



# REFER TO MAKER

*042000314*
05/06/2013
1001599

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

LIANNE BATEMAN
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

FEDERAL RESERVE BANK

2302
5/2/2013

Pay To The
Order Of    JAMES A WILLIAMS TRUST

$9,500.00

Nine Thousand Five Hundred Dollars and No Cents

20131#2

**INVALID ROUTING #**

No Signature Required

Electronic Signature On File

This Check Has Been Electronically Authorized By Voice Or Because Verification By Your Depositor

⑈ 2302⑈  ⑆061000146⑆0064095150⑈  ⑈0000950000⑈

⑈002302⑈  ⑆061000146⑆    0064095150⑈  ⑈0000950000⑈

SW RETURNS

MAY 0 3 2013

FIFTH THIRD BANK
>>042000314<<
5/2/2013
1000504000000018
#7840552230

↓Do not endorse or write below this line↓

*042000314*
05/06/2013
1003667

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-X
REFER TO IMAGE

## REFER TO IMAGE



PETER TERRY PAPOULIAS
4175 BRECKENRIDGE CT
ALPHARETTA, GA. 30005

FEDERAL RESERVE BANK

2021
5/2/2013

Pay To The
Order Of          JAMES A WILLIAMS TRUST

$9,500.00

Nine Thousand Five Hundred Dollars and No Cents

**FRAUDULENT ITEM**

No Signature Required
Electronic Signature On File
This Check Has Been Electronically
Authorized By Voice Or Electronic
Verification By Your Depositor

⑆ 2021⑆ 4⑆04 10000 14⑆ 0083875550⑆ ⑈0000950000⑈

⑆⑈ 4⑆04 10000 14⑆ 0083875550⑈ ⑈0000950000⑈

⑆⑈2021⑈ 4⑆04 10000 14⑆ 0083875550⑈ ⑈0000950000⑈



*042000314*
05/06/2013
1003670

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-X
REFER TO IMAGE

REFER TO IMAGE

PETER TERRY PAPOULIAS          FEDERAL RESERVE BANK          2020
4175 BRECKENRIDGE CT                                        5/2/2013
ALPHARETTA, GA, 30005

Pay To The
Order Of        JAMES A WILLIAMS TRUST                      $9,500.00

Nine _____ Dollars and No Cents

FRAUDULENT ITEM

No Signature Required
Electronic Signature On File
This Check Has Been Electronically
Authorized By Voice Or Electronic
Verification By Your Depositor

⑈ 20 20⑈   ⑆⑉04 10000 14⑈:008 38 75 550⑈   ⑈0000950000⑈

]⑈        4⑈:04 10000 14⑈:        008 38 75 550⑈        ⑈0000950000⑈

⑈ 20 20⑈   4⑈:04 10000 14⑈:        008 38 75 550⑈        ⑈0000950000⑈



05/05/2013        0010033550

FIFTH THIRD BANK
>>042000314<<
5/2/2013
100950490000010
#74E9552230

↓Do not endorse or write below this line.↓

B56

*042000314*
05/06/2013
1003671

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-X.
REFER TO IMAGE

# REFER TO IMAGE

PETER TERRY PAPOULIAS
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

FEDERAL RESERVE BANK

2022
5/2/2013

Pay To The
Order Of     JAMES A WILLIAMS TRUST

$9,500.00

Nine Th... ...Dollars and No Cents

DO NOT
REDEPOSIT

**FRAUDULENT ITEM**

No Signature Required
Electronic Signature On File
This Check Has Been Electronically
Authorized By Voice Or Electronic
Verification By Your Depositor

⑈ 20 2 2⑈    ⑆0 ⑊ ⑈0000 ⑊⑈:008 38 75 5 50⑈  ⑊"0000 9 50000⑊"

?⑈          ⑊:0⑊ ⑈0000 ⑊⑊:          008 38 75 5 50⑈      ⑊"0000 9 50000⑊"

⑈ 20 2 2⑈    ⑊:0⑊ ⑈0000 ⑊⑊:          008 38 75 5 50⑈      ⑊"0000 9 50000⑊"



*042000314*
05/06/2013
1001600

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-S
REFER TO MAKER

## REFER TO MAKER

LIANNE BATEMAN
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

FEDERAL RESERVE BANK

2303
5/2/2013

Pay To The
Order Of       JAMES A WILLIAMS TRUST

$9,750.00

Nine Thousand Seven Hundred Fifty Dollars and No Cents

2013193

## INVALID ROUTING #

No Signature Required

Electronic Signature On File

This Check Has Been Electronically
Authorized By Voice Or Electronic
Verification By Your Depositor

⑆2303⑆   ⑆061000146⑆0064095150⑆   ⑈0000975000⑈

⑆0023031⑆   ⑆061000146⑆      0064095150⑆   ⑈0000975000⑈

---

SW RETURNS

MAY 0 3 2013

FIFTH THIRD BANK
>>042000314<<
5/2/2013
1000504000017
#746055230

↓Do not endorse or write below this line↓

\*042000314\*
05/06/2013
1001597

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

1000504900001B  05/02/2013
[042000314]

# REFER TO MAKER

LIANNE BATEMAN
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

FEDERAL RESERVE BANK

2304
5/2/2013

Pay To The
Order Of          JAMES A WILLIAMS TRUST

$9,750.00

Nine Thousand Seven Hundred Fifty Dollars and No Cents

2013195

No Signature Required
Electronic Signature On File

This Check Has Been Electronically
Authorized By Value Or Electronic
Verification By Your Depositor

## INVALID ROUTING #

⑆2304⑈  ⑆061000146⑆0064095150⑈ ⑆0000975000⑈

⑆002304⑈  ⑆061000146⑈          0064095150⑈ ⑆0000975000⑈



SW RETURNS

MAY 0 3 2013

FIFTH THIRD BANK
>>042000314<<
10006040000018
#746055230
5/2/2013

↓Do not endorse or write below this line↓

**\*042000314\***
05/06/2013
1003668

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON–X
REFER TO IMAGE

# REFER TO IMAGE



PETER TERRY PAPOULIAS
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

FEDERAL RESERVE BANK

2024
5/2/2013

Pay To The Order Of          JAMES A WILLIAMS TRUST

$9,750.00

Nine ... Fifty  Dollars and No Cents

No Signature Required

**FRAUDULENT ITEM**

Electronic Signature On File

This Check Has Been Electronically Authorized By Voice Or Electronic Verification By Your Depositor

⑈ 20 2 4 ⑈    ⑆04 l0000 l4⑆008 38 7 5 5 50⑈  ⑆0000 9 7 5000⑈

. ⑈          4⑆04 l0000 l4⑆          008 38 7 5 5 50⑈          ⑈0000 9 7 5000⑈

⑈ 20 24 ⑈    4⑆04 l0000 l4⑆          008 38 7 5 5 50⑈    ⑈0000 9 7 5000⑈

05.05/2013     0010033530

634181856781

**JAMES ANDREW WILLIAMS**
Transaction Search

11/29/2011 1:52:40 PM

| Transaction | Date | Customer Information | Status | Type | Amount | AVS / Source |
|---|---|---|---|---|---|---|
| Check | 11/29/2011 10:08:44 AM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 11292011 Reference Number: GBTBA8jBt0 peterpapoulias@hotmail.com | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 11/28/2011 10:25:54 AM | LIANNE BATEMAN 061000146-XXXXXX5150 Order Number: 1128a2011 Reference Number: GBSBAPti80 | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 11/25/2011 1:36:07 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 11252011 Reference Number: GBPBDb7Z20 peterpapoulias@hotmail.com | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 11/23/2011 12:13:32 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 1123b2011 Reference Number: GBNBCDWAS0 peterpapoulias@hotmail.com | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 11/21/2011 12:31:06 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 11212011 Reference Number: GBLBCV6Db0 peterpapoulias@hotmail.com | Settled | Sale | 9500.00 | Virtual Terminal |

**B62**

| Check | 11/16/2011 1:20:08 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 11162011 Reference Number: DBGBDK8LS0 peterpapoulias@hotmail. com | Settled | Sale | 9500.00 | Virtual Terminal |
|---|---|---|---|---|---|---|
| Check | 11/14/2011 2:00:20 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 11142011 Reference Number: FBEBE0KHj0 peterpapoulias@hotmail. com | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 11/8/2011 10:21:42 AM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 11082011 Reference Number: FB8BALhX80 peterpapoulias@hotmail. com | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 11/7/2011 11:46:42 AM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 11072011 Reference Number: GB7BBlhKh0 peterpapoulias@hotmail. com | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 11/4/2011 6:49:13 AM | LIANNE BATEMAN 061000146-XXXXXX5150 Order Number: 11042011 Reference Number: DB4B6oDAk0 | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 11/3/2011 6:21:10 PM | PETER TERRY PAPOULIAS 011000015-XXXXXX5623 Order Number: 11022011 Reference Number: GB3BILA7N0 | Not in batch | Void | 50.00 | Virtual Terminal |
| Check | 11/3/2011 6:18:17 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX4785 Order Number: 11032011 Reference Number: GB3BIIG7K0 peterpapoulias@hotmail. com | Not in batch | Void | 100.00 | Virtual Terminal |

| Check | 11/1/2011 5:57:35 PM | LIANNE BATEMAN<br>061000146-XXXXXX5150<br>Order Number:<br>1101B2011<br>Reference Number:<br>AB1BHwaQe0 | Settled | Sale | 2500.00 | Virtual Terminal |
|-------|----------------------|---------------------------------------------------------------------------------------------------|---------|------|---------|------------------|
| Check | 11/1/2011 2:30:07 AM | PETER TERRY<br>PAPOULIAS<br>041000014-XXXXXX5550<br>Order Number: 11012011<br>Reference Number:<br>BB1B2U7PS0<br>peterpapoulias@hotmail.<br>com | Settled | Sale | 7500.00 | Virtual Terminal |

| Transaction | Auth Count | Auth Volume | Sale Count | Sale Volume | Credit Count | Credit Volume | Transaction Count | Transaction Net |
|---|---|---|---|---|---|---|---|---|
| Visa | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Master Card | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Diners | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| American Express | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Discover | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Check | 0 | 0.00 | 25 | 224500.00 | 0 | 0.00 | 27 | 224500.00 |
| Other | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Total | 0 | 0.00 | 25 | 224500.00 | 0 | 0.00 | 27 | 224500.00 |

B65

4 - 4

| Check | 10/28/2011 12:51:22 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 10282011 Reference Number: AASBCqMLo0 peterpapoulias@hotmail.com | Settled | Sale | 9500.00 | Virtual Terminal |
|-------|------------------------|------|---------|------|---------|------------------|
| Check | 10/27/2011 2:31:58 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 10272011 Reference Number: FARBEVxA40 peterpapoulias@hotmail.com | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 10/26/2011 1:28:47 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 10262011 Reference Number: BAQBDSmaM0 peterpapoulias@hotmail.com | Settled | Sale | 9500.00 | Virtual Terminal |
| Check | 10/25/2011 5:44:11 PM | PETER TERRY PAPOULIAS 041000014-XXXXXX5550 Order Number: 10252011 Reference Number: AAPBHjBLM0 peterpapoulias@hotmail.com | Settled | Sale | 7500.00 | Virtual Terminal |

**B66**



FEDERAL RESERVE

FINANCIAL SERVICES

# FedReturn℠

**Financial institutions are looking for Check 21 to provide them with opportunities to improve the effectiveness and efficiency of payments processing. The Federal Reserve's FedReturn products— encompassing return image deposit, derived returns and early return information to the bank of first deposit—offer customers opportunities to reduce risk through expedited return-item clearing and to lower costs of inbound and outbound returns processing.**

## FedReturn

The FedReturn product suite is designed to help you transform your inbound and outbound returns processing operations to reduce risk, streamline backroom operations, improve quality and speed the returns process—all while realizing substantial operating savings. When you take full advantage of the FedReturn product suite, you eliminate strips, encoding and physical inspection of return items by retrieving images electronically from either an in-house archive or the FedImage℠ archive. The result is a streamlined, high-quality, low-cost alternative to today's costly and complex returns operation.

The Federal Reserve's FedReturn products include:

### Qualified Return Image Cash Letter Deposit

Customers can deposit mixed image cash letters[1] of items for return via FedReturn

services. Reserve Banks will process the items electronically and return either an electronic file or substitute checks to the bank of first deposit.

National return image cash letter deposit services are offered at the following deadlines:

**Qualified Return Image Cash Letter Deposit Deadlines\* and Availability** (Eastern time)

| | |
|---|---|
| 8:00 p.m. | Next day on all city and RCPC endpoints nationwide |
| 10:00 p.m. | Next day on all city and RCPC endpoints nationwide |
| 12:01 a.m. | Same day on all city and RCPC endpoints nationwide |
| 2:00 a.m. | Same day on all city and RCPC endpoints nationwide |

\*Deadlines are subject to change and are based on receipt of the full file. Files that are incomplete at the deadline will be deposited into the next deposit deadline.

### Derived Returns

In the future, customers who use MICR Presentment Plus, FedImage Archive and Truncation services may participate in the Federal Reserve's Derived Returns service by submitting an electronic file of items to be returned. The Federal Reserve will retrieve the appropriate images from the FedImage archive and send a qualified return image cash letter or substitute checks to the bank of first deposit.

### Bank of First Deposit Return Information Service

The Bank of First Deposit Return Information Service, available in the future, will allow customers who do not accept image returns to receive early information about items that are being returned in image cash letters by the paying bank. This service, for information purposes only, takes the information from deposits of return image cash letters and delivers the information in an electronic file to the bank of first deposit. The Federal Reserve will print

[1] Image cash letters must conform to the Federal Reserve version of DSTU X9.37-2003 format.

# FedReturn

## Key Features

- Mixed deposit with no sorting required
- National pricing and deadlines
- Per-item deposit fees for checks drawn on substitute check receivers that encompass both collection and substitute check printing

## Key Benefits

- Improves fraud mitigation through expedited return-item clearing
- Eliminates physical handling of documents
- Reduces exception processing
- Provides opportunity to reengineer backroom operations to maximize efficiency and reduce costs

and deliver substitute checks to the bank of first deposit for legal return.

## Pricing

FedReturn services pricing will incorporate many features of today's paper-based pricing structure, with some new features as well:

- identical fees across all Federal Reserve offices,
- a tiered pricing structure for deposits,
- time-of-day pricing, which reflects the higher value of later deposit deadlines, and
- higher fees for items being returned to endpoints requiring substitute checks than for items being returned to electronic receipt endpoints.

## The Federal Reserve Check 21 Advantage

The Federal Reserve is the nation's largest processor of interbank check payments, clearing almost half of all interbank checks written in the United States. The Reserve Banks are working with industry partners and customers to enable Check 21 and dramatically improve the efficiency of the payments system. The FedForward℠, FedReturn℠ and FedReceipt℠ product suites leverage our nationwide clearing network to offer faster clearing at much later deadlines, to reduce risk through expedited returns processing and to lower end-to-end clearing costs.

## Federal Reserve Financial Services

The Federal Reserve offers a full range of financial services to assist depository institutions in achieving a sustainable competitive advantage. We provide innovative and progressive services that enable you to capitalize on growth and revenue opportunities. Our services are designed to provide the accessibility and flexibility you need to compete in a dynamic and evolving industry. Given our integrity and reliability, you can count on the Federal Reserve to provide you with services that deliver benefits. Our services include Cash, Check, FedImage Services, FedACH℠, Fedwire® Funds Service, Fedwire Securities Service, National Settlement Service and Treasury Services. In addition, we offer services designed to support your Financial Services usage, including Account Management Information and Service Charge Information.

## Contact Us

*For more information about FedReturn or any of the Federal Reserve's products and services, contact your Account Executive or visit www.frbservices.org.*

The Financial Services logo, "FedReturn," "FedImage," "FedForward," "FedReceipt," "FedACH" and "Fedwire" are either registered or unregistered trademarks or service marks of the Federal Reserve Banks. A complete list of marks owned by the Federal Reserve Banks is available at www.frbservices.org.

0504CRSO

Evidence provided by Fifth Third Bank to substantiate their claim that the check was returned



| Posting Date | 2013 Apr 30 |
|---|---|
| Trips Sequence Number | 1002409 |
| Charge Account Number | 7460552230 |
| Work Source | 000215 |
| Advice Number | 101388 |
| Deposit Date | 20130430 |
| Return Reason | Refer to Maker |
| Operator | T3728AD |

**FIFTH THIRD BANK**
MD: 1MOC2X Cincinnati, Ohio 45263
Date: Apr 30, 2013   Advice D-101388

*Acct:   46/7460552230*

*Your account has been charged for each return item listed*

*If you have any questions please contact your nearest Fifth Third Banking center*

**SEQ #**      **ITEM AMOUNT**
1002409        4,500.00

**Return item that was mailed by Fifth Third Bank one week after they emailed exhibit 9a.**
**Notice the numerous additional alterations and fraudulent entries made by Fifth Third Bank.**

JAMES A WILLIAMS TRUST
4175 BRECKENRIDGE CT
ALPHARETTA GA  30005

1 Item charged totaling  $4,500.00

Advice Total  $4,500.00

⑈4023331498⑈   00000746055223O⑈   ⑈0000101388⑈



REFER TO IMAGE   0420-0031-4  FRAUDULENT ITEM

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

**RETURN REASON-X**
**REFER TO IMAGE**

PETER TERRY PAPOULIAS
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

FEDERAL RESERVE BANK

2015
4/25/2013

Pay To The
Order Of      JAMES A WILLIAMS TRUST                    $4,500.00

Four Thousand Five Hundred  Dollars and No Cents

No Signature Required
Electronic Signature On File

This Check Has Been Electronically
Authorized By Voice Or Electronic
Verification By Your Depositor

⑈ 2015⑈   ⑈041000014⑈:008387555O⑈   ⑈000045000O⑈

⑈ 2015⑈   ⑈041000014⑈:  0083875550⑈   ⑈000045000O⑈

2⑈0042003114⑈:                         ⑈000045000O⑈

4⑈041000014⑈:           0083875550⑈   ⑈000045000O⑈



FRAUDULENT

For Deposit Only

↓Do not endorse or write below this line↓

↘ Do not endorse or write below this line ↘

**B70**

**CERTIFICATE OF SERVICE:**

I certify that the service of the document **"A Special Action for Remedy Ex Necessitate Legis for Commercial Injury, Ultra Vires   Acts, Criminal Conversion, Fraudulent Misrepresentation"** along with Exhibits 'A' to 'T' (totaling 70 pages) was sent by registered mail to the following two locations:

**Location #1:** One copy was delivered on May 20, 2013 to Jermain L. Pettis, Vice President Business Banking by registered mail #EG013717951CA to the address listed below.

Jermain L. Pettis
Vice President - Business Banking
Fifth Third Bank - Buckhead
Sovereign Building
3344 Peachtree Rd. - Suite 800
Mail Drop X46306
Atlanta, GA 30326
Phone: 404.279.4567

**Location #2:** One copy was delivered on May 18, 2013 to P.Brian Moore,  Senior Vice President by registered mail #EG013717925CA  to the address listed below:

P. Brian Moore
38 Fountain Square Plaza
Cincinnati, OH 45263

Copies were also emailed on May 20, 2013 to the following Fifth Third Bank representatives, Kimberly R. Love, CTP Vice President, Treasury Management, Fifth Third Bank, kimberly.love@53.com ; Troy Smith,  Senior Product Fulfillment Specialist, Fifth Third Bank, troy.smith@53.com ; and DaQuita Irons, Image Cash Letter Specialist, Fifth Third Bank, daquita.irons@53.com

JAMES A WILLIAMS TRUST

By:
James Williams, Owner/Beneficiary
Telephone: 416-944-8494
jameswilliams@bell.net

May 22, 2013

B71



B72



**Tracking Number**

EG013717951CA

**Product Type: Xpresspost**

**Track History**

| Date | Time | Location | Description | Retail Location | Signatory Name |
|------|------|----------|-------------|-----------------|----------------|
| 2013/05/20 | 16:19 | 30326,USA | Item successfully delivered | | WBRUNNER |
| 2013/05/18 | 11:11 | 30326,USA | Item on hold at postal facility to verify address of recipient | | |
| 2013/05/18 | 10:51 | 30305,USA | Item has been received at the delivery office in the destination country | | |
| 2013/05/17 | 13:45 | USJFKG,USA | International item has arrived in a foreign country | | |
| 2013/05/17 | 02:00 | USJFKG, | International shipment has arrived in a foreign country | | |
| 2013/05/17 | 00:32 | MISSISSAUGA | International item has left Canada | | |
| 2013/05/16 | 16:34 | TORONTO | Item accepted at the Post Office | | |

**Shipping Options and Features for this Item**

© 2013 Canada Post Corporation

B73

**Xpresspost**

Customer Receipt    Reçu du client

EG 013 717 925 CA

From    Expéditeur

Name: JAMES A WILLIAMS TRUST
Address: 906-545 SHERBOURNE ST
City: TORONTO    Prov: ON    Postal Code: M4X1W5    CANADA

To    Destinataire

Name: P. Brian Moore Fifth Third Bank
Address: SE Fountain Square Plaza
City: Cincinnati
ZIP Code: 45263
Country: UNITED STATES / ÉTATS UNIS

B74



**Tracking Number**

EG013717925CA

**Product Type: Xpresspost**

**Track History**

| Date | Time | Location | Description | Retail Location | Signatory Name |
|------|------|----------|-------------|-----------------|----------------|
| 2013/05/18 | 12:24 | 45263,USA | Item successfully delivered | | MVERGARA |
| 2013/05/18 | 10:37 | 45263,USA | Attempted delivery. Notice card left indicating where item can be picked up. | | |
| 2013/05/18 | 10:05 | 45203,USA | Item has been received at the delivery office in the destination country | | |
| 2013/05/17 | 13:45 | USJFKG,USA | International item has arrived in a foreign country | | |
| 2013/05/17 | 02:00 | USJFKG, | International shipment has arrived in a foreign country | | |
| 2013/05/17 | 00:32 | MISSISSAUGA | International item has left Canada | | |
| 2013/05/16 | 21:47 | MISSISSAUGA | Item processed at postal facility | | |
| 2013/05/16 | 16:35 | TORONTO | Item accepted at the Post Office | | |

**Shipping Options and Features for this Item**

© 2013 Canada Post Corporation

B75

# Current account activity on JAMES A WILLIAMS TRUST BUSINESS CHECKING ACCOUNT

From: **Peter Papoulias** (peterpapoulias@hotmail.com)   This sender is in your contact list.
Sent: May-09-13 1:10:57 PM
To:     Pettis, Jermain (jermain.pettis@53.com); kimberly.love@53.com (kimberly.love@53.com);
        daquita.irons@53.com (daquita.irons@53.com); Clare Huckeba (clare.huckeba@53.com);
        James Williams (jameswilliams@bell.net)
        7 attachments
        53AccountBalanceSummary-5-8-2013.jpg (349.2 KB) , 53Balance-5-8-2013.jpg (314.3
        KB) , 53BalanceEndOfDay-5-7-2013.jpg (373.1 KB) , 53BalanceSummary-5-8-2013.jpg
        (291.4 KB) , ReturnedItems.jpg (417.5 KB) , ReturnITem76K.jpg (359.9 KB) , suntrust-
        5-7-2013.jpg (350.6 KB)

Jermaine,

I have not heard back from you since our last communication in which you stated that you would get to
the bottom of this. It has now been 2 days since we spoke. If I do not hear back from Fifth-Third by end of
day tomorrow, I will have no choice but to advise the JAMES A WILLIAMS TRUST to seek legal remedy
against Fifth-Third and/or its employees.

We would very much like to maintain our relationship with Fifth-Third. We anticipate doing a minimum of
over $100K in deposits per month. We have been very patient in getting the needed services setup (over 4
months). But Fifth-Third's failure to resolve these currents issues will be deemed actionable.

Attached please find the transactions that were tendered last night have posted today. As you will see at
some time after 8am tomorrow someone at fifth-third will manually manipulate the account putting it
into a negative balance.

Please explain the following: (see attachments)

Opening available of -$491,442.41
Opening Ledger of -$65,442.41
Closing Available of -$567,242.41

Please note the deposits of $76,000.00 (8 items) HAVE POSTED AND ARE SETTLED(paid)

Please note the following:

Total Deposited items are 19
1st deposit 1 item for $4500.00 - 1 fraudulent return for $4500 after funds posted and settled (paid)
2nd deposit 1 item for $4500.00 - 1 fraudulent return for $4500 after funds posted and settled (paid)
3rd deposit 9 items for $86,500.00 - 2 fraudulent returns 1 for $76,500 and 1 for $9750 (see attached)
after funds posted and settled (paid)
4th deposit 8 items for $76,000.00

All these fraudulent returns occur when the deposits appear on the front end web site (www.53.com)
which is 1 day after they post.

Total amount deposited $ 171,500.00 - fifth-third will claim this amount on their form fr2900 (Report of

**B76**

https://bay169.mail.live.com/mail/PrintMessages.aspx?cpids=6895693...

Case 1:13-cv-01956-ODE   Document 1-3   Filed 06/12/13   Page 71 of 71

transaction accounts other deposits and bulk cash) done every 14 days.

Current Closing ledger shows $8,557.59 it should be well over $100K

PETER T PAPOULIAS, TTEE
for the JAMES A WILLIAMS TRUST
404-953-0977

**B77**