United States District Court
Northern District of Georgia, Atlanta Division
James N. Hatten, Clerk of Court
Richard B. Russell Federal Building and Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3361

PETER TERRY PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel: 404-704-0898
peterpapoulias@hotmail.com

**BOND #PP06112013**
Issue Date: June 11, 2013
Expiry Date: June 10, 2014

Payment shall be ledgered against the non-depository limited purpose trust account in the name PETER TERRY PAPOULIAS; Routing #041000014; Account #0083875550

**INDEMNITY BOND** for the Court Case # 1 13-CV-1956

**Credit to:** JAMES N. HATTEN, CLERK OF COURT for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION in the amount of One-million ($1,000,000.00) dollars.

In consideration that only Fiat Money exists in circulation with which to discharge debt and in order to facilitate lawful commercial transactions and in order to lawfully engage in commerce within the jurisdiction of the Department of the Treasury, this Indemnity Bond, issued to MR. JAMES N. HATTEN Clerk of Court for the United States District Court, Northern District of Georgia, Atlanta Division is necessitated.

I, Peter Papoulias, principal, surety, owner is held and bound to effect payment to JAMES N. HATTEN Clerk of Court for the United States District Court, Northern District of Georgia, Atlanta Division in the amount of One-million ($1,000,000.00) dollars, which shall be used for any costs which may accrue in this court action upon proof of claim and proof of loss to any party injured by the Plaintiff JAMES A WILLIAMS TRUST and UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION Case No. 1 13-CV-1956
This bond is returned on the 10th day of June 2014.

**Bond Order**
Negotiate this item through the back office for settlement using the following account information:
**Company Account Name:** PETER TERRY PAPOULIAS
**Routing Number:** 041000014
**Account Number:** 0083875550
**Type of Account:** Non-deposit Limited Purpose Trust Company

*A dishonor of the above bond is violation of the national bankruptcy.*

By: _____
June 11, 2013

Peter Papoulias, Owner/Beneficiary
For PETER TERRY PAPOULIAS

**Financial Industry Number Standard**
PETER T PAPOULIAS TRUST #343699
SEC Central Index Key #0001491550
EIN # 42-6676616

Seal/                               Rt. thumbprint



## ASSIGNMENT

**FOR VALUE RECEIVED** the undersigned registered owner thereof hereby assigns and transfers this payment instrument to: JAMES N. HATTEN, CLERK OF COURT for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION; and all rights thereunder and hereby irrevocably constitutes and appoints James N. Hatten attorney to register the transfer of said note on the books kept for registration thereof, with full power of substitution in the premises.

Assignor: PETER TERRY PAPOULIAS

By: _____
Peter Papoulias, Owner/Beneficiary

Dated: June 11, 2013

**NOTICE:** The assignor's signature to this assignment must correspond with the same as it appears upon the face of the within instrument in every particular, without alteration or enlargement or any change whatsoever.

THE SHARES REPRESENTED BY THIS CERTIFICATE HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "ACT") OR ANY OTHER SECURITIES LAWS AND MAY NOT BE OFFERED FOR SALE, SOLD, TRANSFERRED, ASSIGNED, HYPOTHECATED OR OTHERWISE DISPOSED EXCEPT (1) UPON EFFECTIVE REGISTRATION OF THE SECURITIES UNDER THE ACT AND OTHER APPLICABLE SECURITIES LAWS COVERING SUCH SECURITIES, OR (II) UPON ACCEPTANCE BY THE COMPANY OF AN OPINION OF COUNSEL IN SUCH FORM AND BY SUCH COUNSEL, OR OTHER DOCUMENTATION, AS IS SATISFACTORY TO COUNSEL FOR THE COMPANY TO THE EFFECT THAT SUCH REGISTRATION IS NOT REQUIRED.

I HEREBY CERTIFY THAT THIS TRANSACTION DOES NOT REQUIRE AN INHERITANCE TAX WAIVER

_____
Peter Papoulias, Owner/Beneficiary

**Waiver of Protest:** Failure to act on this Notice to discharge the Settlement and release the pre-paid exchange within 72 hours constitutes Dishonor of this Claim in all matters of the Interstate/Foreign Commerce Trade-names/Trademarks. Dishonor of this Instrument shall constitute a Waiver of Protest resulting in immediate default and grant of signature by accommodation for Administrative/Judicial Remedy for any/all sum(s) certain and the Certified Audit Trail of all transactions for the original Voucher and all disbursement documents/receipts.