## SECTION 'A'                                                                                                                  page

### TABLE OF CONTENTS:

1. CERTIFICATE OF INTERESTED PERSONS..................................................................... i
2. COMPLAINT AND MEMORANDUM IN SUPPORT-IMMEDIATE ORDER FOR RELIEF     1
3. EXHIBIT #2: LETTER FROM FIFTH THIRD BANK......................................................... 17
4. EXHIBIT #3: ACCOUNT STATEMENT SHOWING POSTING OF $4500.......................... 18
5. EXHIBIT #4: FRB File Deposit Acknowledgement Report for $58,500........................... 19
6. EXHIBIT #5: BOSTON COLLEGE LAW REVIEW............................................................ 21
7. EXHIBIT #7: EXPLANATION REGARDING FRAUDULENT "IRD" ITEMS..................... 23
8. EXHIBIT #8: FRAUDULENT "IRD" ITEMS..................................................................... 28
9. EXHIBIT #9: Steps needed to print an "ird" from a return image cash letter.................. 52
10. EXHIBIT #10: ECCHO STATISTIC SHOWING # OF IMAGES PROCESSED/DAY......... 60
11. EXHIBIT #11: ECCHO STATISTIC SHOWING # OF IMAGES RETURNED/DAY............ 61
12. EXHIBIT #12: 2010 FEDERAL RESERVE PAYMENTS STUDY........................................ 62
13. EXHIBIT #13: EXAMPLE OF AN "IRD" ITEM PRINTED FROM AN "ICL"..................... 64
14. EXHIBIT #14: 2012 AND 2013 CALL REPORTS FILED BY FIFTH THIRD BANK........... 71
15. EXHBIIT #15: PROPER USE OF RETURN CODES IN IMAGE EXCHANGE................... 74
16. EXHIBIT #16: FRB CHECK PLATFORM MODERNIZATION PUBLICATION................ 80
17. EXHIBIT #17: 2013 FEDFORWARD ENDPOINT TIERS LISTING.................................. 81
18. EXHIBIT #18: LETTER FROM BANK OF MONTREAL.................................................... 82
19. EXHIBIT #19: BANK ACCOUNT STATEMENT FOR #7460471248................................ 83
20. EXHIBIT #20: PROOF OF DELIVERY FOR EXHIBIT #1................................................. 84
21. EXHIBIT #21: DEPOSIT REPORTING FRAUD................................................................. 88
22. EXHIBIT #22: Bank account statement showing deposit reporting fraud....................... 89
23. EXHIBIT #23: Bank account statements showing additional deposit reporting fraud.... 90

## SECTION 'B'

1. **EXHIBIT #1:** "A Special Action for Remedy Ex Necessitate Legis for Commercial Injury, Ultra Vires Acts, Criminal Conversion, Fraudulent Mis-representation" including Exhibits 'A' – 'T'; 70 pages in length; **Issued on May 16, 2013** ............................................. B1
2. CERTIFICATE OF SERVICE.............................................................................................. B71
3. Proof of Delivery by Registered Mail; Ohio office and Atlanta office ............................... B72
4. COPY OF EMAIL CORRESPONDENCE WARNING OF PENDING JUDICIAL ACTION... B76
5. Notice of Default Judgment and Irrevocable Estoppel by Acquiescence............................ B82
6. Invoice from CheckAlt for the creation and depositing of 25 image cash letters................ B83

Memorandum in Support of an Immediate Order for Relief, JAMES A WILLIAMS TRUST 06/04/2013

## *Case Law*

*AARTS Productions, Inc. v. Crocker National Bank (1986) 179 Cal. App.3d 1061, 1069 [225 Cal. Rptr. 203] [6th Dist.].)* .................................................................................................................. 9
*Alaska Statebank v. Fairco (Alaska 1983) 674 P.2d 288, 291* ........................................................ 9
*American Nat'l Bank v. Morey, 113 Ky. 857, 69 S.W. 759, 760 (1902)* ........................................ 14
*Atlanta Nat'l Bank v. Davis, 96 Ga. 334, 336-37, 23 S.E. 190, 190-91 (1895)* ............................. 12
*Bank of New Mexico v. Rice, 78 N.M. 170, 429 P.2d 368 (1967)* .................................................. 13
*Bank of New Mexico v. Rice, 78 N.M. 170, 429 P.2d 368 (1967)* .................................................. 14
*Betterton v. First Interstate Bank of Arizona (8th Cir.1986) 800 F.2d 732, 736* ........................... 9
*Blake v. Woodford Bank & Trust Co., 555 SW 2d 589 - Ky: Court of Appeals 1977* ..................... 6
*Bonady Apartments v. Columbia Banking (1983) 119 Misc.2d 923 [465 N.Y.S.2d 150, 154], modified 99 A.D.2d 645 [472 N.Y.S.2d 221]* ............................................................................. 9
*Brown v. Boorman, 11 Cl. & F. 1, 8 Eng. Rep. 1003, 1012 (1844)* ............................................... 13
*Chicago Title Ins. Co. v. Superior Court (1985) 174 Cal. App.3d 1142, 1156-1158 [220 Cal. Rptr. 507] [1st. Dist., Div. 2]* ........................................................................................................ 9
*Commercial Cotton Co. v. United California Bank (1985) 163 Cal. App.3d 511 [209 Cal. Rptr. 551, 55 A.L.R.4th 1017].* ............................................................................................................ 8
*Commercial Cotton Co. v. United California Bank, supra, 163 Cal. App.3d 511* ......................... 9
*E.F. Hutton & Co. v. City National Bank (1983) 149 Cal. App.3d 60, 72-74 [196 Cal. Rptr. 614] [2d. Dist., Div. 1]* ...................................................................................................................... 9
*Eshelman v. Rawalt, 298 Ill. 192, 131 N.E. 675, 677 (1921)* ....................................................... 14
*First Nat'l Bank v. Shoemaker, 117 Pa. St. 94, 11 A. 304 (1887).* ................................................ 13
*First Nat'l Bank v. Stewart, 204 Ala. 199, 85 So. 529 (1920)* ................................................ 13, 14
*Garner v. Hichman (Wyo. 1985) 709 P.2d 407, 411* ....................................................................... 9
*Granada Bank v. Lester, 126 Miss. 442, 444, 89 So. 2, 3 (1921)* .................................................. 12
*HAE WON LEE vs. BANK OF AMERICA, 218 Cal.App.3d 914 (1990)* ........................................ 8
*Happy Cattle Feeders v. First Nat. Bank (Tex. Ct. App. 1981) 618 S.W.2d 424, 427* .................... 9
*In re Cedar Const. Co. (Bankr.W.D.Mich. 1986) 63 B.R. 228, 238 [bankruptcy court applying Michigan law]* .............................................................................................................................. 9
*Keeton v. Bank of Red Bay (Ala. 1985) 466 So.2d 937, 940* .......................................................... 9
*Kruse v. Bank of America (1988) 202 Cal. App.3d 38, 57-58 [248 Cal. Rptr. 217] [1st. Dist., Div. 1]* . 8
*Lorick v. Palmetto Bank & Trust Co., 74 S.C. 185, 187, 54 S.E. 206, 206 (1906)* ........................ 12
*Loucks v. Albuquerque National Bank, 76 N.M. 735, 3 U.D.C.Rep. 709, 418 P.2d 191 (1966)* ...... 5
*Marcum v. Security Trust & Savings Co., 221 Ala. 419, 129 So. 74 (1930)* ................................ 14
*Noonan v. First Bank Butte (1987) 227 Mont. 329 [740 P.2d 631, 634]* ........................................ 9
*Patterson v. Marine Nat'l Bank, 130 Pa. 419, 18 A. 632 (1889)* .................................................. 12
*Peabody v. Citizens' State Bank, 98 Minn. 302, 108 N.W. 272 (1906)* ........................................ 12
*Price v. Wells Fargo Bank (1989) 213 Cal. App.3d 465 [261 Cal. Rptr. 735]* ................................ 9
*Rogoff v. Grabowski (1988) 200 Cal. App.3d 624, 631 [246 Cal. Rptr. 185]* .................................. 9
*Rolin v. Steward, 139 Eng. Rep. 245, 250 (1854)* ......................................................................... 12
*Sanchez-Corea v. Bank of America (1985) 38 Cal.3d 892, 897, 910 [215 Cal. Rptr. 679, 701 P.2d 826]* ............................................................................................................................................ 8
*Sawyer v. Bank of America (1978) 83 Cal. App.3d 135, 139 [145 Cal. Rptr. 623] [1st Dist., Div. 4]* ... 9
*Schaffner v. Ehrman, 139 Ill1.0 9, 28 N.E. 917 (1891)* ................................................................. 14
*Thomas v. American Trust Co., 208 N.C. 653, 182 S.E. 136 (1935)* ............................................ 13

*Touche Ross Ltd. v. Filipek (Hawaii Ct. App. 1989) 778 P.2d 721, 730* .................................................. 9
*v. Industrial Bank of Commerce, 200 Misc. 406, 107 N.Y.S.2d 264 (Sup. Ct. 1951)* ........................... 14
*Valley National Bank v. Witter, the Supreme Court of Arizona* ............................................................ 13
*Valley Nat'l Bank v. Witter, 58 Ariz. 491, 500-02, 121 P.2d 414, 418-19 (1942)* .................................. 12
*Waggoner v. Bank of Bernie, 220 Mo. App. 165, 281 S.W. 130 (1926)* ................................................. 14
*Wallis v. Superior Court (1984) 160 Cal. App.3d 1109, 1118 [207 Cal. Rptr. 123* ................................ 9
*Washburn v. Union Nat. Bank and Trust Co. (1986) 151 Ill. App. 3d 211 [502 N.E.2d 739, 743]* ........ 9
*Weaver v. Bank of America Nat'l Trust & Say. Ass'n, 59 Cal. 2d 428, 380 P.2d 644, 30 Cal. Rptr. 4 (1963)* ........................................................................................................................................... 14
*Wheeler v.Bank of Edenton, 209 N.C. 258, 183 S.E. 269 (1936)* .......................................................... 13
*Wiley v. Bunker Hill Nat'l Bank, 183 Mass. 495, 496, 67 N.E. 655, 656 (1903)* .................................. 13
*Wood v. American Nat'l Bank, 100 Va. 306,40 S.E. 931, 934 (1902)* ................................................... 14
*Woody v. Nat'l Bank, 194 N.C. 549, 554, 140 S.E. 150, 153 (1927)* ..................................................... 12

### *Legal Refences:*

*Boston College Law Review; Volume 9; Issue 4 Number 4 Article 5; 7-1-1968)* ..................................... 6
*C. MCCORMICK, DAMAGES § 81 (1935)* ................................................................................................ 14
*C. MORRIS, TORTS 48 (1953)* .................................................................................................................. 14
*F. BOHLEN, STUDIES IN THE LAW OF TORTS 2-7 (1926)* .................................................................... 14
*F. HARPER & F. JAMES, LAW OF TORTS § 25.1 (1956)* ........................................................................ 14
*Modern Commercial Paper:The New Law Of Negotiable Instruments:American Casebook Series, 1994, page 330* ........................................................................................................................... 6

### *Statutes*

*18 USC § 1005* ........................................................................................................................................ 16
*18 USC § 1341* ........................................................................................................................................ 16
*18 USC § 1344* ........................................................................................................................................ 16
*18 USC § 1346* ........................................................................................................................................ 16
*18 USC § 656* .......................................................................................................................................... 16
*28 U.S.C. §1391(b) (2)* ............................................................................................................................. 5
*28 USC §§1331, 1343* ............................................................................................................................... 5

### *Rules*

*UCC 4-213(2)* ............................................................................................................................................ 7

### *Regulations*

*12 CFR § 229.33* ....................................................................................................................................... 7
*12 CFR §210.9* .......................................................................................................................................... 6