UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel: 404-704-0898
peterpapoulias@hotmail.com

| | |
|---|---|
| JAMES A WILLIAMS TRUST | CERTIFICATE OF INTERESTED PERSONS |
| Plaintiff, | |
| v. | Court case # 1-13-CV-1956 |
| FIFTH THIRD BANK, et al; | |
| Defendant(s), | |

**CERTIFICATE of INTERESTED PERSONS and CORPORATE DISCLOSURE STATEMENT**

*(1)* The undersigned certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Plaintiff, JAMES A WILLIAMS TRUST; Defendant(s), FIFTH THIRD BANK, et al.

*(2)* The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: James Williams, Owner/Beneficiary for Plaintiff and Peter Papoulias, Trustee/Account Administrator for JAMES A WILLIAMS TRUST,

Submitted this 12 day of June, 2013.

JAMES A WILLIAMS TRUST
_____
Peter Papoulias, Trustee/Account Administrator

JAMES A WILLIAMS TRUST
_____
James Williams, Owner/Beneficiary

June 07, 2013

i