# CERTIFICATE OF SERVICE

1:13 -cv- 1956 - ODE

I certify that the service of the Complaint and Memorandum, section B, and all exhibits were sent on June 13, 2013 by USPS PRIORITY MAIL #**420 30326 9405 5036 9930 0461 5372 67** to Jermain L. Pettis, Vice President Business Banking at the address listed below.

Jermain L. Pettis
Vice President - Business Banking
Fifth Third Bank - Buckhead
Sovereign Building
3344 Peachtree Rd. - Suite 800
Mail Drop X46306
Atlanta, GA 30326
Phone: 404.279.4567

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**JUN 14 2013**

JAMES N. HATTEN, Clerk
By:
                Deputy Clerk

JAMES A WILLIAMS TRUST

By: _____
Peter Papoulias, Trustee/Account Administrator
Telephone: 404-704-0898
peterpapoulias@hotmail.com

June 13, 2013

