FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 2 4 2013

James N. Hatten, Clerk
By: /s/ AmC
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES A. WILLIAMS TRUST,

    Plaintiff

v.

FIFTH THIRD BANK, P. BRIAN, MOORE, *representative*, JERMAIN L. PETTIS, *representative*, KIMBERLY R. LOVE, *representative*, TROY SMITH, *representative*, ADAM HIPPLE, *representative*, and DAQUITA IRONS, *representative*,

    Defendants

CIVIL ACTION NO.
1:13-CV-1956-ODE

<u>ORDER</u>

    This case is before the Court on pro se[1] Plaintiff James A. Williams Trust's Motion for an Immediate Order of Relief [Doc. 4]. The instant motion was filed on June 17, 2013, in which Plaintiff appears to be arguing that Defendants, "having failed to provide a valid response . . . are now in default." [Doc. 4 at 2].

    However, it does not appear that Plaintiff ever properly served Defendants in this case. Although Plaintiff filed a certificate of service [Doc. 3], the certificate indicates the complaint was simply mailed to Defendant Jermain L. Pettis. No

---

[1] The Court notes that Plaintiff appears to be a trust and is currently proceeding without an attorney. Trusts are not allowed to proceed pro se and must be represented by an attorney to maintain a suit in this Court. <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381, 1385 (11th Cir. 1985) ("[A] corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel."); <u>In re Darren Buckner Living Trust</u>, No. 12-70036-MHM, 2012 WL 5334749, at *1 (Bankr. N.D. Ga. Oct. 5, 2012) ("Additionally, a trust must be represented in this court by a licensed attorney.").

summons was served on Defendants.  This effort does not comply with Rule 4 of the Federal Rules of Civil Procedure.

Since service has not been properly made, Plaintiff's motion [Doc. 4] is DENIED.

SO ORDERED, this ___24___ day of June, 2013.

                                        ORINDA D. EVANS
                                        UNITED STATES DISTRICT JUDGE