DOCUMENT #6, NOTICE OF MOTION FOR RELIEF FROM AN ORDER, JAMES A WILLIAMS TRUST, 06/26/2013

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL - 5 2013

JAMES N. HATTEN, CLERK
By: J. Brannon, Deputy Clerk

| | |
|---|---|
| JAMES A WILLIAMS TRUST | NOTICE OF MOTION FOR RELIEF FROM AN ORDER |
| Plaintiff, | |
| | Case Number: 1:13-CV-01956 |
| v. | |
| | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; | |
| | June 26, 2013 |
| Defendant(s), | |

**NOTICE OF MOTION FOR RELIEF FROM AN ORDER**

TO ALL INTEREST PARTIES PLEASE TAKE NOTICE:

In the above entitled court, that, on June 26, 2013, or as soon thereafter, in the chambers of Judge Orinda D. Evans located at the Richard B. Russell Federal Building and Courthouse 75 Spring Street, SW; Atlanta, GA 30303-3361; PETER PAPOULIAS, the Trustee and Account Administrator for JAMES A WILLIAMS TRUST, Plaintiff, will, and hereby does move for a motion for relief from an order.

JAMES A WILLIAMS TRUST
BY: [signature], TTEE
Peter Papoulias, Trustee/Account Administrator

[signature]
James Williams, Owner/Beneficiary

June 26, 2013

# CERTIFICATE OF SERVICE

I, Peter Papoulias, am over the age of 21 and competent to state the following:

The service of the Following items regarding Civil Action No. **1:13-CV-1956-ODE**:

1. Summons In A Civil Action;
2. Notice Of Motion For Relief From An Order;
3. Motion For Relief From An Order;
4. Affidavit In Support Of A Motion For Relief From An Order
5. Exhibits "U" and "V";
6. Instructions Regarding Pretrial Proceedings.

Items 1 through 6 above were sent on July 3, 2013 by way of USPS Priority Mail#**420 30326 9405 5036 9930 0483 0178 53** to the following party at the address listed below.

**FIFTH-THRID BANK** through

Jermain L. Pettis, Vice President – Business Banking

FIFTH-THIRD BANK - BUCKHEAD

Sovereign Building

3344 Peachtree Rd.

Suite 800

Mail Drop X46306

Atlanta, Georgia

30326

I certify under penalty of perjury that the foregoing is true, correct and complete.

Executed on July 3, 2013

For the JAMES A WILLIAMS TRUST

By: _____, TTEE

PETER T PAPOULIAS,

Trustee/Account Administrator

Telephone: 404-953-0977

peterpapoulias@hotmail.com