Document #7 MOTION FOR RELIEF FROM AN ORDER, JAMES A WILLIAMS TRUST, 06/26/2013

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL - 5 2013

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| JAMES A WILLIAMS TRUST ) | MOTION FOR RELIEF |
| ) | FROM AN ORDER |
| Plaintiff, ) | |
| ) | **Case Number: 1:13-CV-01956** |
| v. ) | |
| ) | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; ) | |
| ) | June 26, 2013 |
| Defendant(s), ) | |

## MOTION FOR RELIEF FROM AN ORDER

Comes now plaintiff James Williams, real party in interest and owner/beneficiary for the Fifth Third Bank account #7460552230 and #7460471248 in the name JAMES A WILLIAMS TRUST and moves the above entitled court for relief from an order.

This motion is being made pursuant to Federal Rules of Civil Procedure, Rule 60 (b): Mistakes; Inadvertence; Excusable Neglect.

The attached "Affidavit in Support of a Motion for Relief from an Order" document #8 is incorporated by reference as though fully stated herein.

1

Document #7 MOTION FOR RELIEF FROM AN ORDER, JAMES A WILLIAMS TRUST, 06/26/2013

Respectfully submitted,

JAMES A WILLIAMS TRUST

BY: Pt R.B, TTEE
Peter Papoulias, Trustee/Account Administrator

James Williams, Owner/Beneficiary

June 26, 2013        **Seal/**