Doc. #11, Motion for Entry of Default, JAMES A WILLIAMS TRUST, 08/02/2013

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG - 6 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JAMES A WILLIAMS TRUST | MOTION FOR ENTRY OF DEFAULT |
| Plaintiff, | |
| | **Case Number: 1:13-CV-01956** |
| v. | |
| | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; | |
| | August 02, 2013 |
| Defendant(s), | |

**Motion for Entry of Default:**

Plaintiff(s) JAMES A WILLIAMS TRUST requests that the clerk of court enter default against defendant(s) FIFTH THIRD BANK, et al; pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 2nd day of August, 2013.

JAMES A WILLIAMS TRUST

By: _____
James Williams, Owner/Beneficiary



Seal/

Doc. #12, Affidavit in Support of a Motion for Entry of Default, JAMES A WILLIAMS TRUST, 08/02/2013

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG - 6 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JAMES A WILLIAMS TRUST | AFFIDAVIT IN SUPPORT OF A MOTION FOR ENTRY OF DEFAULT |
| Plaintiff, | |
| v. | Case Number: 1:13-CV-01956 |
| FIFTH THIRD BANK, et al; | JUDGE ORINDA D. EVANS |
| Defendant(s), | 08/02/2013 |

**Affidavit in Support of a Motion for Entry of Default:**

I, James Williams, being duly sworn, state as follows:

1. I am the owner/beneficiary for JAMES A WILLIAMS TRUST in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on July 05, 2013.

3. Defendant(s) were served with a copy of the summons and complaint on July 05, 2013 (USPS priority mail tracking number 420 30326 9405 5036 9930 0483 0178 53), as reflected on the docket sheet by the proof of service filed on July 05, 2013.

4. An answer to the complaint was due on July 26, 2013 (within 21 days after service).

1

Doc. #12, Affidavit in Support of a Motion for Entry of Default, JAMES A WILLIAMS TRUST, 08/02/2013

5. Defendant(s) has (have) failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

6. Plaintiff requests that the clerk of court enter default against the defendant(s).

_____
James Williams, owner/beneficiary for
JAMES A WILLIAMS TRUST

Sworn to and subscribed before me this 2ND day of August, 2013.

_____
Notary Public
My Commission Expires: __N/A__

Leslie Karen Paguandas
Barrister & Solicitor
Notary Public and Commissioner of Oaths
in and for the Province of Ontario.
My commission is of unlimited duration
No legal advice given.

**Red Seal Notary Inc.**
777 Bay Street, Unit M207-B
Toronto, Ontario M5G 2C8
(416) 640-2648

2

Doc. #13, Entry of Default, JAMES A WILLIAMS TRUST, 08/02/2013

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

| | |
|---|---|
| JAMES A WILLIAMS TRUST ) | ENTRY OF DEFAULT |
| ) | |
| Plaintiff, ) | |
| ) | **Case Number: 1:13-CV-01956** |
| v. ) | |
| ) | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; ) | |
| ) | August 02, 2013 |
| ) | |
| Defendant(s), ) | |

**ENTRY OF DEFAULT:**

   Plaintiff JAMES A WILLIAMS TRUST requests that the clerk of court enter default against defendant(s), FIFTH THIRD BANK, et al.; pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant(s) have failed to appear, plead or otherwise defend, the default of defendant(s) FIFTH THIRD BANK, et al. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2013.

_____
James Hatten, Clerk of Court

# CERTIFICATE OF SERVICE

I certify that the service of the following:

1. Motion for Entry of Default
2. Affidavit in Support of a Motion for Default
3. Entry of Default

Items 1 through 3 above were sent on August 5, 2013 by way of USPS Priority Mail#**9405 5036 9930 0016 7429 86** to the following party at the address listed below.

**FIFTH-THRID BANK** through
Jermain L. Pettis, Vice President – Business Banking
FIFTH-THIRD BANK - BUCKHEAD
Sovereign Building
3344 Peachtree Rd.
Suite 800
Mail Drop X46306
Atlanta, Georgia
30326

I certify under penalty of perjury that the foregoing is true correct and complete.

Executed on August 5, 2013

For the JAMES A WILLIAMS TRUST

By: _____, TTEE
PETER T PAPOULIAS,
Trustee/Account Administrator
Telephone: 404-953-0977
peterpapoulias@hotmail.com

