Doc. #14, Motion for Entry of Default Judgment, JAMES A WILLIAMS TRUST, 08/12/2013

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 14 2013

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| JAMES A WILLIAMS TRUST ) | MOTION FOR ENTRY |
|  ) | OF DEFAULT JUDGMENT |
| Plaintiff, ) |  |
|  ) | **Case Number: 1:13-CV-01956** |
| v. ) |  |
|  ) | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; ) |  |
|  ) | August 13, 2013 |
| Defendant(s), ) |  |

**Motion for Entry of Default Judgment:**

Plaintiff JAMES A WILLIAMS TRUST requests that entry of judgment by default be entered against defendant(s) FIFTH THIRD BANK, et al.; pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

BY: [signature], TTEE
Peter Papoulias, Trustee
For JAMES A WILLIAMS TRUST
Tel: 404-704-0898

August 13, 2013

Seal/ 

Doc. #15, Affidavit in Support of a Motion for Entry of Def. Judgment, JAMES A WILLIAMS TRUST, 08/12/2013

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

| | |
|---|---|
| JAMES A WILLIAMS TRUST | AFFIDAVIT IN SUPPORT OF A MOTION FOR ENTRY OF DEFAULT JUDGMENT |
| Plaintiff, | Case Number: 1:13-CV-01956 |
| v. | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; | August 13, 2013 |
| Defendant(s), | |

**Affidavit in Support of a Motion for Entry of Default Judgment:**

I, Peter Papoulias, being duly sworn, state as follows:

1. I am the Trustee for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were served upon the defendant(s) on July 05, 2013.

3. An answer to the complaint was due on July 27, 2013. No response was served within the time allowed by law nor has the defendant(s) sought additional time within which to respond.

4. The motion for entry of default of the defendant(s) was delivered to the court on August 06, 2013 and entered on the record on August 08, 2013.

Doc. #15, Affidavit in Support of a Motion for Entry of Def. Judgment, JAMES A WILLIAMS TRUST, 08/12/2013

5. As required by the Service members Civil Relief Act of 2003, I have confirmed that the defendant(s) are not currently in active military service.

6. To my best information and belief, defendant(s) are not an infant or incompetent person.

7. The claim of the plaintiff(s) is for:

i) $214,000.00 USD representing the total amount that was unlawfully and wrongfully debited from the Plaintiffs' business checking account #7460552230 by the defendant(s). (See First Cause of Action from the complaint filed into the record on July 05, 2013);

ii) Three-fold the compensatory damages found in the First Cause of Action; $214,000.00 x 3 = $642,000.00 USD. Support for this penalty calculation can be found in 18 USC 1964: (c) "Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit,…"; plus

iii) $304,000.00 representing the Plaintiffs' loss of revenue (as of May 29, 2013) due to the criminal actions and interference in interstate commerce. (See Second Cause of Action from the complaint filed into the record on July 05, 2013).

**Total Sum Certain = $946,000.00 USD.**

I certify under penalty of perjury that the foregoing is true correct and complete. Executed on August 13, 2013

BY: 

Peter Papoulias, Trustee for
JAMES A WILLIAMS TRUST
Tel:404-704-0898
Cell: 404-953-0977

Seal/

2

Doc. #16, Default Judgment, JAMES A WILLIAMS TRUST, 08/12/2013

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

| | |
|---|---|
| JAMES A WILLIAMS TRUST | DEFAULT JUDGMENT |
| Plaintiff, | |
| | Case Number: 1:13-CV-01956 |
| v. | |
| | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; | |
| | August 13, 2013 |
| Defendant(s), | |

## DEFAULT JUDGMENT

The defendant(s), FIFTH THIRD BANK, et al; having failed to appear, plead or otherwise defend in this action, and default having been entered on _____, and the plaintiff having requested judgment against the defaulted defendant(s) and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff JAMES A WILLIAMS TRUST and against defendant(s) FIFTH THIRD BANK, et al; as follows:

**Total Sum Certain = $946,000.00 USD** Nine hundred forty-six thousand dollars.

33  First Cause of Action: $214,000.00 USD representing the total amount that was
34  unlawfully and wrongfully debited from the Plaintiffs' business checking account
35  #7460552230 by the defendant(s); plus

36  Second Cause of Action: Three-fold the compensatory damages found in the First
37  Cause of Action; $214,000.00 x 3 = $642,000.00 USD. Support for this penalty
38  calculation can be found in 18 USC 1964: (c) "Any person injured in his business or
39  property by reason of a violation of section 1962 of this chapter may sue therefor in any
40  appropriate United States district court and shall recover threefold the damages he
41  sustains and the cost of the suit,…"; plus

42  Second Cause of Action: $304,000.00 representing the Plaintiffs' loss of revenue (as of
43  May 29, 2013) due to the criminal actions and interference in interstate commerce.

44  Plus interest on the judgment at the legal rate until the judgment is satisfied and
45  U.S. Marshal costs if a Writ of Execution is necessitated.

46  Dated this _____ day of _____, 2013.

50  James Hatten, Clerk of Court

# CERTIFICATE OF SERVICE

I certify that the service of the following:

1. Motion for Entry of Default Judgment
2. Affidavit in Support of a Motion for Entry of Default Judgment
3. Default Judgment

Items 1 through 3 above were sent on August 13, 2013 by way of USPS Priority Mail#**9405 5036 9930 0026 0224 43** to the following party at the address listed below.

**FIFTH-THRID BANK** through

Jermain L. Pettis, Vice President – Business Banking

FIFTH-THIRD BANK - BUCKHEAD

Sovereign Building

3344 Peachtree Rd.

Suite 800

Mail Drop X46306

Atlanta, Georgia

30326

I certify under penalty of perjury that the foregoing is true correct and complete.

Executed on August 13, 2013

For the JAMES A WILLIAMS TRUST

By: _____
PETER T PAPOULIAS,
Trustee/Account Administrator
Telephone: 404-953-0977
peterpapoulias@hotmail.com

