AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-01956-ODE

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

SEP 25 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* FIFTH THIRD BANK
was received by me on *(date)* 9/23/13.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALISHA SMITH, who is designated by law to accept service of process on behalf of *(name of organization)* FIFTH THIRD BANK on *(date)* 9/24/13 @ 11:00 AM.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/24/13

*Server's signature*

JOSH SWANSON
*Printed name and title*

8600 OLD ALABAMA RD, STE. 119-200
ALPHARETTA, GA 30022
*Server's address*

Additional information regarding attempted service, etc:

CLIENT REF.:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---

JAMES A. WILLIAMS TRUST

                          Plaintiff(s),

vs.

FIFTH THIRD BANK, ET AL.

                          Defendant(s).

---

Case Number: 1:13-CV-1956

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

**SEP 2 5 2013**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Josh Swanson, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Georgia.

That on **9/24/2013** at **11:00 AM.**, at **40 TECHNOLOGY PKWY SOUTH 300, Norcross, GA 30092** Deponent served the within **Summons and Complaint, Certificate of Interested Parties, Complaint and Memorandum in Support of an Immediate Order for Relief, Civil Cover Sheet, Exhibits**
On **FIFTH THIRD BANK**

A corporation by delivering thereat a true copy of each to **Alisha Smith** personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be  thereof.

**DESCRIPTION:**
Gender: Female Race/Skin: Black Age: 22 - 35 Yrs. Weight: 131-160 Lbs. Height: 5' 9" - 6' 0" Hair: Black Other:

X _____
JOSH SWANSON
Job # **131020**



PHOENIX LEGAL INC. 3000 OLD ALABAMA RD, SUITE 119-200 ALPHARETTA, GA 30022

## SECTION 'A'                                                                                              page

**TABLE OF CONTENTS:**

| | | |
|---|---|---|
| 1. | CERTIFICATE OF INTERESTED PERSONS.................................................................. | *i* |
| 2. | COMPLAINT AND MEMORANDUM IN SUPPORT-IMMEDIATE ORDER FOR RELIEF | *1* |
| 3. | EXHIBIT #2: LETTER FROM FIFTH THIRD BANK................................................... | *17* |
| 4. | EXHIBIT #3: ACCOUNT STATEMENT SHOWING POSTING OF $4500...................... | *18* |
| 5. | EXHIBIT #4: FRB File Deposit Acknowledgement Report for $58,500............................ | *19* |
| 6. | EXHIBIT #5: BOSTON COLLEGE LAW REVIEW...................................................... | *21* |
| 7. | EXHIBIT #7: EXPLANATION REGARDING FRAUDULENT "IRD" ITEMS...................... | *23* |
| 8. | EXHIBIT #8: FRAUDULENT "IRD" ITEMS................................................................ | *28* |
| 9. | EXHIBIT #9: Steps needed to print an "ird" from a return image cash letter.................... | *52* |
| 10. | EXHIBIT #10: ECCHO STATISTIC SHOWING # OF IMAGES PROCESSED/DAY.......... | *60* |
| 11. | EXHIBIT #11: ECCHO STATISTIC SHOWING # OF IMAGES RETURNED/DAY............ | *61* |
| 12. | EXHIBIT #12: 2010 FEDERAL RESERVE PAYMENTS STUDY........................................ | *62* |
| 13. | EXHIBIT #13: EXAMPLE OF AN "IRD" ITEM PRINTED FROM AN "ICL"...................... | *64* |
| 14. | EXHIBIT #14: 2012 AND 2013 CALL REPORTS FILED BY FIFTH THIRD BANK........... | *71* |
| 15. | EXHBIIT #15: PROPER USE OF RETURN CODES IN IMAGE EXCHANGE...................... | *74* |
| 16. | EXHIBIT #16: FRB CHECK PLATFORM MODERNIZATION PUBLICATION.................. | *80* |
| 17. | EXHIBIT #17: 2013 FEDFORWARD ENDPOINT TIERS LISTING................................ | *81* |
| 18. | EXHIBIT #18: LETTER FROM BANK OF MONTREAL.............................................. | *82* |
| 19. | EXHIBIT #19: BANK ACCOUNT STATEMENT FOR #7460471248................................. | *83* |
| 20. | EXHIBIT #20: PROOF OF DELIVERY FOR EXHIBIT #1............................................. | *84* |
| 21. | EXHIBIT #21: DEPOSIT REPORTING FRAUD........................................................... | *88* |
| 22. | EXHIBIT #22: Bank account statement showing deposit reporting fraud...................... | *89* |
| 23. | EXHIBIT #23: Bank account statements showing additional deposit reporting fraud.... | *90* |

## SECTION 'B'

| | | |
|---|---|---|
| 1. | **EXHIBIT #1:** "A Special Action for Remedy Ex Necessitate Legis for Commercial Injury, Ultra Vires Acts, Criminal Conversion, Fraudulent Mis-representation" including Exhibits 'A' – 'T'; 70 pages in length; **Issued on May 16, 2013** ............................. | *B1* |
| 2. | CERTIFICATE OF SERVICE........................................................................... | *B71* |
| 3. | Proof of Delivery by Registered Mail; Ohio office and Atlanta office ..................... | *B72* |
| 4. | COPY OF EMAIL CORRESPONDENCE WARNING OF PENDING JUDICIAL ACTION... | *B76* |
| 5. | Notice of Default Judgment and Irrevocable Estoppel by Acquiescence.................... | *B82* |
| 6. | Invoice from CheckAlt for the creation and depositing of 25 image cash letters........... | *B83* |