# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES A. WILLIAMS TRUST,

    Plaintiff,

vs.

FIFTH THIRD BANK, P. BRIAN MOORE, *representative*, JERMAIN L. PETTIS, *representative*, KIMBERLY R. LOVE, *representative*, TROY SMITH, *representative*, ADAM HIPPLE, *representative*, and DAQUITA IRONS, *representative*,

    Defendants.
_____/

CIVIL ACTION NO.
1:13-CV-1956-ODE

## DECLARATION OF JERMAIN L. PETTIS

Jermain L. Pettis declares and states as follows:

1. I am a resident of the State of Georgia, over the age of majority, and suffer from no legal disabilities.

2. I am a Vice-President for Business Banking for Fifth Third Bank, an Ohio banking corporation ("Fifth Third") at one of its Atlanta branches.

3. I have personal knowledge of the following facts.

4. In late June of 2013, I received a certified mail package containing a complaint filed by Plaintiff James A. Williams Trust (the "Trust") against me and

28253456.3

other defendants in a case filed in the U.S. District Court for the Northern District of Georgia, Atlanta Division, and bearing case number 1:13-CV-1956-ODE.

5. On September 23, 2013, I received notice that the Plaintiff Trust had attempted to serve me at 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092, which is neither my home address nor my business address. That address is the office of CSC, which is the registered agent for Fifth Third.

6. The package purportedly served upon me at the offices of CSC contained the Summons and the Complaint. A true and correct copy of the Summons I received is attached as **Exhibit 1**.

7. Other than the purported service by certified mail in June and the attempt to personally serve me at the offices of CSC, I have not been served with the Summons or the Complaint.

8. I have not been served with the Summons or the Complaint at my home or my usual place of abode.

9. Nobody who lives with me at my home has been served with the Summons or Complaint.

10. I do not know Alisha Smith, the individual identified in Plaintiff Trust's Proof of Service.

28253456.3

11. Alisha Smith is neither my agent, is she affiliated with me in any way, nor is she authorized to accept service of process on my behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of October, 2013.

JERMAIN L. PETTIS

# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| JAMES A WILLIAMS TRUST <br><br> *Plaintiff(s)* <br> v. <br> FIFTH THIRD BANK, et al; <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13-CV-1956-ODE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jermain L. Pettis, Vice President - Business Banking
Fifth Third Bank - Buckhead
Sovereign Building
3344 Peachtree Rd. - Suite 800
Mail Drop X46306
Atlanta, GA 30326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMES A WILLIAMS TRUST
c/o PETER T PAPOULIAS, TTEE
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: JUL 0 1 2013

_____
*Signature of Clerk or Deputy Clerk*