Doc. #16, AFFIDAVIT IN SUPPORT OF Rule 12(f) and Rule 56, JAMES A WILLIAMS TRUST, 10/22/2013

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 29 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JAMES A WILLIAMS TRUST <br><br> Plaintiff, <br><br> v. <br><br> FIFTH THIRD BANK, et al; <br><br> Defendant(s), | AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AND ENTRY OF JUDGMENT <br> **Case Number: 1:13-CV-01956** <br><br> JUDGE ORINDA D. EVANS <br><br> October 22, 2013 |

**AFFIDAVIT IN SUPPORT OF ENTRY OF JUDGMENT AND PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

1.   I am James Williams. I am the owner and real party in interest for JAMES A WILLIAMS TRUST. I have personal knowledge of the following facts and am competent to testify as to the truth of these facts if called as a witness.

2.   This affidavit is being presented to the court in support of Plaintiffs' opposition to Defendant's "Motion to Dismiss" filed on October 15, 2013 and Plaintiffs' demand for entry of judgment.

3.   I have been continuously and intimately involved in this case at all times. Since

there is no legal distinction between myself and the business, my interests have been identical to those of JAMES A WILLIAMS TRUST. I have been injured by the activities of the other parties in this case. In substance, there are no differences among the interests of JAMES A WILLIAMS TRUST and those of myself.

**Commercial Affidavit, 28 USC 1746:**

I, James Williams, affiant, real party in interest and owner/beneficiary for JAMES A WILLIAMS TRUST do hereby certify and affirm under penalty of perjury under the laws of the United States of America and on my full commercial liability, that I have read the attached Memorandum In Opposition to Defendant's Motion To Dismiss And Demand For Entry Of Judgment foregoing and know the content thereof, and that, to the best of my knowledge, understanding, and belief, it is true, correct, complete, not misleading, and is the truth, the whole truth, and nothing but the truth.

_____
James Williams, affiant, real party in interest for
JAMES A WILLIAMS TRUST

October 22, 2013

**Seal/** 

2