Doc. #16, AFFIDAVIT IN SUPPORT OF Rule 12(f) and Rule 56, JAMES A WILLIAMS TRUST, 10/22/2013

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 29 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JAMES A WILLIAMS TRUST | AFFIDAVIT IN SUPPORT OF |
| Plaintiff, | PLAINTIFFS' MOTION TO STRIKE |
| | AND ENTRY OF JUDGMENT |
| | **Case Number: 1:13-CV-01956** |
| v. | |
| | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; | |
| | October 22, 2013 |
| Defendant(s), | |

## AFFIDAVIT IN SUPPORT OF ENTRY OF JUDGMENT AND PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1.   I am James Williams. I am the owner and real party in interest for JAMES A WILLIAMS TRUST. I have personal knowledge of the following facts and am competent to testify as to the truth of these facts if called as a witness.

2.   This affidavit is being presented to the court in support of Plaintiffs' opposition to Defendant's "Motion to Dismiss" filed on October 15, 2013 and Plaintiffs' demand for entry of judgment.

3.   I have been continuously and intimately involved in this case at all times. Since

35 there is no legal distinction between myself and the business, my interests have been
36 identical to those of JAMES A WILLIAMS TRUST. I have been injured by the
37 activities of the other parties in this case. In substance, there are no differences among
38 the interests of JAMES A WILLIAMS TRUST and those of myself.

39 **Commercial Affidavit, 28 USC 1746:**

40     I, James Williams, affiant, real party in interest and owner/beneficiary for JAMES
41 A WILLIAMS TRUST do hereby certify and affirm under penalty of perjury under the
42 laws of the United States of America and on my full commercial liability, that I have
43 read the attached Memorandum In Opposition to Defendant's Motion To Dismiss And
44 Demand For Entry Of Judgment foregoing and know the content thereof, and that, to the
45 best of my knowledge, understanding, and belief, it is true, correct, complete, not
46 misleading, and is the truth, the whole truth, and nothing but the truth.

47
48                                        _____
49                            James Williams, affiant, real party in interest for
50                                   JAMES A WILLIAMS TRUST
51
52 October 22, 2013
53                                                  **Seal/**
54
55

