UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

JAMES A WILLIAMS TRUST
c/o Trustee PETER PAPOULIAS
4175 Breckenridge Court
Alpharetta, Georgia 30005
Tel:404-704-0898
peterpapoulias@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC - 3 2013

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| JAMES A WILLIAMS TRUST | ) | MOTION FOR RECONSIDERATION |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case Number: 1:13-CV-01956** |
| v. | ) | |
| | ) | JUDGE ORINDA D. EVANS |
| FIFTH THIRD BANK, et al; | ) | |
| | ) | December 02, 2013 |
| Defendant(s), | ) | |

**PLAINTIFFS' MOTION FOR RECONSIDERATION**

COMES NOW, Plaintiff JAMES A WILLIAMS TRUST and pursuant to Local Rule 7.2 E of the United States District Court Northern District Georgia; and hereby moves for reconsideration of the Court's November 26, 2013 order directing the Plaintiff to retain counsel and directing the Plaintiff to serve the summons and complaint listed FIFTH THIRD BANK employees in their personal capacity.

In support of this Motion, Plaintiff refers this Court to its memorandum in support thereof, filed simultaneously herewith.

WHEREFORE, for the reasons stated in the accompanying memorandum of law in support of this Motion Plaintiff respectfully requests this Court to: (1) GRANT Plaintiffs' Motion for Reconsideration; (2) VACATE this Court's November 26, 2013

1

order (Doc. #19); and (3) GRANT Plaintiffs' Motion for Summary Judgment (Doc. #16).

This 2nd day of December, 2013.

                                  James Williams, real party in interest and owner of
                                            JAMES A WILLIAMS TRUST

# CERTIFICATE OF SERVICE

*I certify that the following:*

1) *Plaintiff's Motion For Reconsideration;*
2) *Plaintiff's Memorandum In Support Of Plaintiff's Motion For Reconsideration;*
3) *Exhibit '21A' – Memorandum of Decision and Order;*
4) *Exhibit '21B' – Plaintiff's Civil Cover Sheet;*
5) *Exhibit '21C' – Plaintiff's Summons;*
6) *Exhibit '21D' – Order for Civil Action 7:13-CV-8(HL).*

*was sent on December 2, 2013 by USPS Priority Mail #**9405 5036 9930 0141 9100 07** to Francisco Xavier Balderas, Carlton Fields, PA- Atlanta, Attorney to be noticed at the address listed below.*

**Francisco Xavier Balderas**
*Carlton Fields, PA - Atlanta*
*One Atlantic Center, Suite 3000*
*1201 W. Peachtree St.*
*Atlanta, GA 30309*

JAMES A WILLIAMS TRUST

By: _____
Peter Papoulias, Trustee/Account Administrator
Telephone: 404-704-0898
peterpapoulias@hotmail.com

*December 2, 2013*