Case 1:13-cv-01956-ODE Document 20-4 Filed 12/03/13 Page 1 of 3
Case 1:13-cv-01956-ODE Document 14-1 Filed 10/15/13 Page 6 of 6
Case 1:13-cv-01956-ODE Document 6 Filed 07/01/13 Page 1 of 1

EXHIBIT 21C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| JAMES A WILLIAMS TRUST <br><br> *Plaintiff(s)* <br> v. <br> FIFTH THIRD BANK, et al; <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:13-CV-1956-ODE |

ITEM #1

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jermain L. Pettis, Vice President – Business Banking
Fifth Third Bank - Buckhead
Sovereign Building
3344 Peachtree Rd. – Suite 800
Mail Drop X46306
Atlanta, GA 30326

ITEM #2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES A WILLIAMS TRUST
c/o PETER T PAPOULIAS, TTEE
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: JUL 0 1 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-01956-ODE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FIFTH THIRD BANK
was received by me on *(date)* 9/23/13 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

**ITEM #3**

☐ I served the summons on *(name of individual)* ALISHA SMITH , who is
designated by law to accept service of process on behalf of *(name of organization)* FIFTH THIRD BANK
on *(date)* 9/24/13 @ 11:00 AM.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/24/13

_____
Server's signature

JOSH SWANSON
Printed name and title

8600 OLD ALABAMA RD, STE. 119-200
ALPHARETTA, GA 30022
Server's address

Additional information regarding attempted service, etc:

CLIENT REF.:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

-----------------------------------------------------------------------

JAMES A. WILLIAMS TRUST

                              Plaintiff(s),

vs.

FIFTH THIRD BANK, ET AL.

                              Defendant(s).

-----------------------------------------------------------------------

Case Number: 1:13-CV-1956

**ITEM #4**

Josh Swanson, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Georgia.

That on 9/24/2013 at 11:00 AM., at **40 TECHNOLOGY PKWY SOUTH 300, Norcross, GA 30092**
Deponent served the within **Summons and Complaint, Certificate of Interested Parties, Complaint and Memorandum in Support of an Immediate Order for Relief, Civil Cover Sheet, Exhibits**
On **FIFTH THIRD BANK**

A corporation by delivering thereat a true copy of each to **Alisha Smith** personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be thereof.

**DESCRIPTION:**
Gender: Female Race/Skin: Black Age: 22 - 35 Yrs. Weight: 131-160 Lbs. Height: 5' 9" - 6' 0" Hair: Black Other:

X _____
**JOSH SWANSON**
Job # **131020**

*PHOENIX LEGAL INC. 3000 OLD ALABAMA RD, SUITE 119-200 ALPHARETTA, GA 30022*