## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JAMES A. WILLIAMS TRUST,

    Plaintiff,

vs.

FIFTH THIRD BANK, P. BRIAN MOORE, *representative,* JERMAIN L. PETTIS, *representative*, KIMBERLY R. LOVE, *representative,* TROY SMITH, *representative,* ADAM HIPPLE, *representative,* and DAQUITA IRONS, *representative,*

    Defendants.
_____/

CIVIL ACTION NO.
1:13-CV-1956-ODE

## NOTICE OF FIRM NAME AND E-MAIL ADDRESS CHANGE

Walter H. Bush and F. Xavier Balderas, counsel for Fifth Third Bank in this matter, gives notice that their firm name and e-mail addresses have changed effective January 1, 2014, and that service of court documents should hereafter utilize the following contact information:

Walter H. Bush
Carlton Fields Jorden Burt, P.A.
1201 W. Peachtree Street, Suite 3000
Atlanta, Georgia 30309
wbush@cfjblaw.com

28867447.1

F. Xavier Balderas
Carlton Fields Jorden Burt, P.A.
1201 W. Peachtree Street, Suite 3000
Atlanta, Georgia 30309
xbalderas@cfjblaw.com

This 13th day of January, 2014.

        **CARLTON FIELDS JORDEN BURT, P.A.**

        */s/ F. Xavier Balderas*
        Walter H. Bush
        Georgia Bar No.: 098825
        F. Xavier Balderas
        Georgia Bar No.: 705136
        One Atlantic Center
        1201 West Peachtree Street, Suite 3000
        Atlanta, GA  30309
        wbush@cfjblaw.com
        xbalderas@cfjblaw.com
        Telephone:    404.815.3400
        Facsimile:    404.815.3415

        ***Attorneys for Defendants***

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that this brief has been prepared with Times New Roman, 14 point.

        */s/ F. Xavier Balderas*
        F. Xavier Balderas

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

JAMES A. WILLIAMS TRUST,

    Plaintiff,

vs.

FIFTH THIRD BANK, P. BRIAN MOORE, *representative,* JERMAIN L. PETTIS, *representative*, KIMBERLY R. LOVE, *representative,* TROY SMITH, *representative,* ADAM HIPPLE, *representative,* and DAQUITA IRONS, *representative,*

    Defendants.
_____/

CIVIL ACTION NO.
1:13-CV-1956-ODE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Firm Name and E-mail Address Change was furnished via U.S. Mail on this 13th day of January, 2014 to:

    James A. Williams Trust
    c/o Peter T. Papoulias, Trustee
    4175 Breckenridge Court
    Alpharetta, Georgia 30005

28867447.1

This 13th day of January, 2014.

                                                */s/ F. Xavier Balderas*
                                                F. Xavier Balderas

28867447.1