**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JAMES A. WILLIAMS TRUST,
                Plaintiff,

vs.

FIFTH THIRD BANK, et al.,
                Defendants.

CIVIL ACTION FILE

NO. 1:13-cv-1956-ODE

**J U D G M E N T**

    This action having come before the court, Honorable Orinda D. Evans, United States

District Judge, for consideration of plaintiff's failure to comply with the Court's November

26, 2013 Order directing him to retain counsel and effect service and the Court's Order of

February 5, 2014 allowing plaintiff an additional thirty (30) days for counsel to enter a notice

of appearance and no entry of appearance having been made, it is

    **Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE**

for failure to obey a lawful Order of the Court.

    Dated at Atlanta, Georgia, this 27th day of August, 2014.

JAMES N. HATTEN
CLERK OF COURT

By:  _s/Frances K. Pinckney_____
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 27, 2014
James N. Hatten
Clerk of Court

By:_s/ Frances K. Pinckney_____
     Deputy Clerk